B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Montalbano, Anthony P. Sr. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-5720 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1916 Midwest Club Parkway<br>Oak Brook, IL                ZIP Code 60523-2525 | Street Address of Joint Debtor (No. and Street, City, and State):                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Dupage | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)   Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Montalbano, Anthony P. Sr. |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Montalbano, Anthony P. Sr. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Debtor Anthony P. Montalbano, Sr.

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *[signature]*
Signature of Attorney for Debtor(s)

Howard L. Adelman, Esq. ARDC #0015458
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address

312-435-1050  Fax: 312-435-1059
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Anthony P. Montalbano, Sr.                                    Case No. _____
                              Debtor(s)                                Chapter   11

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _Anthony Montalbano_
Anthony P. Montalbano, Sr.

Date: August 19, 2009

**United States Bankruptcy Court**
**Northern District of Illinois**

In re: Anthony P. Montalbano, Sr.
Debtor(s)

Case No. _____
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 104

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: August 19, 2009

Anthony P. Montalbano, Sr.
Signature of Debtor

AA Grading
PO Box 1850
Surprise, AZ 85378


Alliance Professional Moving and Storage
PO Box 20272
Phoenix, AZ 85036


Allied Waste Services
5050 W. Lake Street
Melrose Park, IL 60160


Amcore Bank
1033 W. Van Buren St.
Suite 1000
Chicago, IL 60607


American Express
PO Box 0001
Los Angeles, CA 90096-0001


APS
PO Box 2906
Phoenix, AZ 85062-2906


Architecture Plus
9002 N. Central
Phoenix, AZ 85020


Bank of Commerce
171 E. Irving Park Rd
Wood Dale, IL 60191-2023


Bank of Lincolnwood
4433 West Touhy Avenue
Lincolnwood, IL 60712


Bennett, Sharron
1060 N Farnsworth Ave, #1308
Aurora, IL 60506


Blackmon, Annette
8329 E McDonald Drive
Scottsdale, AZ 85250

Cannon, George
3123 W Redbird Rd
Phoenix, AZ 85085


Chapman, Althea
2N625 Morton Road
West Chicago, IL 60185


Chase Card Services
PO Box 15153
Wilmington, DE 19886-5153


Chase Home Finance
PO Box 24696
Columbus, OH 43224-4696


Cifilia, Dan
5080 S McClelland Drive
Chandler, AZ 85248


Citibank Mastercard
PO Box 6000
The Lakes, NV 89163


City of Phoenix
PO 29663
Phoenix, AZ 85038-9663


Cole Taylor Bank
9550 W. Higgins Rd
Rosemont, IL 60018


Coletti Design d/b/a Ciccio Corp
2166 E. University Dr.
Tempe, AZ 85281


Comcast
155 Industrial Drive
Elmhurst, IL 60126-1618


ComEd
c/o Registered Agent - Veronica Gomez
10 S. Dearborn Street, 49th Floor
Chicago, IL 60603

Countrywide/Bank of America
Real Estate Managed Assets
201 E. Washington St.
Phoenix, AZ 85004


Cox Communications
PO Box 78071
Phoenix, AZ 85062-8071


Cuitino, Paul
7000 N Odell Ave
Chicago, IL 60631


Deckleman, Clarence
443 Huntsbridge Road
Matteson, IL 60443


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


First Bank
2100 S. Elmhurst Rd.
Mount Prospect, IL 60056


First Midwest Bank
770 W. Dundee Rd.
Arlington Heights, IL 60004


Fitz, Andrew S.
2023 W Iowa #1F
Chicago, IL 60622


Flagg Creek Water Reclamation District
7001 N. Frontage Road
Burr Ridge, IL 60527


