## EXHIBIT "A"

## LEGAL DESCRIPTION OF PROPERTY

Lots 39 through 58, both inclusive, 83 through 88, both inclusive, 106 through 129, both inclusive, 137, 138, 152, 156, 158, 180 and 186, in Windsor Ridge Subdivision Unit 1, a Subdivision of Part of Section 35, in Township 36 North, Range 8 East of the Third Principal Meridian, recorded October 6, 2005 as Document Number 200500030871, in Kendall County, Illinois.

Permanent Tax Index Numbers:    06-35-325-021
06-35-325-020
06-35-325-019
06-35-325-018
06-35-325-017
06-35-325-016
06-35-325-015
06-35-325-014
06-35-325-013
06-35-325-012
06-35-325-011
06-35-325-010
06-35-325-009
06-35-325-008
06-35-325-006
06-35-325-005
06-35-325-004
06-35-325-003
06-35-325-002
06-35-325-001
06-35-326-002
06-35-326-003
06-35-326-004
06-35-326-005
06-35-326-006
06-35-326-007
06-35-326-025
06-35-326-026
06-35-326-027
06-35-326-028
06-35-326-029
06-35-326-030
06-35-326-031
06-35-326-032

06-35-326-033
06-35-326-034
06-35-326-035
06-35-326-036
06-35-326-037
06-35-326-038
06-35-325-039
06-35-326-040
06-35-326-041
06-35-326-001
06-35-304-014
06-35-304-013
06-35-304-012
06-35-304-011
06-35-304-010
06-35-304-009
06-35-304-015
06-35-304-001
06-35-303-002
06-35-302-010
06-35-302-008
06-35-302-007
06-35-301-016
06-35-325-007

## EXHIBIT "B"

### ASSIGNED CONTRACTS

## EXHIBIT "C"

## INTENTIONALLY DELETED

## EXHIBIT "D"

## COVENANT NOT TO SUE

This COVENANT NOT TO SUE is made as of September ____, 2009 by FIRST MIDWEST BANK, an Illinois banking corporation, its successors or assigns ("**Lender**"), in favor of (i) MIDWEST BANK AND TRUST COMPANY, AS TRUSTEE UNDER TRUST AGREEMENT DATED NOVEMBER 17, 2003 AND KNOWN AS TRUST NUMBER 03-1-8194 ("**Trustee**"), (ii) MBC III, LLC, a Delaware limited liability company and the beneficiary of Trustee ("**MBC**") (Trustee and MBC are sometimes hereinafter collectively referred to as "**Borrower**"), and (iii) ANTHONY MONTALBANO ("**Guarantor**"), and each of their predecessors, successors, assigns, affiliates, subsidiaries, parents, officers, directors, employees, attorneys, agents, and properties, past, present, and future, and their heirs, successors and assigns (collectively and individually the "**Borrower Parties**"), in connection with that certain Agreement to Convey by Deed in Lieu of Foreclosure and Joint Escrow Instructions (the "**Agreement**") dated September ____, 2009, by and among Borrower, Guarantor and Lender.

## RECITALS:

A.      Pursuant to the terms and conditions contained in that certain Loan and Security Agreement dated January 10, 2005, as modified by that certain Loan Modification Agreement dated as of November 30, 2007, executed by and among Borrower, Guarantor and Lender (the "**Loan Agreement**"), Lender made a loan to Borrower in the original principal amount of **TWO MILLION SEVEN HUNDRED FIFTY-SIX THOUSAND AND 00/100 DOLLARS** ($2,756,000.00) (the "**Loan**") in order for Borrower to finance the "Property" (as hereinafter defined).

B.      The Loan is evidenced by that certain Promissory Note dated January 10, 2005 in the original principal amount of $2,756,000.00 (the "**Note**") made by Borrower payable to the order of Lender.

C.      The Loan is secured by (i) that certain Mortgage, Assignment of Rents and Leases, Security Agreement, Financing Statement and Fixture Filing dated January 10, 2005 executed by Borrower to and for the benefit of Lender and recorded on January 28, 2005 with the Recorder of Deeds of Kendall County, Illinois (the "**Recorder's Office**") as Document No. 200500002790 (the "**Mortgage**"), which Mortgage encumbers certain real property owned by Trustee and legally described on **Exhibit "A"** attached to and made a part of this Agreement (the "**Property**"); (ii) that certain Personal Guaranty dated January 10, 2005 made by Guarantor in favor of Lender (the "**Loan Guaranty**"); and (iii) certain other loan documents (the Loan Agreement, the Note, the Mortgage, the Loan Guaranty and the other documents evidencing, securing and guarantying the Loan, in their original form and as amended, are sometimes collectively referred to in this Agreement as the "**Loan Documents**").

