# EXHIBIT B

# EXHIBIT B

|     | Montalbano Entities | Property | Lender |
|-----|---------------------|----------|--------|
| 1.  | MBC XIX, LLC | Lynwood - 109 partially developed lots | Amcore Bank |
| 2.  | MBC XXXVIII, LLC | Lynwood - 92 undeveloped lots | Amcore Bank |
| 3.  | MBI | Lynwood - 75 Single family lots | Amcore Bank |
| 4.  | MBC XXVIII, LLC | Poplar Grove - 180 partially developed lots | Bank of America (formerly Countrywide) |
| 5.  | MBC CIX, LLC | Countryplace - 160 partially developed lots | Bank of America (formerly Countrywide) |
| 6.  | MBC VIII, LLC | Joliet - 160 acres | Bank of America (formerly Countrywide) |
| 7.  | MBI | Countryplace - 86 Single family lots | Bank of America |
| 8.  | MBC CVII, LLC | Jack Rabbit, AZ - 65 acres undeveloped lots | Bank of Commerce |
| 9.  | MBC X, LLC | Yorkville - 155 acres | Cole Taylor Bank |
| 10. | MBC III, LLC | Joliet - 59 partially developed lots | First Midwest Bank |
| 11. | MBI | Joliet - 79/31 Single & Multi Family | First Midwest Bank |
| 12. | MBI | Popular Grove - 90 developed lots | First Bank |
| 13. | MBC XXVIII, LLC | Poplar Grove - 92 partially developed lots | First Bank |
| 14. | Montalbano Builders of Arizona, Inc | Cantada Ranch - 130 Single family lots | Guarantee Bank |
| 15. | MBI | Aurora - 4+ Acres, Commercial | Jim Hannon |
| 16. | Anthony Montalbano | Oak Brook - 2 Lots | Jim Hannon |
| 17. | Montalbano Builders of Arizona, Inc | Tartesso - 128 Single family lots | Key Bank |
| 18. | Montalbano Builders of Arizona, Inc | Homestead - 273 Phattap lots Buckeye | Key Bank |
| 19. | MBI | Matteson - 19 Single & Multi Family lots | MB Financial Bank |
| 20. | MBI Plainfield, IL | 59 Single family lots | MB Financial Bank |
| 21. | MBI | University Park - 85 Single family lots | MB Financial Bank |

|     | Montalbano Entities | Property | Lender |
|-----|---------------------|----------|--------|
| 22. | MBC XII, LLC | University Park - 92 partially developed lots | MB Financial Bank |
| 23. | MBC V, LLC | Matteson - 6 acres commercial land | Palos Bank |
| 24. | MBI | Matteson - 3½ acres commercial land | Palos Bank |
| 25. | MBI | Arizona Peoria - 126 Single family lots | RBC Bank |
| 26. | MBC CVI, LLC | Heartland Unit 4 - 273 undeveloped lots | RBC Bank |
| 27. | MBI | Beecher - 135 Single family lots | RBC Bank |
| 28. | MBI | Courtland - 151 Single fam multi fam | RBC Bank |
| 29. | MBI | Harvard - 57 single fam lots | RBC Bank |
| 30. | MBI | Matteson - 119 Single & Multi lots | RBC Bank |
| 31. | MBI | Arizona Coolidge - 80 Single family lots | RBC Bank |
| 32. | MBC XIV, LLC | Chestnut Grove - 91 partially developed lots | RBC Bank |
| 33. | MBC XXIV, LLC | Harvard -333 undeveloped lots | Republic Bank (formerly Bank of Lincolnwood) |
| 34. | MBC XIV, LLC | Chestnut Grove - 128 lots | Republic Bank (formerly Bank of Lincolnwood) |
| 35. | MBI | Bartlett - 4½ acres commercial land | Signature Bank |
| 36. | MBC XXVII, LLC | Bloomington - 228 single family and 73 multi-family undeveloped lots | Signature Bank |
| 37. | MBI | Lake In Hills - Commercial 4+ Acres | Town Community Bank |
| 38. | MBC VII, LLC | Silverado, AZ - 1538 single family partially developed lots | US Bank |
| 39. | MBI | Skyline Ranch - 48 single family lots | US Bank |

85566.1 1/13/10