# UNITED STATES BANKRUPTCY COURT
## FOR THE NOTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **In re** | ) | Chapter 11 |
| | ) | |
| **ANTHONY P. MONTALBANO,** | ) | Case No. 09-30477 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| | ) | Date:  August 24, 2011 |
| | ) | Time:  10:00 a.m. |

## NOTICE OF MOTION

To:    See Service List

**PLEASE TAKE NOTICE** that on **August 24, 2011 at 10:00 a.m.**, the undersigned shall present to the Honorable Susan Pierson Sonderby, or any judge sitting in her stead, in Courtroom 642 of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, IL 60604, **FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS OF ARNSTEIN & LEHR LLP AS SPECIAL TAX COUNSEL,** a copy of which is served upon you.

                                    Respectfully submitted,
                                    ARNSTEIN & LEHR LLP

                                    By:    /s/ Barry A. Chatz
                                           One of his Attorneys

                                    Barry A. Chatz
                                    Robert E. McKenzie
                                    Kevin H. Morse
                                    ARNSTEIN & LEHR LLP
                                    120 S. Riverside Plaza, Suite 1200
                                    Chicago, IL 60606
                                    Phone: (312) 876-7100
                                    Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

     I, Kevin H. Morse, hereby certify that I caused a copy of this NOTICE and the attached FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS OF ARNSTEIN & LEHR LLP AS SPECIAL TAX COUNSEL to be served on the parties listed on the attached Service List by U.S. Mail, postage prepaid, or the Court's ECF system, on August 3, 2011.

                                                        /s/ Kevin H. Morse

## SERVICE LIST

*Via U.S. Mail*:

Anthony P. Montalbano, Sr.
1916 Midwest Club Parkway
Oak Brook, IL 60523-2525

Howard L. Adelman
Adelman & Gettleman Ltd.
53 W. Jackson Blvd, Suite 1050
Chicago, IL 60604
(*Counsel for the Debtor*)

Joseph A Baldi
Joseph Baldi & Associates
19 S Lasalle Street Suite 1500
Chicago, IL 60603
(*Chapter 11 Trustee*)

*Via ECF*:

Patrick S Layng
U.S Trustee
USTPRegion11.ES.ECF@usdoj.gov

Howard L. Adelman
Debtor – Anthony Montalbano
hla@ag-ltd.com

Michael A Axel
Creditor – OREO Corp
michael_axel@keybank.com
maaxel2003@yahoo.com

Joseph A Baldi
Chapter 7 Trustee
jabaldi@ameritech.net
jbaldi@ecf.epiqsystems.com

Ronald Barliant
Cole Taylor Bank
ronald.barliant@goldbergkohn.com
kristina.bunker@goldbergkohn.com

Courtney E Barr
MB Financial Bank, N.A.
cbarr@lockelord.com
docket@lockelord.com

Leslie Allen Bayles
RBC Real Estate Finance Inc.
as successor and assignee of RBC
Bank (USA) f/k/a RBC Centura Bank
leslie.bayles@bryancave.com

Thomas A. Brown
Palos Bank and Trust Company
tabsbltd@aol.com

Kurt M Carlson
First Midwest Bank
kcarlson@carlsondash.com
dmyer@carlsondash.com

Steven B Chaiken
Debtor – Anthony Montalbano

9697656.1

schaiken@ag-ltd.com

Miles V Cohen
First American Bank, as successor
in interest to Town Community Bank
and Trust
mcohen@skcounsel.com

Alex Darcy
Lyon Financial Services, Inc. d/b/a
US Bancorp Business Equipment
Finance Group
adarcy@askounisdarcy.com
jham@askounisdarcy.com

Aaron Davis
RBC Real Estate Finance Inc.
as successor and assignee of RBC
Bank (USA) f/k/a RBC Centura Bank
aaron.davis@bryancave.com
CHDocketing@bryancave.com

Megan A Drefchinski
The Bank of Commerce
mdrefchinski@collinslaw.com
ktaylor@collinslaw.com

D R Edwards
SA Group Properties, Inc.
dredwards@ggulaw.com

Edward P. Freud
Republic Bank of Chicago
epfreud@rwrlaw.com

Kathryn Gleason
U.S. Trustee – Patrick Layng
USTPRegion11.es.ecf@usdoj.gov
Kathryn.M.Gleason@usdoj.gov

Kenneth S GoodSmith
SA Group Properties, Inc.
kgoodsmith@ggulaw.com

Fred R Harbecke
First Bank

fredrharbecke@sbcglobal.net

Richard L Hirsh
Interested Party – Susan Montalbano
bk-lawfirm@sbcglobal.net
rlhpc@sbcglobal.net
rhirshlaptop@sbcglobal.net

Danielle Juhle
Cole Taylor Bank
danielle.juhle@goldbergkohn.com
kristina.bunker@goldbergkohn.com

Eleonora Khazanova
Lyon Financial Services, Inc. d/b/a
US Bancorp Business Equipment
Finance Group
ekhazanova@askounisdarcy.com

Ryan O. Lawlor
Signature Bank
Ryan.Lawlor@bryancave.com

Steven A Levy
Cole Taylor Bank
steven.levy@goldbergkohn.com
bonnie.maciejewski@goldbergkohn.com

Henry B. Merens
Debtor – Anthony Montalbano
hbm@ag-ltd.com

Eric S. Prezant
RBC Real Estate Finance Inc.
as successor and assignee of RBC
Bank (USA) f/k/a RBC Centura Bank
eric.prezant@bryancave.com

