UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 09-30477 |
| Anthony P. Montalbano, Sr. | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date:  December 20, 2011 |
| Debtor. | ) | Time: 10:00 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:               Joseph A. Baldi
                                 Chapter 11 Trustee

Authorized to Provide
Professional Services to:        Estate

Date of Appointment:             February 14, 2011
                                 Appt. Accepted February 16, 2011

Period for Which
Compensation is sought:          Date of appointment through November 1, 2011

Amount of Fees sought            $200,000.00 to be allowed as final comensation
To be allowed and paid:          $173,309.00 to be paid after credit for prior interim
                                                  payment

Amount of Expense
Reimbursement sought:            $ -0-

This is an:               Interim Application ___               Final Application  X__

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior
fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| 8/25/2011 | 2/16/2011 to 7/31/2011 | $26,691.00 | $26,691.00 |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services
rendered and expenses incurred herein is:  $26,291.00

Dated:  December 6, 2011          Joseph A. Baldi, as Trustee

                                  By: _____/s/_____
                                      Joseph A. Baldi

**SERVICE LIST**
**Anthony P. Montalbano, Sr.,  debtor**
**Case No. 09-30477**


**Kathryn Gleason**
Office of the U. S. Trustee, Region 11
219 S Dearborn Room 873
Chicago, IL 60604
USTPRegion11.es.ecf@usdoj.gov
**Via Electronic Notice**

**Henry B. Merens**
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd.
Chicago, IL 60604
hbm@ag-ltd.com
**Via Electronic Notice**

**Howard L. Adelman**
Adelman & Gettleman Ltd.
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604
hla@ag-ltd.com
**Via Electronic Notice**

**Steven B Chaiken**
Adelman & Gettleman
53 W Jackson Blvd
Chicago, IL 60604
schaiken@ag-ltd.com
**Via Electronic Notice**

**Michael A Axel**
KeyBank National Association
127 Public Square, Second Floor
Cleveland, OH 44114
michael_axel@keybank.com
**Via Electronic Notice**

**Ronald Barliant**
Goldberg Kohn Ltd.
55 East Monroe Street Suite 3300
Chicago, IL 60603
ronald.barliant@goldbergkohn.com
**Via Electronic Notice**

**Courtney E Barr**
Locke Lord Bissell & Liddell LLP
111 S. Wacker Dr.
Chicago, IL 60606
cbarr@lockelord.com
**Via Electronic Notice**

**Leslie Allen Bayles**
Bryan Cave, LLP.
161 N. Clark St., Suite 4300
Chicago, IL 60601
leslie.bayles@bryancave.com
**Via Electronic Notice**

**Thomas A. Brown**
Swanson & Brown, Ltd.
12600 S. Harlem Ave., Suite 202
Palos Heights, IL 60463
tabsbltd@aol.com
**Via Electronic Notice**

**Kurt M Carlson**
Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
kcarlson@muchshelist.com
**Via Electronic Notice**

**Miles V Cohen**
Scott & Kraus LLC
150 South Wacker Suite 2900
Chicago, IL 60606
mcohen@skcounsel.com
**Via Electronic Notice**

**Alex Darcy**
Askounis & Darcy, PC
401 N. Michigan Ave., Suite 550
Chicago, IL 60611
adarcy@askounisdarcy.com
**Via Electronic Notice**

**Aaron Davis**
Bryan Cave LLP
161 N. Clark St. Ste. 4300
Chicago, IL 60601
aaron.davis@bryancave.com
**Via Electronic Notice**

**Megan A Drefchinski**
The Collins Law Firm, P.C.
1770 North Park Street, Suite 200
Naperville, IL 60563
mdrefchinski@collinslaw.com
**Via Electronic Notice**

**D R Edwards**
GoodSmith Gregg & Unruh LLP
150 S. Wacker Drive, Suite 3150
Chicago, IL 60606
dredwards@ggulaw.com
**Via Electronic Notice**

**Edward P. Freud**
Ruff, Weidenaar et al
222 North LaSalle Street
Chicago, IL 60601
epfreud@rwrlaw.com
**Via Electronic Notice**

**Kenneth S GoodSmith**
150 S Wacker Drive, Suite 3150
Chicago, IL 60606
kgoodsmith@ggulaw.com
**Via Electronic Notice**

**Fred R Harbecke**
29 South LaSalle Street, Suite 945
Chicago, IL 60603
fredrharbecke@sbcglobal.net
**Via Electronic Notice**

**Richard L Hirsh**
Richard L Hirsh & Associates PC
1500 Eisenhower Lane, Suite 800
Lisle, IL 60532
richala@sbcglobal.net
**Via Electronic Notice**

**Danielle Juhle**
Goldberg Kohn
55 E Monroe Suite 3300
Chicago, IL 60603
danielle.juhle@goldbergkohn.com
**Via Electronic Notice**

**Eleonora Khazanova**
Askounis & Darcy, P.C.
401 North Michigan, Suite 550
Chicago, IL 60611
ekhazanova@askounisdarcy.com
**Via Electronic Notice**

**Ryan O. Lawlor**
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601
r_lawlor@vedderprice.com
**Via Electronic Notice**

**Steven A Levy**
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
steven.levy@goldbergkohn.com
**Via Electronic Notice**

**Henry B. Merens**
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd.
Chicago, IL 60604
hbm@ag-ltd.com
**Via Electronic Notice**

**Eric S. Prezant**
Bryan Cave, LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
eric.prezant@bryancave.com
**Via Electronic Notice**

**Brian Raynor**
Locke Lord Bissell & Liddell, LLP
111 S. Wacker Drive
Chicago, IL 60606
braynor@lockelord.com
**Via Electronic Notice**

**Patrick F Ross**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
pfross@uhlaw.com
**Via Electronic Notice**

**James B. Sowka**
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
jsowka@seyfarth.com
**Via Electronic Notice**

**William W Thorsness**
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601
wthorsness@vedderprice.com
**Via Electronic Notice**

**Anthony P. Montalbano, Sr.**
1916 Midwest Club Parkway
Oak Brook, IL 60523-2525
**Via First Class Mail**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 09-30477 |
| Anthony P. Montalbano, Sr., | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date:  December 20, 2011 |
| Debtor. | ) | Time: 10:00 a.m. |

### Notice of Application

To:     See Attached Service List

      **PLEASE TAKE NOTICE** that on Tuesday, December 20, 2011 at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Susan Pierson Sonderby, United States Bankruptcy Judge, in Room 642 of the United States Court-house, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Second and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi, as Chapter 11 Trustee**, a copy of which is attached hereto and hereby served upon you.

Joseph A. Baldi
Elizabeth C. Berg
Baldi Berg & Wallace, Ltd.
Suite 1500
19th South LaSalle Street
Chicago, IL  60603

      I, Joseph A. Bald, hereby certify that on December 6, 2011 I caused a true and correct copy of the foregoing Notice of Application and the document identified therein to be served on the persons on the attached service list, either electronically or via first class mail, postage prepaid, as indicated on the service list.

_____/s/_____

Joseph A. Baldi

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 09-30477 |
| Anthony P. Montalbano, Sr., | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date:  December 20, 2011 |
| Debtor. | ) | Time: 10:00 a.m. |

**Second and Final Application for Allowance and Payment of Compensation
of Joseph A. Baldi, as Chapter 11 Trustee**

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Anthony P. Montalbano, Sr., debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order i) allowing to Trustee final compensation in the amount of $200,000.00 for services rendered by him as chapter 11 trustee in this case from the date of his appointment through November 1, 2011, the date this case was converted to chapter 7 and ii) authorizing payment to Trustee of the amount of $173,309.00 representing the balance of allowed fees after deducting the prior interim award of $26,691.00.  In support thereof, Trustee respectfully states as follows:

**Introduction**

1.      Debtor commenced this case on August 19, 2009 by filing a voluntary petition for relief under chapter 11 of the Code.

2.      On February 14, 2011, Joseph A. Baldi was appointed as the chapter 11 trustee in this case.  Mr. Baldi accepted his appointment on February 16, 2011 and has been the duly qualified and acting chapter 11 trustee in this case since his appointment.  A copy of the Order approving the appointment of Trustee is attached hereto as Exhibit A.  On November 1, 2011 this case was converted to one under chapter 7 of the Code and Mr. Baldi was appointed interim trustee in the chapter 7 case.  The first meeting of creditors in the chapter 7

case is set for December 8, 2011 and Mr. Baldi continues to serve as the duly qualified and acting trustee in this case.

