**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Anthony P. Montalbano, Sr.,<br><br>　　　　　　　　　Debtor. | Case No. 09-30477<br>Hon. Timothy A. Barnes<br>Chapter 7 case, converted from Chapter 11 |

**FINAL REPORT OF CHAPTER 11 TRUSTEE
UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE
<u>PURSUANT TO BANKRUPTCY RULE 1019(5)</u>**

**I. Cash**

　　(a) Cash balance on hand at date of conversion　　　　　　$12,184,776.62

　　(b) List the bank name and last four digits of account numbers
　　　　where all of the cash held on conversion date was located.

　　<u>Bank of America *6933</u>

　　<u>Bank of America *7181</u>

　　(c) The cash balance on hand at conversion stated above is <u>not</u> subject to a security interest.

**II. Accounts Receivable**

　　None

**III. Scheduled and Unscheduled Chapter 11 Assets Liquidated**

| | |
|---|---:|
| Scheduled recoveries by ch. 11 trustee | <u>$523,550.70</u> |
| Unscheduled recoveries by ch. 11 trustee | <u>$12,689,692.32</u> |
| 　　Total recoveries by ch. 11 trustee | <u>$13,213,243.02</u> |

　　See attached Exhibit 1 *("Form 1-Individual Estate Property Record And Report")*

**IV. Unliquidated Assets: Scheduled and Unscheduled**

| | |
|---|---:|
| (a) Remaining value of unliquidated scheduled assets | <u>$916,092.81</u> |
| (b) Estimated value of unliquidated unscheduled assets | <u>$1,973,919.25</u> |
| 　　Total value of unliquidated assets | <u>$2,890,012.06</u> |

**V. Administrative Expenses paid during the course of the Chapter 11 pendency while I served as Chapter 11 Trustee**

    Total Administrative Expenses Paid during the
period I served as chapter 11 trustee         $106,444.90

    See attached Exhibit 2 *("Form 2- Estate Cash Receipts and Disbursements Journal")*

**VI. Payments to Debtor and Insiders during the course of the Chapter 11 pendency while I served as Chapter 11 Trustee**

| Name | Amount | Purpose |
|---|---|---|
| Susan Montalbano | $881,699.50 | Settlement per court order 9/7/11 |
| Anthony Montalbano | $822.00 | Exemption claimed and allowed |
| Gina Krol, Trustee for Estate of Montalbano Builders ("MB") | $39,500.00 | 50% interest in 3 vehicles co-owned by Debtor and MB that were transferred to S. Montalbano as part of 9/7/11 settlement |
| TOTAL | $922,021.50 | |

**VII. Accounts Payable**

    Total unpaid debts incurred during chapter 11 case.     $ 466,658.99

    See attached Exhibit 3 *("Amended Schedule of Unpaid Debts Incurred During the Chapter 11 Period"* which was filed on December 6, 2011, and amended on September 26, 2014)

**VIII. Executory Contracts and Unexpired Leases**

    (a) Rejected:  None

    (b) New, assumed, or not rejected: None

The Final Report above, consisting of two pages and three exhibits, has been prepared for or by the undersigned, who declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: 9/26/14         Signed:    /s/Joseph A. Baldi, Trustee
                                  Print name:   Joseph A. Baldi
                                    Title:        Former Chapter 11 Trustee