Gentile, H. Tony
713 65th St
Downers Grove, IL 60516


Giocomelli, John P.
865 Fieldside Lane
Aurora, IL 60504

Guaranty Bank
8333 Douglas Avenue
Dallas, TX 75225


Hersey, Aerni, & Associates
5025 S. Ash Ave. B3
Tempe, AZ 85282


Hinsdale Bank
25 W. First St.
Hinsdale, IL 60521


Illinois Dept of Employment Security
PO Box 19300
Springfield, IL 62794-9300


Jacobs, Jason
1919 S Wolf Road, #203
Hillside, IL 60162


Jandak, Susan
25 Kane Court
Willowbrook, IL 60527


Jim Hannon
2215 York Rd
Suite 414
Oak Brook, IL 60523-2335


Jock, Jennifer
18844 S Chestnut
Shorewood, IL 60404


Kalafut, Dana M.
21W624 Lynn Rd #3
Lombard, IL 60148


Key Bank
8117 Preston Rd.
Suite 440
Dallas, TX 75225


Khan, Shabana
15 East Maple St. Apt 1C
Lombard, IL 60148

Lady's Work Cleaning
4311 N. 18th St.
Phoenix, AZ 85016


LaPlant, Roberta
4530 Heron Drive
Lake in the Hills, IL 60156


Linda S. Markegard
14954 N. 172nd Lane
Surprise, AZ 85388


Lombardo, Kelly
10714 S Keating Avenue, Unit 2
Oak Lawn, IL 60453


MB Financial Bank
6111 North River Road
Rosemont, IL 60018


MBC CIX, LLC
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


MBC CVI, LLC
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


MBC CVII
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


MBC III
1801 Meyers Road
Oakbrook Terrace, IL 60181


MBC V
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


MBC VII
1801 S. Meyers Road
Oakbrook Terrace, IL 60181

MBC VIII
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


MBC X
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


MBC XII
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


MBC XIV
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


MBC XIX
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


MBC XX
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


MBC XXIV
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


MBC XXVII
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


MBC XXVIII
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


MBC XXXVIII
1801 S. Meyers Road
Oakbrook Terrace, IL 60181


McGurn, Michael
3112 Village Green Dr.
Aurora, IL 60504

Midwest Bank and Trust
1545 Ellinwood
Des Plaines, IL 60016


Midwest Club Association
708 Midwest Club Parkway
Oak Brook, IL 60523-2531


Miszkowicz, Mark L.
41508 N Cedar Chase Road
Anthem, AZ 85086


Montalbano Jr., Anthony
5603 Sherman Avenue
Downers Grove, IL 60516


Montalbano, Michele
2361 Reflections Drive
Aurora, IL 60504


Morris, Timothy D.
7791 E Osborn Road, #173E
Scottsdale, AZ 85251


Murray, Julie A.
6709 Patton Drive
Woodridge, IL 60517


Native Resources International
1540 W. Happy Valley Rd.
Phoenix, AZ 85085


Nicor Gas
PO Box 2020
Aurora, IL 60507


OREO Corp.
127 Public Square
Cleveland, OH 44114


Orozco, Armando
2155 Gray Hawk Drive
Aurora, IL 60503

Palos Bank
12600 S. Harlem Ave.
Palos Heights, IL 60463


Paves, Gwen
67 Ruffled Feathers
Lemont, IL 60439


Platkowski, Pawel
3120 N 78th Ave
Elmwood Park, IL 60707


Possidoni, John A.
1928 55th Place
Downers Grove, IL 60515


RBC Builder Finance
9137 S. Ridgeline Blvd.
Suite 140
Highland Ranch, CO 80129


RBC Builder Finance
11011 Richmond Avenue
8th Fl.
Houston, TX 77042


RBC Centura
9137 S. Ridgeline Blvd.
Suite 140
Highland Ranch, CO 80129


Rizzo, Robert A.
205 John Drive
Bartlett, IL 60103


Roppolo, Raymond R.
15409 Abbey Lane
Lockport, IL 60441


Sapienza, Thomas
512 Rosebush Lane
Oswego, IL 60543

Select Build
7777 N. 70th Ave
Glendale, AZ 85303


Shaw, Jeffery
7623 Oakdale Avenue
Hammond, IN 46324


Shoemaker, Carmen
5645 S 42nd Street
Phoenix, AZ 85040


Signature Bank
6400 N. Northwest Highway
Chicago, IL 60631


Smyth, Michael
977 Elm Court
Naperville, IL 60540


Sonoran Pest Control
14700 N. frank Lloyd Wright Blvd
Suite 157
Scottsdale, AZ 85260


Todd, Jared
8204 Kensington Lane
Hanover Park, IL 60133


Town Community Bank
41412 North Highway 83
Antioch, IL 60002


U.S. Bank National Association
Special Assets Group
777 W. Wisconsin Ave.
MK-WI-J5N
Milwaukee, WI 53202


Van Zuidam, Brenda
26W066 Hazel Lane
Wheaton, IL 60187

Vanderzanden, Jim
17609 S Alta Court
Lockport, IL 60441


Village of Oak Brook Water Department
1200 Oak Brook Rd
Oak Brook, IL 60523-2255


VSP Search, Inc.
1430 Missouri #275
Phoenix, AZ 85014


Wenzel, Michael R.
707 E Clarendon Avenue
Arlington Heights, IL 60004


Williams, Robert W.
42204 N Stonemark Drive
Anthem, AZ 85086


Wilmore, Marilyn
787 Poppy Lane
Bartlett, IL 60103


Wm. Ross Nelson
4222 E. McLellan Rd
#17
Mesa, AZ 85205