D.      Borrower is currently in default in payments of interest and other sums due under the Loan (the "**Default**").

**E.**     On August 19, 2009, Guarantor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code for the Northern District of Illinois, Case No. 09-30477 (the "**Bankruptcy Case**").

# A G R E E M E N T:

Borrower has agreed to tender to Lender a Deed in Lieu of Foreclosure for the Property pursuant to the terms and provisions of the Agreement.

In consideration for the receipt of the Deed in Lieu of Foreclosure and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, as set forth in the Agreement, Lender, its officers, directors, employees, shareholders, attorneys, insurers, agents, consultants, current and former representatives, administrators, executors, heirs, successors and assigns hereby covenant not to sue or name in any action, right of action, cause of action, claim, arbitration or demand, nor seek damages (actual, statutory, liquidated, punitive, statutory, costs, attorney's fees or otherwise) against Borrower, Guarantor or any of the Borrower Parties, nor otherwise seek enforcement of the Loan Documents and any other oral or written agreements or understandings among Lender, Borrower and Guarantor related to the Loan, against Borrower, Guarantor or the Borrower Parties, whether such cause or action is now known, in the future discovered or unknown.  This Covenant Not to Sue may be pleaded as a full and complete defense to any action, suit or other proceeding which may be instituted, prosecuted or attempted by Lender against any of Borrower, Guarantor or the Borrower Parties including with respect to any claims asserted in the Bankruptcy Case.

Lender hereby agrees not to bring or assist in bringing any claim, action, cause of action or proceeding regarding or in any way related to any of the claims covered by this Covenant Not to Sue, and Lender further agrees that this Covenant Not To Sue is, will constitute and may be pleaded as a bar to any such claim, action, cause of action or proceeding.

The foregoing Covenant Not to Sue will be null, void and of no force and effect against Borrower if (x) Borrower and/or Guarantor commence(s) any action, suit or proceeding against Lender, its Nominee in connection with the Agreement seeking to rescind the transaction contemplated thereby (in whole or in part) or attacking the validity thereof (in whole or in part), or (y) if on or before the 367th day following the Closing Date, Borrower files a petition under any chapter or section of the Bankruptcy Code (as defined in the Agreement).  Furthermore, Lender shall have the right to sue and (including, without limitation, the right to counterclaim against) obtain and satisfy a judgment against Borrower if Borrower is a necessary or reasonably necessary party in any action brought against Lender or any affiliate of Lender.  Nothing contained herein shall be construed as forgiveness of the Note, cancellation or extinguishment of the indebtedness secured by the Mortgage, or construed to prohibit Lender from exercising its remedies under the Mortgage and/or any other Loan Documents so long as any such remedy does not include or extend to the execution against or recovery out of any property of Borrower, Guarantor and/or the Borrower Parties other than the Property.

**<u>LENDER</u>:**

FIRST MIDWEST BANK, an Illinois banking corporation

By: _____
       Name: _____
       Title: _____

## EXHIBIT "E"

### TRUSTEE'S DEED

**THIS DOCUMENT WAS PREPARED BY,
AND AFTER RECORDING, RETURN TO:**

Mark S. Litner, Esq.
Much Shelist
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606-1615

**PROPERTY ADDRESS:**

_____
_____

*This space reserved for Recorders use only.*

**SEND ALL FUTURE TAX BILLS TO THE GRANTEE
AT THE ADDRESS SET FORTH BELOW:**

First Midwest Bank
770 West Dundee Road
Arlington Heights, Illinois 60004
Attention: Mr. Lawrence Walther

### TRUSTEE'S DEED

THIS TRUSTEE'S DEED is made as of the \_\_\_\_\_ day of September, 2009 by MIDWEST BANK AND TRUST COMPANY, AS TRUSTEE UNDER TRUST AGREEMENT DATED NOVEMBER 17, 2003 AND KNOWN AS TRUST NUMBER 03-1-8194 ("**Grantor**"), having an address of 1606 North Harlem Avenue, Elmwood Park, Illinois 60707, to FIRST MIDWEST BANK, an Illinois banking corporation ("**Grantee**"), having an address of 770 West Dundee Road, Arlington Heights, Illinois 60004.

Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby

grants, bargains, sells, aliens, remises, releases, conveys and confirms unto Grantee all right, title and interest of Grantor in and to the Real Estate more particularly described on Exhibit "A" attached hereto, together with all tenements, hereditaments and appurtenances thereunto belonging, subject, however, to the matters set forth in Exhibit "B" attached hereto and made a part hereof, zoning and other regulatory laws and ordinances affecting the Real Estate and matters that would be disclosed by an accurate survey.

Grantor hereby covenants with Grantee that Grantor has good right and lawful authority to sell and convey the Real Estate to Grantee, and Grantor hereby warrants title to the Real Estate and will defend the same against the lawful claims of all persons claiming by, through or under Grantor, but not otherwise.

Exempt under provisions of Paragraph (l), Section 31-45, Property Tax Code.

_____       _____

Date           Grantor's Representative


                    Remainder of Page Intentionally Left Blank—Signature Page Follows

IN WITNESS WHEREOF, the Grantor has executed this Special Warranty Deed as of the day and year first above written.

MIDWEST BANK AND TRUST COMPANY, AS TRUSTEE UNDER TRUST AGREEMENT DATED NOVEMBER 17, 2003 AND KNOWN AS TRUST NUMBER 03-1-8194

By:_____

Its:_____

STATE OF ILLINOIS          )
                           ) SS.
COUNTY OF _____   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that _____, the _____ of MIDWEST BANK AND TRUST COMPANY, AS TRUSTEE UNDER TRUST AGREEMENT DATED NOVEMBER 17, 2003 AND KNOWN AS TRUST NUMBER 03-1-8194, who is personally known to me to be the same person whose name is subscribed to the foregoing instrument as such _____, appeared before me this day in person and acknowledged that he signed and delivered the said instrument as his own free and voluntary act, and as the free and voluntary act of said company, for the uses and purposes therein set forth.

GIVEN under my hand and notarial seal this \_\_\_\_\_ day of September, 2009.

_____
                                 Notary Public

My Commission Expires:

_____

## EXHIBIT "A" TO TRUSTEE'S DEED

## LEGAL DESCRIPTION

Lots 39 through 58, both inclusive, 83 through 88, both inclusive, 106 through 129, both inclusive, 137, 138, 152, 156, 158, 180 and 186, in Windsor Ridge Subdivision Unit 1, a Subdivision of Part of Section 35, in Township 36 North, Range 8 East of the Third Principal Meridian, recorded October 6, 2005 as Document Number 200500030871, in Kendall County, Illinois.

Permanent Tax Index Numbers:

06-35-325-021
06-35-325-020
06-35-325-019
06-35-325-018
06-35-325-017
06-35-325-016
06-35-325-015
06-35-325-014
06-35-325-013
06-35-325-012
06-35-325-011
06-35-325-010
06-35-325-009
06-35-325-008
06-35-325-006
06-35-325-005
06-35-325-004
06-35-325-003
06-35-325-002
06-35-325-001
06-35-326-002
06-35-326-003
06-35-326-004
06-35-326-005
06-35-326-006
06-35-326-007
06-35-326-025
06-35-326-026
06-35-326-027
06-35-326-028
06-35-326-029
06-35-326-030
06-35-326-031

06-35-326-032
06-35-326-033
06-35-326-034
06-35-326-035
06-35-326-036
06-35-326-037
06-35-326-038
06-35-325-039
06-35-326-040
06-35-326-041
06-35-326-001
06-35-304-014
06-35-304-013
06-35-304-012
06-35-304-011
06-35-304-010
06-35-304-009
06-35-304-015
06-35-304-001
06-35-303-002
06-35-302-010
06-35-302-008
06-35-302-007
06-35-301-016
06-35-325-007

## EXHIBIT "B" TO SPECIAL WARRANTY DEED

## PERMITTED EXCEPTIONS

**1.**      General real estate taxes for the 2nd installment 2008 and each year thereafter not yet due and payable;

**2.**      Delinquent real estate taxes;

**3.**      Covenants, conditions, restrictions, easements and agreements of record against the Land;

**4.**      Mechanic lien claims recorded against the Land; and

**5.**      Lien for unpaid assessments.

## EXHIBIT "F"

## BILL OF SALE

MBC III, LLC, a Delaware limited liability company ("**Grantor**"), in consideration of TEN AND NO/100 ($10.00) DOLLARS, the receipt of which is acknowledged, transfers and sets over on a quitclaim basis, without recourse or liability to Grantor to FIRST MIDWEST BANK, an Illinois banking corporation ("**Grantee**"), all of its right, title and interest in and to the following described personal property:

All equipment, apparatus, machinery, cranes, appliances, furnishings, signs, site plans, surveys, soil and substrata studies, architectural renderings, plans and specifications, engineering plans and studies, floor plans and other plans or studies of any kind, leasing brochures, market studies, tenant data sheets and other supplies and fixtures, if any and if and to the extent, owned by Grantor and used or usable in connection with the operation and ownership of the Building located on the Property (the "**Personal Property**").