Brian Raynor
MB Financial Bank, N.A.
braynor@lockelord.com
docket@lockelord.com
bhays@lockelord.com
apetrovic@lockelord.com
rhack@lockelord.com

kborgstadt@lockelord.com

Patrick F Ross
Harris N.A., Assignee
pfross@uhlaw.com
jruskusky@uhlaw.com
npark@uhlaw.com
keedeus@uhlaw.com
TEFiester@uhlaw.com
rhtilghman@uhlaw.com

James B. Sowka
Bank of America, N.A., successor
by merger to Countrywide Bank, FSB
jsowka@seyfarth.com

William W Thorsness
Signature Bank
wthorsness@vedderprice.com
ecfdocket@vedderprice.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **ANTHONY P. MONTALBANO,** | ) | Case No. 09-30477 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| | ) | Date:  August 24, 2011 |
| | ) | Time:  10:00 a.m. |

## FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES OF ARNSTEIN & LEHR LLP AS SPECIAL TAX COUNSEL

Arnstein & Lehr LLP ("A&L"), special tax counsel for the Chapter 11 Trustee, Joseph A. Baldi (the "Trustee"), pursuant to 11 U.S.C. §§ 330 and 331, applies to this Court for an entry of an order: (a) allowing as final compensation the amount of $16,430.50 for legal services rendered during the period June 7, 2011 through July 31, 2011 and reimbursement to A&L in the amount of $208.55 in expenses; and (b) authorizing the Trustee to pay the allowed fees and expenses for the period June 7, 2011 through July 31, 2011.  In support thereof, A&L respectfully states as follows:

### BACKGROUND

1.　On August 19, 2009 (the "Petition Date"), Anthony P. Montalbano (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case").

2.　On February 9, 2011, this Court entered an order directing the U.S. Trustee to appoint a trustee in the Chapter 11 Case.  Joseph A. Baldi's appointment as Trustee was approved on February 16, 2011.

3.　The Debtor is a real estate developer who had been successful in building and developing numerous projects and subdivisions in both Illinois and Arizona for over thirty (30) years (the "Montalbano Projects").  The Montalbano Projects consist primarily of residential

Case 09-30477    Doc 285    Filed 08/03/11    Entered 08/03/11 10:20:34    Desc Main
            Document      Page 6 of 8

subdivisions in varying stages of completion. The Montalbano Projects are generally owned by various entities in which the Debtor has a controlling interest (the "Montalbano Entities").

4.      On June 15, 2011, this Court entered an Order Authorizing the Trustee to Employ A&L as Special Tax Counsel retroactive to June 7, 2011.  A&L was employed to assist the Trustee in the resolution of a controversy over the allocation of certain tax refunds (the "Refunds") between the Debtor and his non-debtor spouse.  A&L's services facilitated a timely settlement of the Refunds controversy.

### Narrative Summary of Services

5.      A narrative summary of the services rendered by A&L is set forth below. Itemized and detailed descriptions of the specific services rendered by A&L to the Trustee are reflected on the billing statements attached hereto as Exhibit A.  The billing statements set forth the name of each attorney or paralegal, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

6.      The fees and time expended by each billing professional is set forth below and summarized as follows:

| Attorney / Professional | Specialty | Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|
| Adam S. Fayne (ASF) | Tax | 28.90 | $330.00 | $8,877.00 |
| Kevin H. Morse (KHM) | Bankruptcy | 5.00 | $285.00 | $1,425.00 |
| Robert E. McKenzie | Tax | 10.30 | $595.00 | $6,128.50 |
|  | **TOTALS:** | **44.20** |  | **$16,430.50** |

6.      The hourly rates listed above are customary and reasonable and are the same hourly rates charged to A&L's non-bankruptcy clients for various other matters.

7. A&L rendered actual and necessary services to the Trustee and the Debtor's estate. These services included the following:

    A. Analysis of the ownership of the Refunds under federal tax law and applicable tax laws;

    B. Preparation of a position statement regarding the Refunds for submission to the mediator;

    C. Preparation of required mediation package for submission to the mediator;

    D. Communications with the Trustee regarding position statement and mediation;

    E. Preparation for and attendance at mediation; and

    F. All other tax services required to resolve issues related to the Refunds.

8. There has been no duplication of services, either by partners or associates of A&L. When two or more attorneys participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each attorney with the matters at issue so that each attorney could perform further necessary work.

9. Exhibit A also lists expenses for copying costs at 10¢ per page, overnight service of documents to the Trustee and opposing counsel, and messenger services to U.S. Bankruptcy Court in preparation for mediation.

10. A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.

11. A&L expended a total of 44.20 hours for the services provided to the Trustee. Based on the hourly charges of A&L set forth above, A&L requests that the Court determine and allow it on a final basis $16,430.50 as compensation and $208.55 for the reimbursement of

reasonable out-of-pocket expenses pursuant to Section 330 of the Bankruptcy Code. Additionally, A&L requests the Court award an additional $285.00 in fees for attendance at the hearing on this Application.

12. A copy of the Application has been sent to the Debtor, the Trustee and all parties receiving notice by the Court's ECF system, including the United States Trustee. As the estate has several hundred creditors, A&L requests that service of the Application on the parties listed above and all other parties active in the Chapter 11 Case be found proper notice under the circumstances.

WHEREFORE, Arnstein & Lehr LLP respectfully request that the Court enter an Order:

(A) Allowing and awarding it final compensation in the amount of $16,430.50 for actual and necessary professional services rendered, plus $285.00 for attendance at the hearing on this Application;

(B) Allowing and awarding it reimbursement in the amount of $208.55 for actual and necessary costs and expenses incurred;

(C) Finding notice as provided is sufficient under the circumstances; and

(D) Granting such other and further relief as the Court deems just and proper.

ARNSTEIN & LEHR LLP

By: /s/ Barry A. Chatz
     One of its Attorneys

Barry A. Chatz
Robert E. McKenzie
Kevin H. Morse
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288