3.     Debtor is a real estate developer and prior to commencing this bankruptcy case he owned numerous real properties in Illinois and Arizona.   As a result of the economic downturn and the collapse of the real estate market, Debtor incurred substantial losses in his real estate development business during 2008 and 2009.     His development business subsequently ceased all operations and he lost the majority of his real estate holdings through foreclosure proceedings and/or short sales.

4.     The major assets belonging to this estate are approximately $16 million in federal and state income tax refunds recoverable as a result of net operating losses generated by Debtor's real estate interests in 2008 and 2009 which were carried back to prior taxes years (the "Tax Refunds").   Since his appointment, Trustee has recovered or collected over $14,000,000 of the Tax Refunds on behalf of the Estate.   The Debtor's non-filing spouse, Susan Montalbano ("Susan"), asserted that 50% of the Tax Refunds belonged to her.   Trustee and Susan reached a settlement which was approved by the Court on September 7, 2011 ("Tax Refund Settlement").   Pursuant to the terms of the Tax Refund Settlement, Ms. Montalbano's claims in the Tax Refunds and other property of the Estate were settled with payment of cash and/or transfers of property totaling less than $1.7 million and the withdrawal of Susan's claim against the estate.

**Prior Compensation**

5.     This is the second and final application ("Application") for allowance of compensation for service rendered as chapter 11 trustee filed by Mr. Baldi in this case. Trustee filed an interim application ("First Application") for allowance and payment of

2

compensation on August 25, 2011.  This Court allowed and authorized payment of interim compensation pursuant to the First Application by its order entered on September 14, 2011 ("September 14 Order").   The period covered by the first application and the amounts awarded to Trustee pursuant thereto are as follows:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| August 25, 2011 | February 16 to July 31, 2011 | $26,691.00 | $26,691.00 |

A copy of the September 14, 2011 Order is attached hereto as Exhibit B.  Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as described in this paragraph.

### Funds Collected and Disbursed by Trustee

6.     Since his appointment, Trustee has collected $15,218,184.62 on behalf of the Estate. To date, Trustee has disbursed $1,028,466.40 in payment of the Tax Refund Settlement, costs of administering the estate and payment of allowed compensation to Estate professionals.   The Trustee currently holds $14,189,718.22 in the Estate's bank accounts. There have been orders entered in this case authorizing payment of additional compensation and reimbursement of expenses to the Estate's accountants and special real estate counsel in the total amount of $157,344.40 which Trustee expects to pay prior to the hearing on this motion.  As a result, Trustee will hold $14,032,373.82 in estate bank accounts as of the date this Application will be heard.

3

## Compensation Requested

7.     Trustee has administered the sum of $14,335,663.12 in estate property[1].
Pursuant to section 326 of the Code the amount of compensation payable to the Trustee
should be computed as follows:

| | | |
|---|---|---|
| 25% of the first $5,000.00 collected | $ | 1,250.00 |
| 10% of the next $45,000.00  collected | $ | 4,500.00 |
| 5% of the next $950,000.00  collected | $ | 47,500.00 |
| 3% of the next $13,335,663.12 | $ | 400,069.89 |
| Total Compensation Allowable | $ | 453,319.89 |
| Less:  Prior Interim Compensation | $ | 26,691.00 |
| Remaining Compensation allowable | $ | 426,628.89 |

8.     Based upon the caliber of the services rendered by Trustee as more fully
described below and in the First Application, the results achieved, and the difficulties
presented in this case, Trustee requests allowance of final compensation for his services
rendered as chapter 11 trustee from the time of his appointment through the date of the
conversion of this case to chapter 7 on November 1, 2011 in the amount of $200,000.00,
inclusive of the interim award previously received.   This amount represents reasonable
compensation for the services rendered by Trustee in accordance with section 330 of the
Code and is less than half of the compensation allowable to Trustee under section 326 and
section 330(7).

---

[1] Trustee has not included the amounts returned to Susan Montalbano pursuant to the Tax Refund Settlement or a payment
of $822 to Debtor for exempt property due him in the calculation of the amounts which are available for distribution to
creditors and which may be included in the calculation of compensation under section 326.

Trustee was appointed in this case at a time when relations between Debtor and creditor Bank of America had irretrievably broken down. Debtor's efforts to confirm a plan were stalled and the parties were facing the prospect of contentious litigation to resolve the issues in the case. Trustee was immediately faced with a difficult legal issue on which the law remains unsettled regarding Susan Montalbano's tax refund claims. Trustee was proactive and moved quickly to effect a resolution of the Tax Refund issues through a combination of negotiation and mediation which resulted in a settlement that benefited the estate and was well within the range of reasonableness. The Tax Refund Settlement allowed the Estate to retain over $6 million which Debtor had proposed to pay to Susan Montalbano while avoiding the substantial costs and potential risk of loss which would have ensued if the matter was resolved through litigation. Susan Montalbano also agreed to withdraw her claim for $6.975 million against the estate pursuant to the Tax Refund Settlement.

Trustee also promptly analyzed the Estate's ownership position with regard to the Arizona Home and took steps to dispose of that property that protected the Estate from additional claims and reduced existing claims. Trustee completed multiple deed in lieu of foreclosure transactions which eliminated millions of dollars in claims against the estate, thus inuring to the benefit of the Estate's remaining creditors. Trustee's services during the chapter 11 case have also insured that the administration of the Estate can be completed expeditiously. In less than 9 months, Trustee has resolved the major issues in this case and set it on course to be closed quickly. The compensation requested by Trustee is extremely modest given the millions saved for the estate by the Tax Refund Settlement and the additional millions in claims which have been withdrawn as a result of Trustee efforts.

**Services Rendered by Trustee**

9.      Trustee now seeks allowance of final compensation for the Trustee's services as chapter 11 trustee.  Trustee has performed actual, necessary and valuable services on behalf of the Estate.  As noted, Trustee previously applied for and was awarded interim compensation for services provided from February 16 through July 31, 2011.  Itemized statements describing the Trustee's services rendered during the period covered by the First Application are attached hereto as Exhibit C.  Itemized billing statements describing the Trustee's services rendered during the period covered by this Application are attached hereto as Exhibit D.  The services rendered by the Trustee to the Estate during the period covered by this Application are summarized and described below.

A.      Resolution of Susan Montalbano's Tax Refund Claim:  At the time of Trustee's appointment, Debtor's spouse, Susan was asserting a claim for 50% of the Tax Refunds, for a total claim of $8 million.  Following extensive research on the issues presented and lengthy negotiations, Trustee participated in court supervised mediation which resulted in Trustee entering into the Tax Refund Settlement with Susan Montalbano.  In accordance with the Tax Refund Settlement, Susan received a total of $1.6 million of the tax refunds, which was paid by crediting the estate for amounts previously received and retained by Susan and by a cash payment from the Estate of $881,789.50.  Susan also received title to seven vehicles which were owned by either solely by the Estate or jointly with Montalbano Builders, Inc.  As a result of Trustee's negotiations, Susan also agreed to waive and release her $6,974,000.00 claim which had been filed against the Estate.

During the period covered by this Application, Trustee supervised and actively participated in the preparation of a comprehensive settlement agreement and the filing of a

motion to approve the Tax Refund Settlement. Trustee negotiated with the chapter 7 trustee

for Montalbano Builders, Inc. for the purchase of MBI's interest in the vehicles to be delivered

under the terms of the Tax Refund Settlement. The Tax Refund Settlement also directed that

the proceeds of disputed tax refunds previously placed in escrow pursuant to orders of this

Court totaling over $2 million were to be turned to Trustee. Upon approval of the Tax Refund

Settlement, trustee arranged for and conducted a closing with Susan's attorney and delivered

the settlement payment and vehicle titles as agreed. Trustee also closed with the trustee for

Montalbano Builders, Inc. for the purchase of the trustee's interest in the vehicles to be

delivered to Susan.

B.    Disposition of Estate's Interest in Arizona Home and Settlement with MB

Financial Bank: After completing the settlement with Susan, Trustee reviewed the remaining

matters pending in the case to determine how best to wind up his chapter 11 administration

before converting the case to chapter 7.   Among the assets of the Estate was an unfinished

luxury home jointly owned by the Estate and Susan Montalbano which was being constructed

by the Debtor in Paradise Valley, Arizona ("Arizona Home"). The Arizona Home construction

was being financed pursuant to a DIP financing arrangement negotiated by Debtor with MB

Financial Bank ("MB") prior to the appointment of the Trustee. Total advances under the DIP

facility were approximately $5.5 million. The Arizona Home was also subject to a second

mortgage under which MB and Susan shared sale proceeds in excess of the DIP facility till

MB received $1,335,000.00. The Arizona Home was listed for sale with a broker in Arizona

with a listing price of approximately $10 million, fully completed.