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 09-30477 Judge: Timothy A. Barnes | Trustee Name: Joseph A. Baldi |
| Case Name: MONTALBANO SR., ANTHONY P. | Date Filed (f) or Converted (c): 11/01/11 (c) |
| | 341(a) Meeting Date: 09/28/09 |
| For Period Ending: 11/01/11 | Claims Bar Date: 03/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1916 Midwest Club Parkway | 1,750,000.00 | 0.00 | | 0.00 | FA |
| Tenancy by the entirety | | | | | |
| 2. Single Family Home | 7,500,000.00 | 0.00 | | 0.00 | FA |
| Paradise Valley, AZ - property transferred to lender by deed in lieu of foreclosure during chapter 11 | | | | | |
| 3. 2 single lots-Hargar Rd., Oakbrook, IL | 550,000.00 | 0.00 | | 0.00 | FA |
| Property transferred to secured creditor pursuant to deed in lieu of foreclosure in chapter 11 | | | | | |
| 4. CASH | 300.00 | 0.00 | | 0.00 | FA |
| spent by debtor during chapter 11 prior to appointment of trustee | | | | | |
| 5. Checking Account-Banco Popular (9114) | 93,973.08 | 0.00 | | 0.00 | FA |
| Joint account with spouse, Susan Montalbano, funds turned over to spouse during chapter 11 prior to appointment of trustee as her share of tax refunds | | | | | |
| 6. Checking Account-Banco Popular (Acct #3200) | 5,645.95 | 5,645.95 | | 5,645.95 | FA |
| funds transferrred to DIP account and turned over to trustee | | | | | |
| 7. Banco Popular - DIP Account | 83,067.50 | 0.00 | | 41,129.93 | FA |
| Balance of funds remaining after DIP payment of chapter 11 administrative expenses and living expenses. | | | | | |
| 8. HOUSEHOLD GOODS | 10,000.00 | 0.00 | | 0.00 | FA |
| Transferred to Susan Montalbano pursuant to settlement of tax refund ownership issue | | | | | |
| 9. Wearing Apparel | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. Rolexx Watch | Unknown | 0.00 | | 0.00 | FA |
| Transferred to Susan Montalbano pursuant to settlement of tax refund ownership issue | | | | | |

Case 09-30477   Doc 514   Filed 09/26/14   Entered 09/26/14 14:32:38   Desc Main
Document      Page 4 of 13

Exhibit 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 09-30477 | Judge: Timothy A. Barnes |
| --- | --- | --- |
| Case Name: | MONTALBANO SR., ANTHONY P. | |

| Trustee Name: | Joseph A. Baldi |
| --- | --- |
| Date Filed (f) or Converted (c): | 11/01/11 (c) |
| 341(a) Meeting Date: | 09/28/09 |
| Claims Bar Date: | 03/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. 2 shotguns and misc. golf clubs (3 sets) | Unknown | 0.00 | | 0.00 | FA |
| Transferred to Susan Montalbano pursuant to settlement of tax refund ownership issue | | | | | |
| 12. Oppenheimer IRA Account | 265,929.58 | 0.00 | | 0.00 | FA |
| Exempt--retained by Debtor | | | | | |
| 13. Montalbano Builders 401k plan | 160,705.86 | 0.00 | | 0.00 | FA |
| 14. Stock and Business Interests | 0.00 | 0.00 | | 0.00 | FA |
| Roughly 75 companies (home building, management companies, charter airplane, home mortgage financing, land holding, video hand dryer units, shell entities,--all 99% or 100% owned by debtor--except, DLG, LLC (Home mortgage financing - debtor owned 49%), Impressionaire LLC- (video hand dryer units - debtor owned 50%), MBC VII, LLC (Land holding - debtor owned 67%) | | | | | |
| 15. Partnership interests | 835,000.00 | 0.00 | | 476,774.82 | FA |
| MBC XX, LLC - property sold during chapter 11 prior to appointment of trustee, sale funds are balance turned over after payment of chapter 11 DIP administration expenses | | | | | |
| 16. Partnership interests - GLS | 256,768.40 | 177,244.10 | | 0.00 | 177,244.10 |
| Hedge Fund-GLS partnership | | | | | |
| 17. Oppenheimer Money Market Account | 19,005.76 | 19,026.36 | | 0.00 | 19,026.36 |
| Oppenheimer Money Market Account x7526 | | | | | |
| 18. Tax Refunds (u) | 1,646,618.50 | 0.00 | | 1,743,592.03 | 1,285,119.25 |
| tax refunds for carrybacks from 2008 to 2004, 2005 and 2006. Received federal tax refunds. | | | | | |
| 19. CONTINGENT CLAIMS -2009 carry back refund (u) | 0.00 | 0.00 | | 10,946,100.29 | FA |
| 2009 tax refund to carry back net operating loss from 2009 to 2004, 2005 and 2006. Federal tax refunds received. | | | | | |

Case 09-30477    Doc 514    Filed 09/26/14    Entered 09/26/14 14:32:38    Desc Main
Document    Page 5 of 13