Grantor represents and warrants to Grantee that (a) Grantor has not directly granted and is unaware of the existence of any liens, charges or encumbrances against the Personal Property and (b) Grantor has full right, power and authority to convey its right, title and interest in and to the Personal Property and to make this Bill of Sale. ALL WARRANTIES OF QUALITY, FITNESS AND MERCHANTABILITY ARE EXCLUDED AND ALL PERSONAL PROPERTY IS BEING TRANSFERRED IN "AS IS" CONDITION WITH ALL FAULTS AND WITHOUT REPRSENTATION OR WARRANTY OF ANY KIND OR NATURE.

[Remainder of Page Intentionally Left Blank—Signature Page Follows]

Grantor has caused this Bill of Sale to be signed as of September _____, 2009.


MBC III, LLC, a Delaware limited liability company


By:_____
         Anthony Montalbano, Member


Accepted by:

FIRST MIDWEST BANK, an Illinois banking corporation

By:_____
Its:_____

**<u>EXHIBIT "G"</u>**

**<u>INTENTIONALLY DELETED</u>**

### EXHIBIT "H"

### ASSIGNMENT OF INTANGIBLE PROPERTY AND OTHER RIGHTS

Pursuant to that certain Agreement to Convey by Deed in Lieu of Foreclosure and Joint Escrow Instructions dated as of September ____, 2009 (the "**Agreement**") (any capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Agreement) by and among MBC III, LLC, a Delaware limited liability company ("**Assignor**"), and FIRST MIDWEST BANK, an Illinois banking corporation ("**Assignee**"), for value received, Assignor hereby conveys, assigns, transfers, and sets over to Assignee all of the right, title and interest of the Assignor, if any, and if and to the extent assignable, in and to the following intangible property now or hereafter owned, controlled or held by the Assignor, solely in connection with the Property and the Personal Property:

1.    all guaranties and warranties (including guaranties and warranties pertaining to construction of any improvements on the Land) (collectively the "**Warranties**");

2.    all air rights, excess floor area rights and other development rights relating or appurtenant to the Land or the Building;

3.    all rights to obtain utility service in connection with the Building and the Land; and

4.    all assignable licenses and other governmental permits and permissions relating to the Land, the Building and the operation of the Property (collectively the "**Permits**").

This Assignment is made on a quitclaim basis and without recourse or liability to Assignor, and is subject to all third party consents.

This Assignment is binding upon Assignor and its respective successors and assigns.

[Remainder of Page Intentionally Left Blank—Signature Page Follows]

Assignor has executed this Assignment of Intangible Property and Other Rights as of September _____, 2009.

**ASSIGNOR:**

MBC III, LLC, a Delaware limited liability company

By:_____
                    Anthony Montalbano, Member

Accepted by:

FIRST MIDWEST BANK, an Illinois banking corporation

By:_____

Its:_____

## EXHIBIT "I"

## ASSIGNMENT AND ASSUMPTION OF CONTRACTS

Pursuant to that certain Agreement to Convey by Deed in Lieu of Foreclosure and Joint Escrow Instructions dated as of September ____, 2009 (the "**Agreement**") (any capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Agreement) by and among MIDWEST BANK AND TRUST COMPANY, AS TRUSTEE UNDER TRUST AGREEMENT DATED NOVEMBER 17, 2003 AND KNOWN AS TRUST NUMBER 03-1-8194 ("**Trustee**"), MBC III, LLC, a Delaware limited liability company and the beneficiary of Trustee ("**MBC**") (Trustee and MBC are sometimes hereinafter collectively referred to as ("**Assignor**"), and FIRST MIDWEST BANK, an Illinois banking corporation ("**Assignee**"), for value received, Assignor hereby conveys, assigns, transfers, and sets over to Assignee all of the right, title and interest of the Assignor in and to the service contracts, if any and if and to the extent assignable, listed on **Exhibit "A"** attached hereto, and incorporated herein (the "**Assigned Contracts**"), which contracts are for services pertaining to the operation and maintenance of the Property.