Trustee assumed an active role in analyzing if the Arizona home could be completed

and sold for an amount that would benefit the Estate. Trustee reviewed the status of

7

construction, advances by MB and the budget for completion of the home.  MB indicated that

the total pre and post petition advances on the DIP facility were approximately $5.5 million

and they were not willing to continue funding construction.   Trustee directed that Debtor

reduce the completion budget as much as possible in order to determine if it was

economically feasible to complete the home and market it for sale.   Trustee then consulted

with the Arizona broker regarding valuation of the home and recent comparable sales

activities for homes of this type.   Trustee received an estimate from Debtor that it would

require at least $500,000.00 to complete construction of the Arizona Home.   Based on

Trustee's review, Trustee concluded that the Arizona home could not be completed for an

amount that would pay MB's mortgages, pay Susan her share of any equity and provide a

return to creditors of this estate.

        Trustee then contacted MB to negotiate the transfer of the Arizona Home pursuant to a

deed in lieu of foreclosure.  Trustee also proposed that additional properties in Illinois which

were subject to mortgages in favor of MB could also be transferred pursuant to deeds in lieu

of foreclosure in order to liquidate MB's claim against Debtor for those properties.  Trustee,

Susan and MB engaged in extensive negotiations to reach an agreement for the transfer of

the Arizona Home and the surrender of the Illinois Properties.   Trustee participated in

numerous conferences and meetings with the parties and reviewed several revisions to the

proposed settlement in an effort to reach a final agreement.   Trustee and his counsel also

worked with Debtor and MB to provide final sworn owners and contractors statements in

connection with any pending construction related claims.  Trustee and the parties were able

to resolve the issues raised in negotiations and reach an agreement under which the Estate

and Susan executed a deed in lieu of foreclosure transferring the Arizona Home to MB.  As

part of the resolution, Trustee obtained MB's agreement to indemnify the Estate for any claims arising from the construction of the Arizona Home, whether under the DIP facility or from contractors or other parties who worked on the Arizona Home.  MB also accepted deeds in lieu of foreclosure for the Illinois properties which were subject to MB's mortgages.  As part of the Settlement Agreement, MB agreed to reduce its claim against the Estate from over $6.2 million to $2.2 million as a general unsecured claim.

C.   Completion of Deed in Lieu of Foreclosure Agreements:   Prior to Trustee's appointment, Debtor obtained an order ("DIL Order") approving a procedure under which Debtor could enter into agreements to cause deeds in lieu of foreclosure to be delivered to lenders holding mortgages on property owned by Debtor or entities controlled by Debtor in exchange for a reduction or release of the lender's deficiency claims against Debtor.  Trustee reviewed the DIL Order and consulted with Debtor's attorney and Trustee's Special Counsel regarding completed agreements and lenders who may be interested in entering into such agreements.  Trustee authorized Special Counsel to continue discussions with lenders interested in such arrangements in the event they might determine that such an agreement was in their interest.

After the completion of the Tax Refund Settlement with Susan, Trustee determined that there was no further reason to remain in chapter 11.  Trustee instructed Special Counsel that any further deed in lieu agreements would be best completed prior to conversion and that any lenders interested in entering into such arrangements needed to complete their arrangements prior to the entry of the order converting the case.  Trustee worked with Special Counsel to negotiate and complete agreements with Republic Bank, Steeplechase Partners, LLC and Signature Bank for deeds in lieu of foreclosure on 4 separate parcels of

9

property owned by Debtor and entities controlled by Debtor.  As a result of the execution of these deed in lieu agreements, claims totaling $10,628,539.00 have been released against the Estate.

D.   Tax Returns:        Trustee continued to monitor and review the status of tax returns due to be filed the Estate and the entities owned or controlled by the Estate.  Trustee worked with the Estate's accountants to prepare and file amended Illinois state income tax returns seeking to carry back losses to the years 2004, 2005 and 2006 to claim refunds totaling $688,000.  Trustee also worked with the accountants to review and file returns for the entities which have not yet wound up their affairs.  Trustee and personnel on his behalf prepared and filed tax returns for the tax year 2010 on behalf of 22 entities owned or controlled by Debtor.

E.   Investment of Estate Funds:   Trustee obtained the turnover of more than $2 million from escrow accounts held pursuant to prior court order upon the approval of the Tax Refund Settlement.  Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate.

F.   Maintenance of Case Management System:  Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

G.   Reporting:   Trustee compiled and maintained all information necessary to enable him to prepare and file reports required to be filed with the office of the United States Trustee and the Court.  Trustee and personnel on his behalf prepared and filed the monthly chapter 11 operating reports required by the United States Trustee and prepared and paid the quarterly fees due from the Estate.

10

H.    General Administration:    Trustee otherwise administered this Estate and directed the liquidation and preservation of assets of the Estate for the benefit of the creditors.   Trustee has also reviewed claims against the Estate to identify those for which further follow up and investigation is required.

10.    An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit E.

11.    Trustee requests that he be authorized to pay the compensation requested herein from Estate funds in his possession.

**Status of the Case**

12.    Trustee has undertaken an analysis of the 77 business entities which Debtor controlled to determine their current status and any steps required to file final tax returns and wind up the Estate's involvement with those entities.   Several of the entities have filed final returns, either in 2009 or 2010 and trustee will take the steps necessary to wind down the remaining entities and file final returns for them.   There are additional tax refunds of $688,000.00 due from the State of Illinois which Trustee will pursue.   Trustee will also perform a detailed review of Debtor's pre-petition transactions to determine whether there are any avoidable transfers which are recoverable Trustee.   Trustee has begun his claims review to identify any claims which may be subject to objection.   Trustee intends to seek an evaluation of any guarantee claims to insure that any available collateral is valued and applied in reduction of such guarantee claims.   Once the claims review and objection process has been completed and any avoidance actions are liquidated, Trustee will file his final report to close this case.

13.     Creditors initially filed claims in this case totaling over $139,000,000.00.  Prior to Trustee's appointment, Debtor completed deeds in lieu of foreclosure or short sales which reduced claims by approximately $16 million.  As set forth above, Trustee pursued additional deed in lieu transactions which reduced claims by an additional $10 million and the MB Settlement reduced MB's claim by approximately $4 million.  The withdrawal of Susan's claim further reduced claims against the Estate by an additional $7 million, for a total reduction of approximately $38 million in claims.  Based upon the funds collected and the claims filed to date in the case, Trustee anticipates that he will be able to make a distribution of between 10% and 12% to unsecured creditors upon the filing of his final report.

### Notice to Creditors

14.     Trustee has provided 21 days' notice of this Application to the Debtor, all creditors and other parties in interest, including the United States Trustee, in the form attached hereto as Exhibit E.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of Anthony P. Montalbano, Sr., debtor, requests the entry of an order providing the following:

A.     Allowing to the Trustee final compensation in the amount of $200,000.00 for actual and necessary professional services rendered on behalf of this Estate as chapter 11 trustee from the time of his appointment through the date of conversion on November 1, 2011;

B.     Authorizing Trustee to immediately pay the sum of $173,309.00, representing the remaining amount due for allowed fees after deducting the prior interim award of $26,691.00, from Estate funds in his possession; and

C.     For such other and further relief this Court deems appropriate.

12

December 6, 2011                       Joseph A. Baldi, as trustee of the Estate of
                                       Albert P. Montalbano, Sr., debtor

                                       By:_____/s/_____
                                              Joseph A. Baldi

Joseph A. Baldi ID No. 00100145
Elizabeth C. Berg ID No. 6200886
Baldi Berg & Wallace, Ltd.
Suite 1500, 19 South LaSalle Street
Chicago, IL  60603
(312) 726-8150

**Trustee's Final Ch. 11 Fee Application**          **Anthony Montalbano, debtor**
                                                                 **Case No. 09-30477**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                    )        BK No.:   09-30477
ANTHONY P. MONTALBANO, SR.     )
                        )
                        )        Chapter: 11
                        )        Honorable Susan Pierson Sonderby
                        )
                        )
        Debtor(s)          )

ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

Upon the United States Trustee's Application for an Order Approving the Appointment of a Trustee, it is ORDERED that the Application is GRANTED and that the appointment of Joseph A. Baldi as Trustee is APPROVED.