Exhibit 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| Case No: | 09-30477 | Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MONTALBANO SR., ANTHONY P. | | Date Filed (f) or Converted (c): | 11/01/11 (c) |
| | | | 341(a) Meeting Date: | 09/28/09 |
| | | | Claims Bar Date: | 03/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. CONTINGENT CLAIMS - 2008 tax refunds Arizona (u) State of Arizona tax refund for 2008 to carry back a net operating loss from 2008 to 2006 (debtor claimed 1/2 interest with spouse) | 200,000.00 | 0.00 | | 0.00 | 719,822.35 |
| 21. Patents, copyrights and intel. prop Application for patent for digital advertising hand dryer filed on 3/23/07 is pending (patent to be issued under name of Impressionaire II, LLC, an entity in which the Debtor owns a 51% interst | Unknown | 0.00 | | 0.00 | FA |
| 22. 2003 Mercedes Car titled in name of Debtor and Montalbano Builders, Inc. - Transferred to Susan Montalbano pursuant to settlement of tax refund ownership issue | 23,000.00 | 0.00 | | 0.00 | FA |
| 23. 1998 Mercedes Benz Transferred to Susan Montalbano pursuant to settlement of tax refund ownership issue | 5,000.00 | 0.00 | | 0.00 | FA |
| 24. 2003 Lincoln Aviator Transferred to Susan Montalbano pursuant to settlement of tax refund ownership issue | 9,000.00 | 0.00 | | 0.00 | FA |
| 25. 2003 Ford Explorer Transferred to Susan Montalbano pursuant to settlement of tax refund ownership issue | 6,000.00 | 0.00 | | 0.00 | FA |
| 26. 2007 Cadillac Escalade Car titled in name of Debtor and Montalbano Builders - Transferred to Susan Montalbano pursuant to settlement of tax refund ownership issue | 27,000.00 | 0.00 | | 0.00 | FA |
| 27. 2004 Mercedes Benz Car titled in name of Debtor and Montalbano Buiilders - Transferred to Susan Montalbano pursuant to settlement of tax refund ownership issue | 19,000.00 | 0.00 | | 0.00 | FA |
| 28. Computer | 1,500.00 | 0.00 | | 0.00 | FA |

Exhibit 1

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 4

| | |
|---|---|
| Case No: 09-30477  Judge: Timothy A. Barnes | Trustee Name: Joseph A. Baldi |
| Case Name: MONTALBANO SR., ANTHONY P. | Date Filed (f) or Converted (c): 11/01/11 (c) |
| | 341(a) Meeting Date: 09/28/09 |
| | Claims Bar Date: 03/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29. 979,837 Membership reward points from AmEx miles used by debtor during chapter 11 prior to appointment of trustee to supervise Arizona construction | Unknown | 0.00 | | 0.00 | FA |
| 30. Membership interest in Glen Oak Country Club Transferred to Susan Montalbano pursuant to settlement of tax refund ownership issue | Unknown | 0.00 | | 0.00 | FA |
| 31. Tax Refunds (u) Illinois state income tax refunds due for loss carry backs from 2008 and 2009 to tax years 2004, 2005 and 2006. Filed amended returns claiming total of $688,800.00. | 0.00 | 688,800.00 | | 0.00 | 688,800.00 |
| TOTALS (Excluding Unknown Values) | $13,470,014.63 | $890,716.41 | | $13,213,243.02 | Gross Value of Remaining Assets $2,890,012.06 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee administered case in chapter 11, settled dispute regarding large tax refund ownership with Debtor's non-filing spouse, completed deed in lieu transactions with respect to properties owned by entities controlled by debtor.