Assignee hereby assumes and agrees to be bound by all of the obligations, undertakings, duties and liabilities as the owner and manager of the Property under the above-described Assigned Contracts arising on or after the Closing Date.

This Assignment is made on a quitclaim basis and without recourse or liability to Assignor, and is subject to all third party consents.

[Remainder of Page Intentionally Left Blank—Signature Page Follows]

This Assignment and Assumption of Contracts is executed as of September _____, 2009.

**ASSIGNOR:**

MIDWEST BANK AND TRUST COMPANY, AS TRUSTEE UNDER TRUST AGREEMENT DATED NOVEMBER 17, 2003 AND KNOWN AS TRUST NUMBER 03-1-8194

By:_____
Its:_____

MBC III, LLC, a Delaware limited liability company

By:_____
        Anthony Montalbano, Member

**ASSIGNEE:**

FIRST MIDWEST BANK, an Illinois banking corporation

By:_____
Its:_____

## EXHIBIT "A" TO ASSIGNMENT AND ASSUMPTION OF CONTRACTS

### ASSIGNED CONTRACTS

## EXHIBIT "J"

## RELEASE OF LENDER

The undersigned Borrower and Guarantor, in consideration of the Agreement to Convey by Deed in Lieu of Foreclosure and Joint Escrow Instructions (the "**Agreement**") by and among Borrower, Guarantor and First Midwest Bank, an Illinois banking corporation ("**Lender**"), agrees as follows:

**1.** Except for the agreements of Lender set forth in the Agreement, the undersigned hereby fully, finally and completely **RELEASE** and **FOREVER DISCHARGE** Lender, its predecessors, successors, assigns, affiliates, subsidiaries, parents, officers, shareholders, directors, employees, attorneys, agents, and properties, past, present, and future, and their respective heirs, successors, and assigns (collectively and individually the "**Lender Parties**"), of and from any and all claims, controversies, disputes, liabilities, obligations, demands, damages, debts, liens, actions, and causes of action of any and every nature whatsoever, known or unknown, whether at law, by statute or in equity, in contract or in tort, under state and federal jurisdiction, and whether or not the economic effect of such alleged matters arise or are discovered in the future, which the undersigned now have or may claim to have against Lender or Lender Parties connected with or relating to the loan evidenced by the Loan Documents, the Property or relating to any other event, act, occurrence, or matter whatsoever in connection with the transaction evidenced by the Loan Documents.

**2.** Except as otherwise set forth in **Section 1** above, the above release is intended to be and is a full and complete release in favor of the Lender Parties with respect to all claims, demands, actions, causes of action, and other matters described in **Section 1** above including, without limitation, any claims, demands or causes of action based upon allegations of, for or in connection with, but not limited to, breach of fiduciary duty, breach of any alleged duty of fair dealing or good faith, breach of confidence, undue influence, duress, economic coercion, usury, conflict of interest, intentional tort, negligence, gross negligence, bad faith, malpractice, violations of the Racketeer Influenced and Corrupt Organizations Act, intentional or negligent infliction of mental distress, tortious interference with contractual relations, tortious interference with partnership governance or prospective business advantage, breach of contract, deceptive trade practices, libel, slander, fraud, misrepresentation, conspiracy or any other theory, cause of action, occurrence, matter or thing which might give rise to liability upon the Lender Parties, in connection with the transaction evidenced by the Loan Documents.

**3.** The undersigned understands and agrees that the foregoing release is in full satisfaction for the agreements of Lender contained in the Agreement and that it will receive no further consideration for such release, and agrees not to assert or prosecute any further claims or lawsuits against any party included within the Lender Parties, whether specifically named or identified, with respect to any matter covered by **Section 1** and **Section 2** above. Any and all claims intended to be released as provided above against any party included within the term the Lender Parties and not specifically named or identified are hereby assigned in full to such party hereby intended to be released.

**4.**     Capitalized terms used herein not otherwise defined shall have the meanings ascribed to them in the Agreement.

[Remainder of Page Intentionally Left Blank—Signature Page Follows]

**IN WITNESS WHEREOF**, the undersigned have executed this Release of Lender as of the _____ day of September, 2009.

MBC III, LLC, a Delaware limited liability company

By:_____
    Anthony Montalbano, Member

**GUARANTOR:**

_____
    Anthony Montalbano

## EXHIBIT "K"

### INTENTIONALLY DELETED

## EXHIBIT "L"

## INTENTIONALLY DELETED

## [OPEN]