Enter:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Dated:

Prepared by counsel of Movant:

Kathryn M. Gleason, Attorney
Office of the U.S. Trustee

FEB 1 6 2011

Rev: 20101008_bko

**Exhibit A**

Trustee's Final Ch. 11 Fee Application                  Anthony Montalbano, debtor
                                                        Case No. 09-30477

Prior Compensation Order
(September 14, 2011)

**Exhibit B**

09-30477:292.1:Application for Compensation:Proposed Order Entered: 8/25/2011 4:23:24 PM by:Joseph Baldi Page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   09-30477 |
| | ) | |
| Anthony P. Montalbano, Sr., | ) | Chapter: 11 |
| | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Allowing and Authorizing Payment of Interim Compensation and Reimbursement of Expenses to Joseph A. Baldi, as Trustee**

This matter coming before the Court for hearing on the First Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Joseph A. Baldi, as Trustee ("Application"), due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. Joseph A. Baldi is allowed interim compensation in the amount of $26,691.00 for actual and necessary professional services rendered as trustee from the date of his appointment through July 31, 2011; and

2. Joseph A. Baldi is authorized to pay to himself the amounts allowed pursuant to paragraph one of this order immediately from Estate funds in his possession.

Enter:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Dated: **SEP 1 4 2011**

Prepared by:

Joseph A. Baldi
Attorney I.D. No. 00100145
19 South LaSalle St., Suite 1500
Chicago, Illinois 60603
(312) 726-8150

Rev: 201100318_bko

**Exhibit B**

Anthony Montalbano, debtor
                                                                    Case No. 09-30477

Trustee's Billing Statements
From First Application

(February 13, 2011 to July 31, 2011)

Exhibit C

**Exhibit C**
**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

Phone: (312) 726-8150
Fax:    (312) 726-5067                                              FEIN: 36-4352753

___

*Invoice submitted to:*                         August 22, 2011
                                                Invoice No:   01929

Joseph A. Baldi, trustee
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

In Reference to:   *Montalbano - Trustee matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 2/11/2011 | JAB | TC with UST re appointment. Review issues, positions of parties and areas to review. (.5) TC to debtor's attorneys discuss case and set up meeting. (.4) Begin review of schedules, statements, motion and response on motion for trustee. Review Hirsch settlement letter and follow up. (1.6) | 2.50 $425.00/ hr | $1,062.50 |
| 2/14/2011 | DBW | Prepare 2007.1 affidavit | 0.30 $325.00/ hr | $97.50 |
| 2/14/2011 | JAB | Review pleadings and disclosure statement in case, prepare for meeting with debtor's attorney (1.0) Meet with attorneys for debtor, discuss issues in case. (2.0) TC with B of A attorney, schedule meeting regarding issues in case. (.3) TC with attorney for Susan Montalbano re issues in case, (.4) | 3.70 $425.00/ hr | $1,572.50 |
| 2/14/2011 | JAB | Review and revise affidavit, TC to UST re same. | 0.50 $425.00/ hr | $212.50 |
| 2/16/2011 | JAB | Attend hearing on motion to approve appointment of trustee. (.5) Review settlement letter, tax issues for meeting with accountants (1.0) Attend meeting with Frost Ruttenberg accountants. Review tax issues, returns filed status of same and follow up needed. Discuss structure of entities and relation to debtor. (2.0) | 3.50 $425.00/ hr | $1,487.50 |

# Baldi Berg & Wallace, Ltd

Montalbano - Trustee matters

8/22/2011

Page    2

| | | | | |
|---|---|---|---|---|
| 2/17/2011 | ALD | TC w. Banco Popular re instructions to change signature cards on db's accounts. | 0.20<br>$55.00/ hr | $11.00 |
| 2/17/2011 | ALD | TC w. International Sureties for bond quote. | 0.10<br>$55.00/ hr | $5.50 |
| 2/17/2011 | JAB | Prepare for and attend meeting with Paloian and Sokol re Montalbano.  Review issues in case, potential to resolve same, prospects for plan or conversion. | 3.00<br>$425.00/ hr | $1,275.00 |
| 2/17/2011 | JAB | Research regarding allocation of tax refunds, review cases re same. | 3.00<br>$425.00/ hr | $1,275.00 |
| 2/18/2011 | ALD | Email to International Sureties w. JAB appointment ltrs and entered order for bond price quote. | 0.10<br>$55.00/ hr | $5.50 |
| 2/18/2011 | JAB | TC with Paloian re tax returns, issues re same (.4); TC with accountants re returns, carrybacks taken, obtaining copies of returns for related entities (.6). | 1.00<br>$425.00/ hr | $425.00 |
| 2/22/2011 | JAB | Meet with EPIQ representatives regarding banking issues, alternatives to earn interest on deposits | 0.50<br>$425.00/ hr | $212.50 |
| 2/23/2011 | ALD | Draft Ltr to Wakefield re original and duplicate original Ch. 11 bond. | 0.10<br>$55.00/ hr | $5.50 |
| 2/23/2011 | ALD | Deliver bond to Wakefield at UST. | 0.20<br>$55.00/ hr | $11.00 |
| 2/23/2011 | JAB | TC from debtor's attorney re use of exempt property in unemployment compensation, IRA.  Confer with B of A attorney re same, review exemptions. | 0.60<br>$425.00/ hr | $255.00 |

# Baldi Berg & Wallace, Ltd

8/22/2011

Montalbano - Trustee matters

Page    3

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 2/24/2011 | JAB | TC from creditor re vehicles co owned by debtor, lift stay re same (.2). TC to debtor's attorney re same (.3). | 0.50<br>$425.00/hr | $212.50 |
| 2/25/2011 | JAB | Review documentation on deed in lieu for Republic Bank, review appraisals and mortgage documents and proofs of claims. (1.5) TC with McGurn, special counsel, re process, projects remaining, benefit to estate, issues to consider. (.7) | 2.20<br>$425.00/hr | $935.00 |
| 2/28/2011 | JAB | TC with debtor's attorney re deed in lieu transactions, exempt property issues. (.4) Review letter from attorney for Lyons re citation lien on vehicles. (.4) TC with attorney for MBI, discuss status of company, citation lien, possible chapter 7 filing. (.4) | 1.20<br>$425.00/hr | $510.00 |
| 3/11/2011 | ALD | Set up case in TCMS. | 0.30<br>$55.00/hr | $16.50 |
| 3/11/2011 | JAB | Review Hirsch settlement letter, escrow order and other information on tax refunds, legal issues. (2.5) Meet with Richard Hirsch on Montalbano to review issues with Susan Montalbano, tax issues, entirety issue, household expenses, disposition of cars. Discuss possible settlement options, points in each position and likelihood of success. (3.5) | 6.00<br>$425.00/hr | $2,550.00 |
| 3/15/2011 | JAB | Travel to and inspect Montalbano home and personal property. | 2.00<br>$425.00/hr | $850.00 |
| 3/16/2011 | ALD | TC w. BAC for wiring instructions (.1), email to TR re same (.1). | 0.20<br>$55.00/hr | $11.00 |
| 3/16/2011 | JAB | Review cases on ownership of tax refunds | 1.00<br>$425.00/hr | $425.00 |
| 3/25/2011 | JAB | Review Hirsch request to pay personal expenses (.2), e-mail response re same (.3). | 0.50<br>$425.00/hr | $212.50 |

## Baldi Berg & Wallace, Ltd

8/22/2011

Montalbano - Trustee matters

Page    4

| 3/28/2011 | JAB | TC with successor trustee in MBI re meeting, information on case(.4). Respond to creditors re same (.1). | 0.50 $425.00/hr | $212.50 |
|---|---|---|---|---|
| 3/28/2011 | JAB | TC with SC re update on bank accounts, transfer of same and logistics for escrow accounts. Review file re same and set up trustee accounts. (.5) TC with accountant re same.( .3) TC to Hirsch re meeting, tax returns. (.3) | 1.10 $425.00/hr | $467.50 |
| 4/05/2011 | JAB | Review Hirsch letter, materials and cases provided on tax refund issues for meeting. | 2.00 $425.00/hr | $850.00 |
| 4/06/2011 | JAB | Prepare for and Meet with Richard Hirsch on tax issues | 2.50 $425.00/hr | $1,062.50 |
| 4/06/2011 | JAB | TC with Sowka re tax return issues, review NOL carry back calculations, discuss possible settlement of claims. | 0.50 $425.00/hr | $212.50 |
| 4/20/2011 | JAB | TC with trustee for MBI re cars to be sold, deeds in lieu. (.4) TC with M McGurn re status of deeds in lieu, property issues, MBI issues. (.4) Prepare letter to Popular re turnover of bank accounts. (.3) | 1.10 $425.00/hr | $467.50 |
| 4/21/2011 | JAB | Review and revise turnover letter, forward to Popular Community bank and debtor, TC with bank re same. | 0.50 $425.00/hr | $212.50 |
| 5/04/2011 | JAB | Prepare for and attend hearing on Montalbano - status of case. (.5) Confer with B of A attorney re status of case, resolution of tax issue, continuing in chapter 11. (.5) | 1.00 $425.00/hr | $425.00 |
| 5/11/2011 | RKP | Reconcile estate bank accounts April 2011 | 0.20 $190.00/hr | $38.00 |
| 6/08/2011 | JAB | TC with Bob McKenzie regarding retention as special tax counsel. (.5) Review motion to retain special counsel, approve same. (.5) | 1.00 $425.00/hr | $425.00 |