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 06/30/15

LFORM1

Ver: 18.01

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-30477 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | MONTALBANO SR., ANTHONY P. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6933  Dip Acct - MM/INT |
| Taxpayer ID No: | *******6858 | | |
| For Period Ending: | 10/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/30/11 | 6, 7, 18 | Popular Community Bank - Wire transfer | Funds at bank:ck acct & tax refund | | 1,790,367.91 | | 1,790,367.91 |
| | | | Memo Amount:  5,645.95 | 1129-000 | | | |
| | | | Checking account Banco Popular | | | | |
| | | | Memo Amount:  41,129.93 | 1129-000 | | | |
| | | | DIP Account - Banco Popular | | | | |
| | | | Memo Amount:  1,743,592.03 | 1224-000 | | | |
| | | | Tax Refund | | | | |
| 06/08/11 | | Transfer to Acct #*******7181 | Bank Funds Transfer | 9999-000 | | 40,949.00 | 1,749,418.91 |
| | | | Transfer to pay bond premium and allowed fees of Frost Ruttenberg. | | | | |
| 06/14/11 | 15 | ADELMAN & GETTLEMAN, LTD.<br>53 W. Jackson Blvd<br>Suite 1050<br>Chicago, IL 60604 | sale funds MBCXX LLC sold pre-appt | 1129-000 | 9.00 | | 1,749,427.91 |
| 06/14/11 | 15 | ADELMAN & GETTLEMAN, LTD.<br>53 W. Jackson Blvd<br>Suite 1050<br>Chicago, IL 60604 | sale funds MBCXX LLC sold pre-appt<br>turnover of funds held by debtor's attorney, remaining proceeds of sale of real estate. | 1129-000 | 476,726.69 | | 2,226,154.60 |
| 06/15/11 | 15 | ADELMAN & GETTLEMAN, LTD.<br>53 W. Jackson Blvd<br>Suite 1050<br>Chicago, IL 60604 | sale funds MBCXX LLC sold pre-appt | 1129-000 | 39.13 | | 2,226,193.73 |
| 06/20/11 | 19 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | TAX REFUND | 1224-000 | 5,364,078.00 | | 7,590,271.73 |
| 06/20/11 | 19 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | TAX REFUND | 1224-000 | 5,075,243.00 | | 12,665,514.73 |
| 06/20/11 | 19 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 506,779.29 | | 13,172,294.02 |

Page Subtotals    13,213,243.02    40,949.00

Ver: 18.01

LFORM24

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-30477 -TAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MONTALBANO SR., ANTHONY P. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6933 Dip Acct - MM/INT |
| Taxpayer ID No: | *******6858 | | | |
| For Period Ending: | 10/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/11 | | Internal Revenue Service Cincinnati, OH 45999-0148 Transfer to Acct #*******7181 | Bank Funds Transfer To Pay Compensation ($16,457.75) and Reimbursement of Expenses ($208.55) to Arnstein & Lehr as special counsel, per order dated 8/25/11 | 9999-000 | | 16,666.30 | 13,155,627.72 |
| 09/19/11 | | Transfer to Acct #*******7181 | Bank Funds Transfer Transfer funds to pay interim compensation to BBW and TR. ecb  September 19, 2011, 02:52 pm | 9999-000 | | 41,668.50 | 13,113,959.22 |
| 09/23/11 | | Transfer to Acct #*******7181 | Bank Funds Transfer Transfer funds to pay settlement with Susan Montalbano of $881,699.50 and purchase cars from Gina Krol, trustee of Montalbano Builders, Inc. for $39,500 as additional consideration for Susan Montalbano settlement.  Also transfer funds to reimburse Tony Montalbano for unemployment compensation of $822.00. | 9999-000 | | 922,021.50 | 12,191,937.72 |
| 09/28/11 | | Transfer to Acct #*******7181 | Bank Funds Transfer For duplicate title for Mercedes Benz vehicle | 9999-000 | | 95.00 | 12,191,842.72 |
| 10/12/11 | | Transfer to Acct #*******7181 | Bank Funds Transfer Transfer to pay UST chapter 11 quarterly fees. | 9999-000 | | 975.00 | 12,190,867.72 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5,000.00 | 12,185,867.72 |

Page Subtotals  0.00  986,426.30

LFORM24

Ver: 18.01

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-30477 -TAD |
| Case Name: | MONTALBANO SR., ANTHONY P. |
| Taxpayer ID No: | *******6858 |
| For Period Ending: | 10/31/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6933  Dip Acct - MM/INT |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 1,790,367.91 | COLUMN TOTALS | Deposits: 13,213,243.02   Disbursements: 1,027,375.30   Balance: 12,185,867.72 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00   1,022,375.30 |
| Memo Allocation Net: | 1,790,367.91 | Subtotal | 13,213,243.02   5,000.00 |
| | | Less: Payments to Debtors | 0.00 |
| | | Net | 13,213,243.02   5,000.00 |