**Baldi Berg & Wallace, Ltd**

8/22/2011

Montalbano - Trustee matters

Page   5

| | | | | |
|---|---|---|---|---|
| 6/08/2011 | RKP | Open checking account and transfer funds for disbursements (.1); prepare checks for interim fees awarded to Frost Ruttenberg and for bond premium (.2); phone conversation with M. Morris re: invoice for bond premium (.1). | 0.40<br>$190.00/ hr | $76.00 |
| 6/09/2011 | RKP | Prepare letter to International Sureties re: Trustee's payment of bond premium (.2); letter to Frost Ruttenberg re: payment of interim compensation awarded (.2) | 0.40<br>$190.00/ hr | $76.00 |
| 6/13/2011 | JAB | Review and respond to emails regarding mediation. TC to McKenzie re same. (.5)  Review and forward tax returns to McKenzie. TC to Crosby re same. (1.2) | 1.70<br>$425.00/ hr | $722.50 |
| 6/14/2011 | RKP | Review email from Chaiken re: wired funds per order (.10); phone conversation with Bank of America re: confirmation of wire (.20); memo to Trustee re: same (.10). | 0.40<br>$190.00/ hr | $76.00 |
| 6/20/2011 | RKP | Prepare deposits of tax refund checks received (.2); meet with representative of Bank of America for deposit of funds (.4); call to C. Beene at Global Client Support re: same (.2) | 0.80<br>$190.00/ hr | $152.00 |
| 6/22/2011 | JAB | TC with special counsel re time line for position statement for mediation. (.3) E-mails to parties re mediation, deposit of tax refund. (.3) | 0.60<br>$425.00/ hr | $255.00 |
| 6/22/2011 | RKP | Reconcile May 2011 estate bank accounts | 0.20<br>$190.00/ hr | $38.00 |
| 6/28/2011 | JAB | Review Arnstein position statement, revise same, confer with Adam Fayne re same.  Make additional revisions and comments (3.0) TC with Hirsch re mediation, submission of materials. (.3) Review Hirsch submission, points raised, forward to Arnstein for review. (.5) | 3.80<br>$425.00/ hr | $1,615.00 |

## Baldi Berg & Wallace, Ltd

8/22/2011

Montalbano - Trustee matters

Page    6

| | | | | |
|---|---|---|---|---|
| 6/30/2011 | JAB | TC with Paloian re status of case, mediation, issues with case and how to resolve. | 0.70<br>$425.00/ hr | $297.50 |
| 7/12/2011 | JAB | Prepare for (2.6) and attend (2.5) mediation session with Susan Montalbano re tax claims. Confer with counsel re same, reach settlement and document same (.4). | 5.50<br>$425.00/ hr | $2,337.50 |
| 7/13/2011 | JAB | TC with B of A attorney re settlement, approval of same. | 0.40<br>$425.00/ hr | $170.00 |
| 7/19/2011 | JAB | TC with Courtney Barr re MB Financial claim, DIP financing on Arizona home, follow up on same and possible equity. | 0.60<br>$425.00/ hr | $255.00 |
| 7/20/2011 | JAB | TC with debtor's attorney re reduction in sale price for Arizona home. (.4) Review stipulation and order regarding financing, mortgages and sharing in proceeds. (1.0) | 1.40<br>$425.00/ hr | $595.00 |
| 7/20/2011 | RKP | Reconcile estate bank accounts for June 2011 | 0.10<br>$190.00/ hr | $19.00 |
| 7/22/2011 | JAB | Review file re status of settlement agreement, review materials re same. | 1.50<br>$425.00/ hr | $637.50 |
| 7/28/2011 | JAB | Review and approve reduction in listing for AZ home. Forward to broker. TC with broker re listing, authority of trustee, status of sale. | 1.50<br>$425.00/ hr | $637.50 |
| 7/28/2011 | JAB | TC with Chaiken re information on money market and hedge fund account at Oppenheimer. Follow up with call to broker re same. Receive and review account statements. | 1.00<br>$425.00/ hr | $425.00 |
| 7/29/2011 | JAB | Review DIP financing, TC to MB attorney re same. Review order, budget, Debtor proposal re funding. | 0.70<br>$425.00/ hr | $297.50 |

# Baldi Berg & Wallace, Ltd

8/22/2011

Page    7

Montalbano - Trustee matters

|  |  |
|---|---|
| Total Fees | $26.691.00 |
| Total New Charges | $26,691.00 |
| Previous Balance | $0.00 |
| Balance Due | $26,691.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Alex L Dragonetti | 1.20 | $55.00 |
| Donna B Wallace | 0.30 | $325.00 |
| Joseph A Baldi | 61.30 | $425.00 |
| Ricki K Podorovsky | 2.50 | $190.00 |
|  | 65.3 |  |

Anthony Montalbano, debtor
Case No. 09-30477

**Trustee Billing Statements**
**For Second Application**

**(August 1, 2011 to October 31, 2011)**

**Exhibit D**

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

Phone: (312) 726-8150
Fax:    (312) 726-5067

FEIN: 36-4352753

*Invoice submitted to:*

November 30, 2011
Invoice No:   01991

Joseph A. Baldi, trustee
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| **Montalbano - Trustee matters** | | | | | | | |
| | 110.60 | $46,561.00 | $0.00 | $46,561.00 | $-26,691.00 | $26,691.00 | $46,561.00 |
| **Montalbano - Operating Reports** | | | | | | | |
| | 18.90 | $3,842.50 | $0.00 | $3,842.50 | $0.00 | $0.00 | $3,842.50 |
| **Montalbano - Tax Matters** | | | | | | | |
| | 16.50 | $2,475.00 | $193.45 | $2,668.45 | $0.00 | $0.00 | $2,668.45 |

Balance Due                    $53,071.95

**Exhibit D**

# Baldi Berg & Wallace, Ltd

11/30/2011

Montalbano - Trustee matters

Page 2

**In Reference to:** *Montalbano - Trustee matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 8/02/2011 | JAB | Prepare for and meet with Montalbano, McGurn and attorneys re status of Arizona home, budget for same, possible deeds in lieu for MB properties. Review issues on settlement, agree on disposition of country club membership. Discuss follow up. | 4.00<br>$425.00/ hr | $1,700.00 |
| 8/03/2011 | JAB | Montalbano - prepare for and attend hearing on status of case; continued hearing on disclosure statement. (1.0) Follow up on pending matters regarding tax refund settlement, (1.0) | 2.00<br>$425.00/ hr | $850.00 |
| 8/04/2011 | JAB | Review values of vehicles, provide documentation to MBI Trustee re same. Negotiate purchase of MBI interest in vehicles to deliver pursuant to settlement with Susan. Review follow up on issues to complete sale and close on settlement agreement. | 3.00<br>$425.00/ hr | $1,275.00 |
| 8/05/2011 | JAB | Review and approve revisions to agreement. Forward to Susan M's attorney for signature. | 2.00<br>$425.00/ hr | $850.00 |
| 8/06/2011 | JAB | Review and respond to proposed changes to agreement and motion from S. Montalbano attorney, explain provisions at issue. | 1.50<br>$425.00/ hr | $637.50 |
| 8/24/2011 | JAB | Review and respond to email re Arizona property listing. Review listing agreement and order extending. Confer with broker re extension of agreement, review status of home and sale prospects | 2.00<br>$425.00/ hr | $850.00 |
| 8/25/2011 | JAB | Review emails regarding Arizona home, budget to complete. Review budget revisions. | 2.00<br>$425.00/ hr | $850.00 |