Page Subtotals    0.00    0.00

Ver: 18.01

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-30477 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | MONTALBANO SR., ANTHONY P. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******7181 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6858 | | |
| For Period Ending: | 10/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/11 | | Transfer from Acct #*******6933 | Bank Funds Transfer | 9999-000 | 40,949.00 | | 40,949.00 |
| | | | Transfer to pay bond premium and allowed fees of Frost Ruttenberg. | | | | |
| 06/08/11 | 001001 | International Sureties  701 Poydras Street #420  New Orleans, LA 70139 | Bond Premium Payment  Per Bond #01604035 | 2300-000 | | 4,800.00 | 36,149.00 |
| 06/08/11 | 001002 | Frost, Ruttenberg & Rothblatt, P.C. | ACCOUNTANT FEES  Per Court Order 6/8/11 awarding interim compensation | 6410-000 | | 36,149.00 | 0.00 |
| 08/29/11 | | Transfer from Acct #*******6933 | Bank Funds Transfer  To Pay Compensation ($16,457.75) and Reimbursement of Expenses ($208.55) to Arnstein & Lehr as special counsel, per order dated 8/25/11 | 9999-000 | 16,666.30 | | 16,666.30 |
| 08/29/11 | 001003 | Arnstein & Lehr, LLP  120 S. Riverside Plaza, Suite 1200  Chicago, IL 60606 | Final Fees & Exp per order 8/25/11 | | | 16,666.30 | 0.00 |
| | | Fees 16,457.75 | | 6210-000 | | | |
| | | Expenses 208.55 | | 6220-000 | | | |
| 09/19/11 | | Transfer from Acct #*******6933 | Bank Funds Transfer  Transfer funds to pay interim compensation to BBW and TR. ecb September 19, 2011, 02:52 pm | 9999-000 | 41,668.50 | | 41,668.50 |
| 09/19/11 | 001004 | JOSEPH A. BALDI , as Trustee  19 S. LaSalle Street  Suite 1500  Chicago, Illinois 60603 | TR Interim Compensation - 1st App  Per Court Order dtd 09/14/11 | 6101-000 | | 26,691.00 | 14,977.50 |
| 09/19/11 | 001005 | Baldi Berg & Wallace, Ltd.  19 S. LaSalle St.  Suite 1500  Chicago, IL 60603 | TR Attorneys Compensation  Per Court Order dtd 9-16-11  Ch. 11/ First Interim Application | 6110-000 | | 14,977.50 | 0.00 |

Page Subtotals 99,283.80 99,283.80

Ver: 18.01

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-30477 -TAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MONTALBANO SR., ANTHONY P. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******7181 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6858 | | | |
| For Period Ending: | 10/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/23/11 | | Transfer from Acct #*******6933 | Bank Funds Transfer<br>Transfer funds to pay settlement with Susan Montalbano of $881,699.50 and purchase cars from Gina Krol, trustee of Montalbano Builders, Inc. for $39,500 as additional consideration for Susan Montalbano settlement. Also transfer funds to reimburse Tony Montalbano for unemployment compensation of $822.00. | 9999-000 | 922,021.50 | | 922,021.50 |
| 09/23/11 | 001006 | SUSAN MONTALBANO AND RICHARD HIRSH<br>%Richard L. HIrsh<br>Richard L. HIrsh & Associates, P.C.<br>1500 Eisenhower Lane<br>Suite 800<br>Lisle, Il 60532 | settlement payment per court order<br>Payment in settlement of non-debtor spouse claims to tax refunds received by estate per court order of September 7, 2011 | 8500-002 | | 855,243.00 | 66,778.50 |
| 09/23/11 | 001007 | SUSAN MONTALBANO AND RICHARD HIRSH<br>%Richard L. HIrsh<br>Richard L. HIrsh & Associates, P.C.<br>1500 Eisenhower Lane<br>Suite 800<br>Lisle, Il 60532 | balance of settlement payment<br>Balance of settlement of non-debtor spouse's claim to tax refunds received by Estate per order of September 7, 2011 | 8500-002 | | 26,456.50 | 40,322.00 |
| 09/23/11 | 001008 | ANTHONY P. MONTALBANO, SR<br>1916 Midwest Club Parkway<br>Oakbrook, IL 60523 | return funds to debtor<br>Return exempt unemployment compensation payments received by estate to debtor | 8100-002 | | 822.00 | 39,500.00 |
| 09/23/11 | 001009 | GINA KROL, as trustee of the Estate of Montalbano Builders, Inc.<br>% Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | settlement payment<br>Payment to purchase vehicles from Montalbano Builders, Inc. for settlement with Susan Montalbano per court order of September 7 2011 | 8500-002 | | 39,500.00 | 0.00 |
| 09/28/11 | | Transfer from Acct #*******6933 | Bank Funds Transfer | 9999-000 | 95.00 | | 95.00 |