**Baldi Berg & Wallace, Ltd**                                       11/30/2011

Montalbano - Trustee matters                                    Page    3

---

| Date | Init | Description | Hours / Rate | Amount |
|------|------|-------------|------|--------|
| 8/27/2011 | JAB | Review Illinois amended returns, prepare letters to file same and request prompt determination. | 1.00 $425.00/ hr | $425.00 |
| 8/27/2011 | JAB | Review emails from Debtor's attorney and MB Bank re Arizona property, deed in lieu agreement, potential foreclosure. Review DIP orders re rights of MB, options for estate. Confer with Hirsh. Respond to MB attorney re same. | 2.00 $425.00/ hr | $850.00 |
| 8/29/2011 | JAB | TC with M McGurn re status of Arizona property, MB deed in lieu proposal, response to same. (.5) TC with C Barr re MB deed in lieu proposal, response and intentions of bank re property and foreclosure. (.5) TC with R Hirsh re MB proposal, Susan's response, options to respond. (.5) TC with Steve Chaiken re response from debtor. (.3) Review DIP order and Deed in Lieu agreement (.7) | 2.50 $425.00/ hr | $1,062.50 |
| 8/29/2011 | RKP | Reconcile July 2011 estate bank account | 0.10 $190.00/ hr | $19.00 |
| 8/30/2011 | JAB | TC with Debtor, McGurn, Chaiken re options regarding Arizona property. TC to MB attorney re same. | 1.00 $425.00/ hr | $425.00 |
| 8/31/2011 | JAB | Confer with JDL re follow up on preparation of financial reports. | 0.50 $425.00/ hr | $212.50 |
| 8/31/2011 | JAB | Review bank statements for preparation of monthly reports. | 0.50 $425.00/ hr | $212.50 |
| 8/31/2011 | JAB | Review status of settlement agreement, review motion by MBI trustee to sell vehicles. Cross check same. E-mail to Chaiken re country club stipulation, review draft of same. | 2.00 $425.00/ hr | $850.00 |
| 9/06/2011 | JAB | Review emails re meeting on Arizona home and disposition of same. Review draft of DIL agreement circulated by MB. | 2.00 $425.00/ hr | $850.00 |

## Baldi Berg & Wallace, Ltd

Montalbano - Trustee matters

11/30/2011

Page    4

| 9/07/2011 | JAB | Continue review of materials from Hirsh, MB re Arizona home, construction budget, deeds in lieu of foreclosure. Meet with MB on Arizona home, Illinois projects, negotiate regarding resolution of issues re same. | 4.00 $425.00/ hr | $1,700.00 |
|---|---|---|---|---|
| 9/08/2011 | JAB | Review email from MB attorney re terms of deed in lieu agreement.  Confer with estate accountants re tax issues | 1.00 $425.00/ hr | $425.00 |
| 9/09/2011 | JAB | Review and respond to broker re extension of listing, status of sale efforts.  Review information on listing and comparable properties. | 1.00 $425.00/ hr | $425.00 |
| 9/12/2011 | JAB | Review materials regarding MB claim, proposal re deed in lieu.  TC's with Hirsh re same.  Review and respond to settlement proposal. | 3.50 $425.00/ hr | $1,487.50 |
| 9/14/2011 | JAB | Review emails and documents on deed in lieu with Republic, confer with McGurn re same.  Review emails from MB re settlement.  Review status of tax return filing, confer with ECB and JM re follow up. | 3.00 $425.00/ hr | $1,275.00 |
| 9/15/2011 | JAB | Second TC with Arizona broker re extension of listing agreement.  TC with Chaiken re order approving original listing agreement. | 0.60 $425.00/ hr | $255.00 |
| 9/15/2011 | JAB | Confer with T McGurn, special counsel, re pending deeds in lieu of foreclosure transactions, issues re same, likelihood of proceeding. | 1.00 $425.00/ hr | $425.00 |
| 9/15/2011 | JAB | Review, sign and process for filing tax returns for 22 entities owned by estate.  TC with accountant re treatment of forgiveness of debt income, impact on estate return; discuss signing corporate returns.  TC with Chaiken and Montalbano re same. | 3.50 $425.00/ hr | $1,487.50 |

## Baldi Berg & Wallace, Ltd

11/30/2011

Montalbano - Trustee matters

Page    5

| 9/15/2011 | JAB | TC with Arizona broker re extension of listing agreement, time for same. Review agreement. | 0.60 $425.00/hr | $255.00 |
|---|---|---|---|---|
| 9/16/2011 | JAB | Confer with MB attorney, agree to extend listing of Arizona property, confer with broker re same and execute documents for listing agreement. Confer with JDL re motion to approve extension. | 2.00 $425.00/hr | $850.00 |
| 9/16/2011 | JAB | Review complaint by Illinois EPA re Cortland property and water discharge before Illinois Pollution Control Board. Forward same to parties. confer with SB re follow up research on liability of owners for issues in complaint. | 2.00 $425.00/hr | $850.00 |
| 9/16/2011 | SJB | Reviewed environmental complaint by Illinois Attorney General | 1.00 $75.00/hr | $75.00 |
| 9/19/2011 | JAB | Review email from MB attorney re listing, potential sale of Arizona property. TC to broker re same and discuss offers that will be considered. | 2.00 $425.00/hr | $850.00 |
| 9/19/2011 | JAB | TC with special counsel counsel McGurn re Cortland property, status of deed in lieu, status of escrow accounts and other owners of property, response to IEPA suit re same. Review Cortland DIL. | 1.50 $425.00/hr | $637.50 |
| 9/19/2011 | JAB | TC with Hirsh re closing on settlement, issues regarding titles, sale of Arizona property. | 0.60 $425.00/hr | $255.00 |
| 9/19/2011 | JAB | TC with S Chaiken re meeting to review status of owned entities, winding up same. Review list of entities re follow up. | 1.50 $425.00/hr | $637.50 |
| 9/20/2011 | JAB | Review documents for proposed Hannon deed in lieu, discuss problems with McGurn. | 1.00 $425.00/hr | $425.00 |

## Baldi Berg & Wallace, Ltd

11/30/2011

Montalbano - Trustee matters

Page    6

| Date | | Description | Hours / Rate | Amount |
|------|---|-------------|------|--------|
| 9/21/2011 | JAB | Review latest revision to MB settlement agreement, review Hirsh and McGurn emails re same. | 1.50<br>$425.00/ hr | $637.50 |
| 9/22/2011 | JAB | TC with Hirsh re settlement payments due, checks for same and joint pay for fees. Review authorization re same. Review titles to vehicles to be transferred. (.7) TC with Chaiken re same. (.3) | 1.00<br>$425.00/ hr | $425.00 |
| 9/22/2011 | JAB | Review emails and exhibits provided by MB attorneys. Prepare and forward comments re same and terms of agreement. | 1.50<br>$425.00/ hr | $637.50 |
| 9/23/2011 | JAB | TC's with McGurn, Mulcahy re Signature Bank deed in lieu, issues re same and agreement to proceed on same. | 1.30<br>$425.00/ hr | $552.50 |
| 9/23/2011 | JAB | Review settlement agreementwith Susan Montalbano and agreement to purchase vehicles. Prepare checks in payment of same. Prepare and transmit to Hirsh. Review accounting, prepare check to Montalbano re exempt property, TC with S Chaiken re same. Review TCMS accounts to reconcile payments made. | 2.50<br>$425.00/ hr | $1,062.50 |
| 9/26/2011 | JAB | TC with MBI trustee, prepare letter re sale of vehicles, payment for same and transfer of titles. | 1.00<br>$425.00/ hr | $425.00 |
| 9/27/2011 | JAB | Review financial reports with JDL, discuss follow up re same. Review bank statements. | 0.50<br>$425.00/ hr | $212.50 |
| 9/27/2011 | JAB | Review emails regarding reinstatement of entities for deed in lieu transfers. TC with C Barr re Arizona settlement and Illinois transfers, quit claim deed form, form of agreement, issues on abandonment. | 1.50<br>$425.00/ hr | $637.50 |
| 9/28/2011 | JAB | Review DIL documents and appraisals in support of DIL transaction. TC with McGurn re form of notices for deed in lieu notice on misc lenders, status of Arizona settlement, issues to review with MB. Review latest revisions of MB documents from Hersth re settlement. | 3.00<br>$425.00/ hr | $1,275.00 |