Page Subtotals    922,116.50    922,021.50

Ver: 18.01

LFORM24

Exhibit 2

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-30477 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | MONTALBANO SR., ANTHONY P. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******7181 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6858 | | |
| For Period Ending: | 10/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/28/11 | 001010 | Secretary of State | For duplicate title for Mercedes Benz vehicle<br>Duplicate vehicle title<br>For Duplicate Tittle VIN WDBFA67F0WF158721 | 2990-000 | | 95.00 | 0.00 |
| 10/12/11 | | Transfer from Acct #*******6933 | Bank Funds Transfer | 9999-000 | 975.00 | | 975.00 |
| 10/12/11 | 001011 | US TRUSTEE'S OFFICE<br>Northern District of Illinois<br>Suite 873<br>219 S. Dearborn Street<br>Chiago, IL  60604 | Transfer to pay UST chapter 11 quarterly fees.<br>UST Quarterly Fees<br>United States Trustee quarterly fees through conversion | 2950-000 | | 975.00 | 0.00 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 1,091.10 | -1,091.10 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 1,022,375.30 | 1,023,466.40 | -1,091.10 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 1,022,375.30 | 0.00 | |
| | | Subtotal | 0.00 | 1,023,466.40 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 922,021.50 | |
| | | Net | 0.00 | 101,444.90 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 1,790,367.91 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Dip Acct - MM/INT - ********6933 | 13,213,243.02 | 5,000.00 | 12,185,867.72 |
| | | Checking Account (Non-Interest Earn - ********7181 | 0.00 | 101,444.90 | -1,091.10 |
| Total Memo Allocation Net: | 1,790,367.91 | | 13,213,243.02 | 106,444.90 | 12,184,776.62 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    975.00    2,161.10

Ver: 18.01

LFORM24

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 09-30477 |
| Anthony P. Montalbano, Sr. | ) | Hon. Timothy A. Barnes |
| | ) | |
| Debtor. | ) | |

**AMENDED Schedule of Unpaid Debts Incurred During the Chapter 11 Period**

Joseph A. Baldi, as former Chapter 11 Trustee of the estate ("Estate") of Anthony P. Montalbano, Sr., debtor ("Debtor"), hereby files the amended schedule of unpaid debts incurred prior to the conversion of this case to chapter 7 on November 1, 2011 as set forth below in accordance with Rule 1019 of the Federal Rules of Bankruptcy Procedure.

| Creditor | Claim Description | Amount |
|---|---|---|
| Michael McGurn<br>1801 S. Meyers Road, Suite 500<br>Oakbrook Terrace, Illinois 60181 | Special Counsel Fees and Expenses<br>1/1/2011 – 10/31/2011 | $ 94,756.50 |
| Frost Ruttenberg & Rothblatt, P.C.<br>111 Pfingsten Road, Suite 300<br>Deerfield, IL 60015 | Accountant Fees and Expenses<br>4/1/2011 – 10/31/2011 | $62,587.90 |
| Joseph A. Baldi, Trustee<br>Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle Street, Suite 1500<br>Chicago IL 60603 | Ch. 11 Trustee Fees and Expenses<br>8/1/2011 – 10/31/2011 | $ 173,309.00 |
| Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle Street, Suite 1500<br>Chicago IL 60603 | Attorney Fees and Expenses<br>8/1/2011 – 10/31/2011 | $28,270.46 |
| Adelman & Gettleman Ltd.<br>53 W. Jackson Blvd., Suite 1050<br>Chicago, IL 60604 | Attorney Fees and Expenses<br>8/1/2010 – 2/16/2011 | $ 107,735.13 |
| | TOTALS | $466,658.99 |

I certify that I have read the foregoing schedule and that the information contained therein is true and correct to the best of my knowledge, information and belief.

**Dated:  September 26, 2014**              _____/s/Joseph A. Baldi, Trustee_____
                                                                             **Joseph A. Baldi, Trustee**

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
312-726-8150