## Baldi Berg & Wallace, Ltd

11/30/2011

Montalbano - Trustee matters

Page    7

| | | | | |
|---|---|---|---|---|
| 9/28/2011 | RKP | Review invoice for duplicate title (.1); transfer estate funds and prepare distribution check (.1). | 0.20<br>$190.00/ hr | $38.00 |
| 9/29/2011 | JAB | Review documents and emails re DIL transactions, MB settlement. Confer with McGurn re same. Review Barr response to Hirsh concerns, review payoff statement, review draft sworn statements regarding Arizona home. | 3.00<br>$425.00/ hr | $1,275.00 |
| 9/30/2011 | JAB | Review MB settlement documents and comments from each of the parties, review issues regarding settlement, resolution of same. Confer with parties regarding documents, notice to creditors and motion, timing of same. | 3.00<br>$425.00/ hr | $1,275.00 |
| 10/04/2011 | JAB | TC with MB, Chaiken, Hirsh and McGurn re issues on Arizona settlement, resolution of same. (2.0) TC with McGurn and Chaiken re issues on agreement, proposal to resolve, presentation to Mb. (1.0) Review current documents for settlement, preparation for conference call. (1.0) | 4.00<br>$425.00/ hr | $1,700.00 |
| 10/07/2011 | JAB | Review additional edits to settlement agreement, documents of DIL transactions. TC with McGurn re same and Steeplechase transaction. | 1.50<br>$425.00/ hr | $637.50 |
| 10/11/2011 | JAB | Review latest revisions, issues re same. (1.0) Email to parties re possible resolution of same. (.3) TC with special counsel re 1099 issues, challenging same. (.5) TC with Hirsh re Susan's issues re tax reporting. (.4) TC with Chaiken re same (.3) Prepare for and participate in conference call re settlement agreement, issues re same. (2.0) Review revisions to documents per conference call discussions. Review latest versions of exhibits. (2.0) | 6.50<br>$425.00/ hr | $2,762.50 |
| 10/11/2011 | RKP | Reconcile estate bank accounts (August 2011) | 0.10<br>$190.00/ hr | $19.00 |

## Baldi Berg & Wallace, Ltd

11/30/2011

Montalbano - Trustee matters

Page   8

| Date | | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 10/12/2011 | JAB | Meet with Richard Hirsh, transfer titles to Susan Montalbano on vehicles per settlement agreement. Deliver checks and titles to close transaction. | 1.50 $425.00/ hr | $637.50 |
| 10/14/2011 | JAB | Review revisions to documents and agreement, TC's with parties re same and issues to be resolved. Review agreements for Deed in lieu transactions, TC with McGurn re same. Negotiate changes re agreement and outstanding issues. Review updated copies, forward signature for same. Review changes made per Hirsh and Chaiken comments, issues outstanding for final agreement. Review emails from Bank attorney and other parties re same. | 6.00 $425.00/ hr | $2,550.00 |
| 10/15/2011 | JAB | Review final revisions and form of final agreement accepted by the parties, ok same. | 1.50 $425.00/ hr | $637.50 |
| 10/17/2011 | JAB | Review and respond to MB attorney request for authorization re signature on final agreement. (.5) Review McGurn issue re Title Indemnity, review document and comment on same. (.5) | 1.00 $425.00/ hr | $425.00 |
| 10/17/2011 | JAB | review affidavit, respond re changes needed. (.3) TC with McGurn re signing documents, status of transaction. (.3) | 0.60 $425.00/ hr | $255.00 |
| 10/17/2011 | JAB | TC with McGurn to schedule signing documents. Prepare and forward signed settlement agreement to MB attorney. | 0.50 $425.00/ hr | $212.50 |
| 10/18/2011 | JAB | appear on MBI motions to abandon, confer with counsel re same. | 0.50 $425.00/ hr | $212.50 |
| 10/18/2011 | JAB | Meet with special counsel, review and execute documents for closing on Mb agreement. | 1.00 $425.00/ hr | $425.00 |
| 10/19/2011 | JAB | Confer with DBW re preparation of DIL documents. Review draft orders, discuss follow up with dbw | 0.50 $425.00/ hr | $212.50 |

# Baldi Berg & Wallace, Ltd

11/30/2011

Montalbano - Trustee matters

Page    9

| | | | | |
|---|---|---|---|---|
| 10/21/2011 | JAB | Review email from MB re payoff amount. Review emails from McGurn re closing, completion of DIL agreements. | 1.00<br>$425.00/ hr | $425.00 |
| 10/24/2011 | JAB | Review DIL agreements, confer with McGurn re same. Execute agreements and return to McGurn for delivery. | 2.00<br>$425.00/ hr | $850.00 |
| 10/25/2011 | JAB | Review agreements forwarded, re-sign and forward correct version of agreement. | 0.50<br>$425.00/ hr | $212.50 |
| 10/27/2011 | JAB | Review and respond to emails from McGurn re completion of DIL agreements with Republic, Steeplechase, Signature Bank. | 1.00<br>$425.00/ hr | $425.00 |
| 10/28/2011 | JAB | Review DIL agreement with Signature Bank, edits to same. Review changes by Signature attorneys to original agreement. TC with McGurn re same. TC to Mulcahy re same and discuss need to use original agreement. | 2.00<br>$425.00/ hr | $850.00 |
| 11/01/2011 | JAB | Preparre for and attend Montalbano - status Motion to Convert, enter order re same. | 1.00<br>$425.00/ hr | $425.00 |

|  |  |
|---|---|
| Total Fees | $46,561.00 |
| Total New Charges | $46,561.00 |
| Previous Balance | $26,691.00 |

Payment       9/19/2011    Check No:    1004     Joseph A. Baldi, truste $-26,691.00

|  |  |
|---|---|
| Total Payments and Credits | $-26,691.00 |
| Balance Due | $46,561.00 |

**Timekeeper Summary**

# Baldi Berg & Wallace, Ltd

11/30/2011

Page   10

Montalbano - Trustee matters

| Name | Hours | Rate |
|------|-------|------|
| Joseph A Baldi | 109.20 | $425.00 |
| Ricki K Podorovsky | 0.40 | $190.00 |
| Stephen J Beard | 1.00 | $75.00 |

**Baldi Berg & Wallace, Ltd**                                    11/30/2011

Montalbano - Operating Reports                                   Page    11

**In Reference to:**    *Montalbano - Operating Reports*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 9/06/2011 | JDL | Review operating reports previously filed by DIP in preparation of completing operating reports. (1.2) Prepare operating report for February and March 2011 (1.6) | 2.80 $200.00/ hr | $560.00 |
| 9/07/2011 | JDL | Review DIP bank account statements with correspondence from Debtor's counsel (1.3) and prepare the Trustee's first complete operating report (April 2011) (1.5) | 2.80 $200.00/ hr | $560.00 |
| 9/12/2011 | JDL | Finalize operating reports Feb, Mar. Apr. 2011. | 1.40 $200.00/ hr | $280.00 |
| 9/13/2011 | DBW | Meet with JDL re reconciliation of operating reports | 0.50 $325.00/ hr | $162.50 |
| 9/13/2011 | JDL | Reconcile bank statements for each of 18 months of DIP period to account for 6K discrepancy between DIP register and operating reports previously filed by debtor. | 4.40 $200.00/ hr | $880.00 |
| 9/21/2011 | JDL | Revise operating report April 2011 to reflect reconciliation of Banco Popular account. | 0.80 $200.00/ hr | $160.00 |
| 9/26/2011 | JDL | Review Apr. operating report and reconciliation summary w/ JAB. (.7) Prepare May, 2011 Operating Reports (.4) Email to S. Chaiken re: bank statements (.1) | 1.20 $200.00/ hr | $240.00 |
| 9/27/2011 | JDL | Prepare June operating report. (1.0) Prepare July operating report (.5) Prepare August operating report (.4) | 1.90 $200.00/ hr | $380.00 |
| 9/28/2011 | JDL | Prepare 1st and 2nd Quarter 2011 U.S. Trustee's reports. | 0.90 $200.00/ hr | $180.00 |

# Baldi Berg & Wallace, Ltd

11/30/2011

Montalbano - Operating Reports

Page    12

| Date | TK | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/17/2011 | JDL | Prepare Sept. 2011 Operating report (.8) Prepare 3rd Qtr. U.S. Trustee's report (.4) TC to R. Wakefield re: disbursements/fee statement (.3) | 1.50 $200.00/ hr | $300.00 |
| 10/26/2011 | JDL | Review disbursements for Sept. and Quarter. | 0.20 $200.00/ hr | $40.00 |
| 10/31/2011 | JDL | Revise Sept. Operating report. | 0.50 $200.00/ hr | $100.00 |

| | | |
|---|---|---|
| | Total Fees | $3,842.50 |
| | Total New Charges | $3,842.50 |
| | Previous Balance | $0.00 |
| | Balance Due | $3,842.50 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 0.50 | $325.00 |
| Julia D Loper | 18.40 | $200.00 |

## Baldi Berg & Wallace, Ltd

Montalbano - Tax Matters

**In Reference to:**    *Montalbano - Tax Matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/02/2011 | JMM | Prepare transmittal Letter for Prompt Determination for Amended Tax Returns 2004, 2005, 2006 | 0.20 $75.00/ hr | $15.00 |
| 5/02/2011 | JMM | Prepare service and filing of transmittal Letter for filing Form 1045 and 1041 for 2004, 05, 06. | 0.20 $75.00/ hr | $15.00 |
| 9/13/2011 | JMM | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC XXIV | 0.20 $75.00/ hr | $15.00 |
| 9/13/2011 | JMM | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC XII | 0.20 $75.00/ hr | $15.00 |
| 9/13/2011 | JMM | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC XIV | 0.20 $75.00/ hr | $15.00 |
| 9/13/2011 | JMM | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC XIX | 0.20 $75.00/ hr | $15.00 |
| 9/13/2011 | JMM | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC CVII | 0.20 $75.00/ hr | $15.00 |
| 9/13/2011 | JMM | Reviewed MBC XXIV, MBC XII, MBC XIV, MBC XIX, MBC CVII Federal & State Tax Returns for filing, prepared envelopes & sent via U.S. Mail | 0.50 $75.00/ hr | $37.50 |
| 9/14/2011 | ECB | Review multiple tax returns for September 15, 2011 filing deadlines, including estate's 2010 Form 1041 and 2010 Form 1065 Partnership returns for various Montalbano related entities, in preparation for filing (.8) TC with accountant Tim Crosby re filing (.1) Emails to TR re same (.2) | 1.10 $300.00/ hr | $330.00 |

**Baldi Berg & Wallace, Ltd**                                                    11/30/2011

Montalbano - Tax Matters                                                         Page   14

---

| 9/14/2011 | ECB | Prepare correspondence to file Estate's 2010 state and federal 1041 income tax returns | 0.30 $300.00/hr | $90.00 |
|---|---|---|---|---|
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1120S income tax returns for Montalbano Builders of Arizona, Inc. | 0.20 $300.00/hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1120S income tax returns for Montalbano Homes of Arizona, Inc. | 0.20 $300.00/hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1120S income tax returns for APM Holdings, Inc. | 0.20 $300.00/hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for Montalbano Investments, LLC | 0.20 $300.00/hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for Impressionaire II, LLC | 0.20 $300.00/hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC V | 0.20 $300.00/hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC VII | 0.20 $300.00/hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC XXXVIII | 0.20 $300.00/hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC XXVII | 0.20 $300.00/hr | $60.00 |

# Baldi Berg & Wallace, Ltd

11/30/2011

Montalbano - Tax Matters

Page   15

| | | | | |
|---|---|---|---|---|
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC CXVII | 0.20 $300.00/ hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC VIII | 0.20 $300.00/ hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC  X | 0.20 $300.00/ hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC XII | 0.20 $300.00/ hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC XIX | 0.20 $300.00/ hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC CVI | 0.20 $300.00/ hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC CVII | 0.20 $300.00/ hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC XXIV | 0.20 $300.00/ hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC XIV | 0.20 $300.00/ hr | $60.00 |
| 9/14/2011 | ECB | Prepare correspondence to file 2010 state and federal 1065 tax returns for MBC CIX | 0.20 $300.00/ hr | $60.00 |
| 9/15/2011 | ECB | Confer with and advise Trustee regarding execution of tax returns for non-bankrupt entities owned by Debtor | 0.30 $300.00/ hr | $90.00 |

## Baldi Berg & Wallace, Ltd

11/30/2011

Montalbano - Tax Matters

Page    16

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 9/15/2011 | JMM | Prepared envelopes, organized letters for the remaining tax returns, & sent tax returns via U.S. Certified Mail | 2.00 $75.00/hr | $150.00 |
| 9/20/2011 | SJB | Retrieved and printed IL entity status for files and added info to entity spreadsheet. Checked tax return status for entities and updated entity spreadsheet accordingly. | 3.90 $75.00/hr | $292.50 |
| 9/22/2011 | SJB | Finished review of electronic 2009 entity returns. Began review of 2010 paper returns. | 1.30 $75.00/hr | $97.50 |
| 9/22/2011 | SJB | Finished review of entity paper returns. Reviewed Montalbano personal returns from 2009 & 2010 for more entity information. Updated spreadsheet accordingly. | 1.90 $75.00/hr | $142.50 |

Total Fees    $2,475.00

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 9/15/2011 | Federal & State Tax Returns (45 Tax Returns = 45 Envelopes) sent via U.S. Certified Mail | 1.00 @ /each | $193.45 |

Total Expenses    $193.45

Total New Charges    $2,668.45

Previous Balance    $0.00

Balance Due    $2,668.45

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 5.50 | $300.00 |
| Jason M Manola | 3.90 | $75.00 |
| Stephen J Beard | 7.10 | $75.00 |

Trustee's Final Ch. 11 Fee Application                    Anthony Montalbano, debtor
Case No. 09-30477

Trustee's Affidavit

Exhibit E

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 09-30477 |
| Anthony P. Montalbano, Sr., | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date:  December 20, 2011 |
| Debtor. | ) | Time: 10:00 a.m. |

**Trustee's Affidavit pursuant to Rule 2016
of the Federal Rules of Bankruptcy Procedure**

| | |
|---|---|
| State of Illinois | ) |
| County of Cook | ) ss. |

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.     I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.     I have read the Second and Final Application for Allowance and Payment of Interim Compensation of Joseph A. Baldi, as Chapter 11 Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I, or my agents pursuant to my direction, performed the services set forth and described in the Application.

3.     I have not previously received payment of any compensation for services rendered as trustee in this case except as set forth in the Application. I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of my law firm, Baldi Berg & Wallace, Ltd.

4.     Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and sworn to before me
this 6th day of December, 2011

_____
Notary Public

**Exhibit E**

OFFICIAL SEAL
ELIZABETH C. BERG
Notary Public - State of Illinois
My Commission Expires Jun 16, 2012

**Rule 2002 Notice to Creditors**

**Exhibit F**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 09-30477 |
| Anthony P. Montalbano, Sr., | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date: December 20, 2011 |
| Debtor. | ) | Time: 10:00 a.m. |

### Notice of Hearing on Second and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi, as Chapter 11 Trustee

PLEASE TAKE NOTICE that on or about December 5, 2011, Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Anthony P. Montalbano, Sr., debtor ("Debtor") will file his Second and Final Application for Allowance and Payment of Compensation ("Application"), pursuant to §§326 and 330 of title 11, United States Code.  A copy of the Application will be available for your inspection and copying at the Office of the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604 and at the offices of Baldi Berg & Wallace, Ltd. at the address set forth below or on the internet at the Court's web site at www.ilnb.uscourts.gov/ after December 5, 2011.

### Compensation Requested

As set forth in the Application, Trustee seeks an order allowing and authorizing payment to Trustee of final compensation in the total amount of $200,000.00 for services rendered by him as chapter 11 trustee in this case from the date of his appointment through the conversion of this case to one under chapter 7 on November 1, 2011.  Trustee has previously received an allowance of interim compensation in this case in the amount of $26,691.00 which will be credited against the final allowance of compensation in the chapter 11 case.  Since his appointment in this case, Trustee has collected approximately $14.5 million in Estate funds which he currently holds in the Estate's accounts. Pursuant to §326 of the Code, the maximum compensation which may be awarded to trustee based on the funds collected and to be disbursed to creditors is $458,000.00.

### Hearing and Objection Deadline Dates

Objections, if any, to the allowance and payment of the amounts requested in the Application should be filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, 60604, and served upon Baldi Berg & Wallace, Ltd. at the address set forth below no later than **December 19, 2011.**

A hearing to consider the Application and objections thereto, if any, will be held on **December 20, 2011 at 10:00 a.m.** before the Honorable Susan Pierson Sonderby, United States Bankruptcy Judge, in courtroom 642, 219 South Dearborn Street, Chicago, Illinois 60604, at which time you may, but need not, appear.  If no objections are filed or if no party requests a hearing thereon, an order may be entered allowing the compensation as requested and authorizing the Trustee to pay such allowances without further hearing.

Dated:  November 29, 2011

**Joseph A. Baldi, as trustee of the Estate
of Anthony Montalbano, Sr. debtor**

Joseph A. Baldi/Attorney I.D. No. 00100145
BALDI BERG & WALLACE, LTD.
19 S. LaSalle Street Suite 1500
Chicago, Illinois  60603
312-726-8150

**Exhibit F**