## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 09-30477 |
| Anthony P. Montalbano, Sr., | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date:  December 10, 2014 |
| Debtor. | ) | Time:  10:30 a.m. |

## COVER SHEET FOR AMENDED APPLICATION
## FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Baldi Berg, Ltd.<br>Attorneys at Law |
| Authorized to Provide<br>Professional Services to: | Joseph A. Baldi, Trustee |
| Date of Order Authorizing<br>Employment: | March 17, 2011 |
| Period for Which<br>Compensation is sought: | April 28, 2013 through close of case |
| Amount of Fees sought: | $12,173.00 |
| Amount of Expense<br>Reimbursement sought: | $109.67 |

This is an:    Interim Application _____      Final Application ____X_____

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested<br>(Fees & Expenses) | Total<br>Allowed |
|---|---|---|---|
| 8/25/2011[1] | 2/23/1011 – 7/31/2011 | $14,977.50 | $14,977.50 |
| 12/06/2012[2] | 8/1/2011 – 10/31/2011 | $27,930.00 (fees) | $27,930.00 |
| | | $340.56 (expenses) | $340.56 |
| 11/28/2012[3] | 11/1/11-11/27/2012 | $24,147.00 (fees) | $24,147.00 |
| | | $27.65 (expenses) | $27.65 |
| 5/6/13[4] | 11/28/12-4/27/13 | $27,529.00 (fees) | $27,529.00 |
| | | $42.42 (expenses) | $42.42 |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $ <u>$94,944.13</u>   .

Dated:  October 8, 2014                        Baldi Berg, Ltd.

                                  By: ____/s/ Joseph A. Baldi_____
                                        Principal of the Firm

---

[1] 1st Interim Application for fees in Chapter 11 period
[2] Final Application for fees/expenses in Chapter 11 period
[3] 1st Interim Application for fees/expenses in Chapter 7 period
[4] 2nd Interim Application for fees/expenses in Chapter 7 period

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 09-30477 |
| Anthony P. Montalbano, Sr., | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date:  December 10, 2014 |
| Debtor. | ) | Time:  10:30 a.m. |

**Third and Final Application for Allowance and Payment of Compensation And**
**Expense Reimbursement To Baldi Berg, Ltd., Attorneys for Chapter 7 Trustee**

Baldi Berg, Ltd., attorneys for Joseph A. Baldi, not personally but solely as chapter 7 trustee ("Trustee") of the estate ("Estate") of Anthony P. Montalbano, Sr., debtor ("Debtor"), pursuant to sections 330 and 331 of title 11, United States Code ("Code"), requests this Court to enter an order (a) allowing to Baldi Berg, Ltd. ("BB") final compensation in the amount of $12,173.00 for 46.50 hours of legal services rendered to Trustee from April 28, 2013 through the close of this case ("Application Period"); (b) allowing to BB $109.67 for reimbursement of its expenses incurred in connection with such services; (c) authorizing and directing the Trustee to pay such allowances from the funds on hand in this case as part of his final distribution; and (d) awarding to BB all amounts previously allowed and paid as interim compensation and expense reimbursement to be deemed final allowances.   In support thereof, BB respectfully states as follows:

**Introduction**

1.      Debtor commenced this case on August 19, 2009 by filing a voluntary petition for relief under chapter 11 of title 11 ("Chapter 11 Case"), United States Code ("Code").

2.      On February 14, 2011, Joseph A. Baldi was appointed as the chapter 11 trustee in the Chapter 11 Case.  On November 1, 2011, the Chapter 11 Case was converted to one under chapter 7 ("Chapter 7 Case") and Mr. Baldi was appointed as the chapter 7 trustee on November 4, 2011.

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## History of the Chapter 7 Case

4.      Upon conversion of the Chapter 11 Case, the Trustee obtained a turnover of the funds on deposit in the Debtor's debtor-in-possession account.  In addition, from the date of his appointment through the close of this case ("Chapter 7 Period"), the Trustee collected additional federal and state income tax refunds recoverable as a result of net operating losses generated by Debtor's real estate interests in 2008 and 2009 which were carried back to prior tax years (the "Tax Refunds"); recovered the Debtor's equity interest in a partnership; and liquidated the Debtor's remaining investment account.  During the Chapter 7 Period, Trustee recovered assets totaling more than $14.6 million on behalf of the Estate.  All of the Estate's assets have been administered.

5.      The bar date for filing claims in this case expired on March 15, 2012.  All of the claims filed against the Estate have been reviewed and analyzed by the Trustee.  All claim objections and other claim issues have been resolved either by way of court orders, claim withdrawals, amended claims or settlement.

6.      During the Application Period, BB provided legal services to Trustee as requested and required for the proper representation of the Trustee in this case and to assist the Trustee in the remaining and pending matters of the Estate so that this case is ready to be closed. Trustee has completed and filed his Final Report and Account simultaneously herewith.

## Retention of BB

7.      On March 17, 2011, this Court entered an Order authorizing Trustee to employ Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) as his attorneys in this case ("Retention Order").  A copy of the Retention Order is attached hereto as Exhibit A.   BB has served as counsel for Trustee at all times since its retention by Trustee.

2

**Prior Compensation and Expense Reimbursement**

8.     This is the fifth application ("Application) for allowance and payment of compensation that BB has filed since their retention by Trustee after his appointment in the Chapter 11 Case.  The Application represents the third and final application filed during the Chapter 7 period.  The prior applications were filed as follows:

A.     BB's first application ("First Application") for allowance and payment of interim compensation in the chapter 11 case was filed on August 25, 2011 [Dkt No. 293];

B.     BB's second and final application for compensation and expense reimbursement during the chapter 11 period was filed on December 6, 2011 ("Second Application") [Dkt. No. 357];

C.     BB's first application for allowance and payment of interim compensation and expense reimbursement in the chapter 7 case was filed on November 28, 2012 ("Third Application") [Dkt. No. 435];

D.     BB's second application for allowance and payment of interim compensation and expense reimbursement in the chapter 7 case was filed on May 6, 2013 ("Fourth Application") [Dkt. No. 502].

The periods covered by the First, Second, Third and Fourth Applications (collectively, the "Prior Applications") and the amounts awarded to BB pursuant thereto are as follows:

| Application | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| First Application | 2/23/1011 – 7/31/2011 | $14,977.50 | $14,977.50 |
| Second Application | 8/1/2011 – 10/31/2011 | $27,930.00 (fees) | $27,930.00 |
| | | $340.56 (expenses) | $340.56 |
| Third Application | 11/1/11-11/27/2012 | $24,147.00 (fees) | $24,147.00 |
| | | $27.65 (expenses) | $27.65 |
| Fourth Application | 11/28/12-4/27/13 | $27,529.00 (fees) | $27,529.00 |
| | | $42.42 (expenses) | $42.42 |

3

Copies of the Prior Applications' compensation orders are attached hereto as Exhibit B.  A

recapitulation, by category, of the amounts requested for compensation and expenses in the

Prior Applications is attached hereto as Exhibit C.

### Services Rendered by Baldi Berg, Ltd.

9.     Itemized and detailed descriptions of the specific services rendered by BB to the

Trustee for which compensation is sought in this Application are reflected on the billing

statements attached hereto as Exhibit D.  The billing statements set forth the name of each

attorney or paralegal, the amount of time expended rendering each service, the date on which

each service was rendered, a description of the service rendered and the total number of

hours of services rendered by each attorney or paralegal in each category.

10.    The professional qualifications and experience of the BB attorneys and

paralegals who performed substantial legal services for Trustee during the period covered by

this Application are set forth in Exhibit E.  A listing of the attorneys, paralegals and clerks who

were responsible for representing Trustee during the period covered by this fee application,

their position with the firm, hourly rate and the total hours expended by each professional is

detailed below:

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Joseph A. Baldi | Principal | $450.00 | 10.70 | $4,815.00 |
| Elizabeth C. Berg | Principal | $325.00 | 3.00 | $ 975.00 |
| Julia D. Loper | Associate | $250.00 | 5.40 | $1,350.00 |
| Ricki K. Podorovsky | Paralegal | $195.00 | 11.90 | $2,320.50 |
| Jason M. Manola | Paralegal | $175.00 | 15.50 | $2,712.50 |
| TOTALS | | | 46.50 | $12,173.00 |

11.    The services rendered by BB have been segregated into three (3) specific

categories and the time spent and compensation requested in each of the categories is

summarized in the chart below:

4

12.

| Category | Total Hours | Total Fees |
|---|---|---|
| General Administration | 4.80 | $1,447.50 |
| Fee Applications | 18.80 | $4,390.50 |
| Tax Matters | 22.90 | $6,335.0 |
| **Totals** | **46.50** | **$12,173.00** |

13.    A description of the services rendered by BB in each category during the period covered by this Application is as follows:

12.1   General Administration:  During the period covered by this Application BB advised the Trustee as to general case administration matters including his duties and obligations under the Code.   BB represented and advised the Trustee regarding residual environmental and property liability issues related to certain parcels of the Debtor's former properties which were transferred by deeds in lieu or otherwise disposed of during the bankruptcy proceedings[1].    BB also prepared and presented a motion to limit notice of pleadings filed in the case which resulted in savings of out-of-pocket expenses incurred on behalf of the Estate.

In connection with the foregoing services, BB spent 4.80 hours for which it requests allowance and payment of final compensation in the amount of $1,447.50, as detailed below:

| Professional | Hours | Rate | Fees |
|---|---|---|---|
| Joseph A. Baldi | 1.50 | $450.00 | $675.00 |
| Elizabeth C. Berg | 0.50 | $325.00 | $162.50 |
| Julia D. Loper | 1.60 | $250.00 | $400.00 |
| **Jason M. Manola** | 1.20 | $175.00 | $210.00 |
| Totals | 4.80 | | $1,447.50 |

12.2 Fee Applications:  During the period covered by this Application, BB prepared and filed the 7th interim fee application for Frost Ruttenberg & Rothblatt, P.C. ("FRR") as accountants

---

[1] Debtor was a real estate developer and prior to filing his bankruptcy owned numerous real properties in Illinois and Arizona.   As a result of the economic downturn and the collapse of the real estate market, Debtor incurred substantial losses in his real estate development business during 2008 and 2009.   Debtor's development business subsequently ceased all operations and Debtor lost the majority of his real estate holdings through foreclosure proceedings and/or short sales.

and BB's Fourth Application.  BB appeared in court at hearings on those fee applications.  In

addition, BB prepared this final fee application and FRR's final application.

In connection with the foregoing services, BB spent 18.80 hours for which it requests

allowance and payment of final compensation in the amount of $4,390.50 as detailed below:

| Professional | Hours | Rate | **Fees** |
|---|---|---|---|
| Joseph A. Baldi | 2.10 | $450.00 | $ 945.00 |
| Julia D. Loper | 3.80 | $250.00 | $ 950.00 |
| Ricki Podorovsky | 11.90 | $195.00 | $2,320.50 |
| Jason M. Manola | 1.00 | $175.00 | $ 175.00 |
| **Totals** | 18.80 | | $4,390.50 |

12.3 Tax Matters:  During the period covered by this Application, BB advised the Trustee

as to the requirements for filing of Estate tax returns including the amended tax returns which

were prepared by Trustee to recover net operating losses generated by the Debtor's real estate

losses and resulted in the Tax Refunds which the Trustee was able to recover for the benefit of

the Estate and the withholding tax returns prepared in connection with the payment of allowed

priority wage claims.    BB represented the Trustee in the preparation of requests for prompt

determination pursuant to Section 505(b) of the Code.    The submission of the prompt

determination requests allowed the Trustee to obtain final determinations from the federal and

state taxing authorities that all amended returns and withholding tax returns filed by the Trustee

were deemed accepted as filed and thereby allowed the Trustee to close this case.    BB

prepared correspondence to the federal and state taxing authorities, as directed by the Trustee,

to accompany Estate tax returns in order to ensure the proper crediting of payments made.  BB

provided information and documentation requested by the Trustee's accountants in order to

prepare the Estate's final tax returns.    In addition, BB represented the Trustee in

communications and negotiations with the Illinois Attorney General in an effort to resolve the

IDOR's claim for tax due and the Estate's claim for tax refunds.  Ultimately, the issues regarding

the IDOR claim were resolved and Estate recovered more than $300,000.00 in tax refunds from

the State of Illinois.

In connection with the foregoing services, BB spent 22.90 hours for which it requests

allowance and payment of final compensation in the amount of $6,335.00, as detailed below:

| Professional | Hours | Rate | __Fees__ |
|---|---|---|---|
| Joseph A. Baldi | 7.10 | $450.00 | $3,195.00 |
| Elizabeth C. Berg | 2.50 | $325.00 | $ 812.50 |
| Jason M. Manola | 13.30 | $175.00 | $2,327.50 |
| **Totals** | 22.90 | | $6,335.00 |

**Compensation and Expense Reimbursement Requested**

14.    BB has spent a total of 46.50 hours for the services described in paragraph 12

above from April 28, 2013 through the close of this case.  The total value of those services

and the amount of compensation requested is $12,173.50.  A summary of the hours spent and

the dollar value of the services rendered in each category is listed on the table in paragraph

11 above.

15.    All of the services performed by BB were required for proper representation of

the Trustee in this case were authorized by this Court and were performed by BB at the

request and direction of the Trustee.  Pursuant to sections 330 and 331 of the Code and the

generally applicable criteria with respect to the nature, extent and value of the services

performed, all of BB's services are compensable and the compensation requested is fair and

reasonable.  There has been no duplication of services rendered to Trustee by BB for which

compensation is requested.

16.    The rates charged by the attorneys and paralegals of BB in this Application were

their usual and customary hourly rates charged during the period covered by this Application

for work performed for other clients in both bankruptcy and non-bankruptcy matters.   In

addition to the charts above, by category, each of the billing statements attached hereto as

Exhibit D contains a comprehensive summary, by category of service, of each person who performed services for the Trustee, the number of hours they expended in each category and the compensation requested therefore.

17.    This Application includes 8.90 hours of service relating to the preparation of this Application for which the value of compensation requested is $1,557.50.

18.    In connection with the services rendered herein, BB incurred actual and necessary expenses in the amount of $109.67 for which it now requests reimbursement.  The expenses were incurred in connection with postage of the Estate's tax returns and related documents submitted to the federal and state taxing authorities.  A detailed itemization of the expenses for which reimbursement is requested is included within the billing statements attached hereto as Exhibit D.

### Payment of Compensation and Expense Reimbursement

19.    BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation or expense reimbursement received or to be received by BB for services rendered to the Trustee or expenses incurred  in connection with this case.

20.    As more fully set forth in paragraph 8 above, BB has been previously awarded and paid interim compensation and expense reimbursement totaling $51,746.07 as attorneys to the Chapter 7 Trustee.  BB was previously awarded and paid final compensation and expense reimbursement in the amount of $43,248.06 as attorneys to the Chapter 11 Trustee. The total compensation and expense reimbursement BB received in connection with this case is $94,944.13.

21.     The Affidavit of Joseph A. Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit F and made a part hereof.

8

**Status of the Case**

22.   The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

23.   The Trustee has completed and filed his Final Report simultaneously herewith. Final Fee Applications for the Trustee and the Trustee's Accountants have also been filed concurrently with this Application.

**Financial Condition of the Case**

24.   The Trustee currently has approximately $524,000.00 on deposit in the Estates' bank accounts.  The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estates will incur prior to the closing of the cases include 1) the fees allowed to Trustee in connection with the Trustee's final fee application, 2) the fees allowed to Frost Ruttenberg in connection with its final fee application as accountants to the Trustee, 3) the legal fees and expenses allowed to Baldi Berg, Ltd. in connection with this final fee application, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

25.   All of the Estate's priority unsecured claims have been paid in full.  There is approximately $102 million of allowed general unsecured claims filed in this case.   In December 2013, the Trustee made an interim distribution to general unsecured creditors totaling nearly $13.5 million which represented 13.22% of allowed general unsecured claims. Following payment of all unpaid Chapter 7 administrative expenses set forth above, the Trustee estimates there will be sufficient funds available to make an additional distribution to general unsecured creditors.   The Trustee estimates that the final distribution to general unsecured creditors in this case will total approximately 13.5% of allowed claims.

**Trustee's Approval**

26.   Baldi Berg certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg, Ltd. requests the entry of an order:

A.   Allowing to Baldi Berg, Ltd final compensation in the amount of $12,173.00 for actual and necessary professional services rendered to the Trustee in the Chapter 7 case from April 28, 2013 through the close of this case;

B.   Allowing to Baldi Berg, Ltd. reimbursement for incurred expenses in the amount of $109.67 in connection with its representation of the Trustee during the period covered by this Application.

C.   Authorizing Trustee to pay Baldi Berg, Ltd the amounts allowed pursuant to this Application as final compensation and reimbursement of expenses;

D.   Awarding all amounts previously allowed and paid to Baldi Berg, Ltd. as interim compensation and expense reimbursement to be deemed final allowances;

E.   Granting such other and further relief as this Court deems appropriate.

Dated:  October 8, 2014

BALDI BERG, LTD., attorneys for Joseph A. Baldi,
not personally but solely as trustee of the estate of
Anthony P. Montalbano, Sr., debtor


By:  /s/ Joseph A. Baldi
         Principal of the Firm

Joseph A. Baldi
Julia D. Loper
BALDI BERG, LTD.
20 N. Clark St., Suite 200
Chicago, Illinois  60602
(312) 726-8150

10

**Baldi Berg, Ltd.**
**Third and Final Fee Application**

**Anthony P. Montalbano, debtor**
**Case No. 09-30477**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  09-30477 |
| Anthony P. Montalbano | ) | |
| | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| Debtor(s) | ) | |

### Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on Trustee's Motion to Employ Attorneys and the affidavit of Joseph A. Baldi in support thereof; due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that:

1.   Joseph A. Baldi, trustee ("Trustee"), is authorized to employ Joseph A. Baldi, Donna B. Wallace, Elizabeth C. Berg and the law firm of Baldi Berg& Wallace as counsel for the Trustee effective February 16, 2011, with compensation to be paid in such amounts as may be allowed by this Court upon proper application therefore; and,

2.   Baldi Berg & Wallace is authorized to apply for compensation every ninety (90) days.

Enter:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Dated:   3 , 17 , 11

**Prepared by counsel of Movant:**

Joseph A. Baldi
BALDI BERG & WALLACE
19 S. LaSalle Street, Suite 1500
Chicago, Illinois  60603
312-726-8150

Rev: 20101008_bko

**Baldi Berg, Ltd.**
**Third and Final Fee Application**

**Anthony P. Montalbano, debtor**
**Case No. 09-30477**

**Prior Compensation Orders**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  09-30477 |
| Anthony P. Montalbano, Sr. | ) | |
| | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Awarding Interim Compensation to Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

THIS MATTER COMING ON TO BE HEARD on the Amended First Application ("Application") for Allowance and Payment of Interim Compensation of Baldi Berg & Wallace, Ltd. ("BBW"), Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED:

1. BBW is allowed interim compensation in the amount of $14,977.50 for actual and necessary professional services rendered to the Trustee from February 23, 2011 through July 31, 2011; and

2. Trustee is authorized to immediately pay Baldi Berg & Wallace, Ltd. the sum of $14,977.50 in payment of the interim compensation allowed pursuant to this order.

Enter:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Dated:   9 · / 6 · / /

**Prepared by:**

Joseph A. Baldi
Baldi Berg & Wallace, Ltd.
19 S. LaSalle Street, Suite 1500
Chicago, IL 60603

Rev: 201100318_bko

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                              )        BK No.:  09-30477
Anthony P. Montalbano, Sr.          )
                                    )
                                    )        Chapter: 11
                                    )        Honorable Susan Pierson Sonderby
                                    )
         Debtor(s)                  )

**Order Awarding Final Compensation to Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

THIS MATTER COMING ON TO BE HEARD on the Final Chapter 11 Application ("Application") for Allowance and Payment of Compensation of Baldi Berg & Wallace, Ltd. ("BBW"), Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED:

1. BBW is allowed final chapter 11 compensation in the amount of $27,930.00 for actual and necessary professional services rendered to the Trustee from August 1, 2011 through October 31, 2011; and

2. BBW is allowed $340.56 for reimbursement of expenses incurred in connection with services rendered to the Trustee from August 1, 2011 through October 31, 2011;

3. The interim compensation previously allowed and paid to BBW for services rendered during the Chapter 11 period in the amount of $14,977.50 is hereby allowed as final compensation; and

4. Trustee is authorized to immediately pay Baldi Berg & Wallace, Ltd. the sums allowed in paragraphs 1 and 2 of this order as payment for its final chapter 11 compensation and reimbursement of expenses.

Enter:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Dated:  DEC 2 0 2011

**Prepared by:**

Joseph A. Baldi
Baldi Berg & Wallace, Ltd.
19 S. LaSalle Street, Suite 1500
Chicago, IL 60603

Rev: 201100318_bko

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   09-30477 |
| Anthony P. Montalbano, Sr. | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

**Order Awarding Interim Compensation and Expenses to
Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

THIS MATTER COMING ON TO BE HEARD on the First Application for Allowance and Payment of Compensation in Chapter 7 Case of Baldi Berg & Wallace, Ltd. ("BBW"), attorneys to Joseph A. Baldi, Trustee ("Application"), notice having been given, and the Court being duly advised in the premises:

IT IS HEREBY ORDERED:

1. BBW is allowed interim chapter 7 compensation in the amount of $24,147.00 for actual and necessary professional services rendered to the Trustee from November 1, 2011 through November 27, 2012; and

2. BBW is allowed $27.65 for reimbursement of expenses incurred in connection with services rendered to the Trustee from November 1, 2011 through November 27, 2012;

3. The Trustee is authorized to pay from available estate funds to BBW the amounts allowed in paragraphs 1 and 2 of this Order in payment of interim compensation and reimbursement of expenses.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  December 19, 2012

**Prepared by:**

Joseph A. Baldi
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   09-30477 |
| Anthony P. Montalbano, Sr | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

### Order Awarding Interim Compensation and Expense Reimbursement to
### Baldi Berg & Wallace, Ltd., Attorneys for Chapter 7 Trustee

THIS MATTER COMING ON TO BE HEARD on the Second Interim Application for Allowance and Payment of Compensation and Expense Reimbursement ("Application") to Baldi Berg & Wallace, Ltd. ("BBW"), attorneys to Joseph A. Baldi, chapter 7 Trustee ("Trustee"), notice having been given, and the Court being duly advised in the premises:

IT IS HEREBY ORDERED:

1. BBW is allowed interim chapter 7 compensation in the amount of $27,529.00 for actual and necessary professional services rendered to the Trustee from November 28, 2012 through April 27, 2013; and

2. BBW is allowed $42.42 for reimbursement of expenses incurred in connection with services rendered to the Trustee from November 28, 2012 through April 27, 2013;

3. The Trustee is authorized to pay to BBW the amounts allowed in paragraphs 1 and 2 of this Order in payment of interim compensation and reimbursement of expenses from the funds on hand in this case.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  May 29, 2013

**Prepared by:**

Joseph A. Baldi
20 N. Clark Street   Suite 200
Chicago, IL  60602
(312) 726-8150

**Baldi Berg, Ltd.**
**Third and Final Fee Application**

**Anthony P. Montalbano, debtor**
**Case No. 09-30477**

**Recapitulation of Prior Requests**
**By Category**

**Exhibit C**

# EXHIBIT C

### RECAPITULATION
**Hours, Fees and Expenses from 1st Interim and Final Fee Applications
during the Chapter 11 Period**

| Category | Total Hours | Total Fees | Total Expenses |
|---|---|---|---|
| General Administration | 21.90 | $7,142.50 | $185.39 |
| Arizona Property | 15.70 | $6,365.00 | |
| Employ Professionals | 11.30 | $2,710.00 | |
| Fee Application | 17.50 | $4,517.50 | $123.02 |
| Tax Refund | 53.70 | $22,172.50 | $32.15 |
| **Totals** | **120.1** | **$42,907.50** | **$340.56** |

### RECAPITULATION
**Hours, Fees and Expenses from 1st and 2nd Interim Fee Applications
during the Chapter 7 Period**

| Category | Total Hours | Total Fees | Total Expenses |
|---|---|---|---|
| General Administration | 5.20 | $1,337.50 | |
| Claims | 121.10 | $39,043.00 | $70.07 |
| Fee Application | 35.80 | $9,244.50 | |
| Tax Matters | 2.80 | $1,021..00 | |
| Tax Refund | 2.40 | $1,030.00 | |
| **Totals** | **167.30** | **$51,676.00** | **$ 70.07** |

BALDI BERG, LTD.
20 N. Clark Street, Suite 200
Chicago, Illinois  60602
312-726-8150

**Baldi Berg, Ltd.**
**Third and Final Fee Application**

**Anthony P. Montalbano, debtor**
**Case No. 09-30477**

**Billing Statements**

**Exhibit D**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150

**Fax:**    (312) 470-6323

**FEIN:** 36-4352753

*Invoice submitted to:*

September 26, 2014
Invoice No:   02516

Joseph A. Baldi, trustee
Baldi Berg, Ltd
20 N. Clark Street, Suite 200
Chicago, IL 60602

## *Consolidated Summary*

|  | Hours | Fees | Expenses | Total Charges |
|---|---|---|---|---|
| ***Montalbano - General Administration*** | | | | |
|  | 4.80 | $1,447.50 | $0.00 | $1,447.50 |
| ***Montalbano - Fee Applications*** | | | | |
|  | 18.80 | $4,390.50 | $0.00 | $4,390.50 |
| ***Montalbano - Tax Matters*** | | | | |
|  | 22.90 | $6,335.00 | $109.67 | $6,444.67 |
| TOTALS | 46.50 | $12,173.00 | $109.67 | $12,282.67 |

**Baldi Berg, Ltd**

9/26/2014

Montalbano - General Administration

Page    2

---

**In Reference to:**    *Montalbano - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/22/2013 | ECB | Teleconference with Police Chief Medema regarding Cortland IL property and inquiry into Bankruptcy Estate's interest in same (.1) Memo to Trustee re same (.2) Investigate disposition of property (.1) Additional teleconference with Chief Medema to advise of deed in lieu and Trustee's consent to removal of trailers (.1) | 0.50 $325.00/ hr | $162.50 |
| 7/22/2013 | JDL | Review documents for Cortland property DIL re: calls from police re: trailers on property. | 0.10 $250.00/ hr | $25.00 |
| 10/01/2013 | JMM | Consult w/ JAB & JDL re: Montalbano Service List (.2), Reviewed Claims Register and compared to current service list (.7), Serve Notice of Accountant Fee App on 10 Creditors (.3) | 1.20 $175.00/ hr | $210.00 |
| 10/16/2013 | JDL | Draft motion to limit notice. | 0.80 $250.00/ hr | $200.00 |
| 10/17/2013 | JDL | Finalize motion to limit notice. | 0.50 $250.00/ hr | $125.00 |
| 12/17/2013 | JDL | Conference w/ JAB re: status of claims, S. Montalbano claim. | 0.20 $250.00/ hr | $50.00 |
| 3/19/2014 | JAB | Telephone call from Illinois AG re environmental suit in Cortland, liability of MBC XIV. Review land records re deed in lieu, recording. Forward DIL to AG for review. Review land records re ownership of adjacent parcels by related entities. Email to McGurn re same. | 1.50 $450.00/ hr | $675.00 |

|  |  |  | Total Fees | $1,447.50 |
|--|--|--|------------|-----------|
|  |  | Total New Charges |  | $1,447.50 |

# Baldi Berg, Ltd

9/26/2014

Montalbano - General Administration

Page    3

Balance Due                                    $1,447.50

## *Timekeeper Summary*

| Name | Hours | Rate |
|------|-------|------|
| Elizabeth C Berg | 0.50 | $325.00 |
| Joseph A Baldi | 1.50 | $450.00 |
| Julia D Loper | 1.60 | $250.00 |
| Jason M Manola | 1.20 | $175.00 |

**Baldi Berg, Ltd**                                                    9/26/2014

Montalbano - Fee Applications                                         Page    4

**In Reference to:**    *Montalbano - Fee Applications*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 4/29/2013 | RKP | Prepare exhibits to second interim fee application for BBW including recapitulation (.2); time detail/statement of services (2.0); prepare coversheet (.3); further draft 2nd interim fee application (.5). | 3.00<br>$195.00/ hr | $585.00 |
| 4/30/2013 | RKP | Prepare final invoice for attachment to BBW 2nd interim fee application | 0.80<br>$195.00/ hr | $156.00 |
| 5/06/2013 | JMM | Served Notice of 2nd Interim BBW Fee App on 59 Creditors (1.0) | 1.00<br>$175.00/ hr | $175.00 |
| 5/06/2013 | RKP | Draft proposed order (.1); phone conversation with J. Baldi re: 2nd interim fee application (.1). | 0.20<br>$195.00/ hr | $39.00 |
| 5/29/2013 | JAB | Prepare for and attend hearing on fee application, granting of same. | 0.50<br>$450.00/ hr | $225.00 |
| 9/06/2013 | JDL | Respond to account email re: most recent fee application. | 0.10<br>$250.00/ hr | $25.00 |
| 9/13/2013 | JDL | Telephone call from Tim at FRR re: fee application time entries. (.2) Email to T. Crosby re: same (.1) | 0.30<br>$250.00/ hr | $75.00 |
| 9/26/2013 | JDL | Review draft fee application for 7th FRR fees and expenses (.4) Conference w/ JAB re: same (.1) | 0.50<br>$250.00/ hr | $125.00 |
| 9/27/2013 | JDL | Revise FRR 7th interim fee application (.4) Draft 2002 notice, notice of motion, coversheet, proposed order re: FRR 7th fee application (1.3) Email to T. Crosby re: execution of affidavit re: same (.1) | 1.80<br>$250.00/ hr | $450.00 |

**Baldi Berg, Ltd**

9/26/2014

Montalbano - Fee Applications

Page    5

| Date | TK | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 10/01/2013 | JDL | Conference w/ JAB and JMM re: limiting service for fee application and future motions. (.3) Finalize fee application for 7th FRR (.8) | 1.10<br>$250.00/ hr | $275.00 |
| 10/23/2013 | JAB | Prepare for and attend hearing on Fee application for FRR - accountants AND motion to limit notice(Barnes) | 0.60<br>$450.00/ hr | $270.00 |
| 9/23/2014 | RKP | Edit time detail in preparation of final fee application (1.4); draft coversheet to fee application (.3); prepare recapitulation of time (.2); draft affidavit (.2); draft final fee application (2.4); prepare proposed order (.3). | 4.80<br>$195.00/ hr | $936.00 |
| 9/25/2014 | RKP | Finalize draft BB Fee Application (2.5); compile exhibits in support (.5); email to J. Baldi re: same (.1) | 3.10<br>$195.00/ hr | $604.50 |
| 9/27/2014 | JAB | Review and edit BB Final Fee Application | 1.00<br>$450.00/ hr | $450.00 |

|  | |
|---|---|
| Total Fees | $4.390.50 |

Total New Charges

$4,390.50

Balance Due

$4,390.50

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 2.10 | $450.00 |
| Julia D Loper | 3.80 | $250.00 |
| Jason M Manola | 1.00 | $175.00 |
| Ricki K Podorovsky | 11.90 | $195.00 |

**Baldi Berg, Ltd**

9/26/2014

Montalbano - Tax Matters

Page    6

**In Reference to:**    *Montalbano - Tax Matters*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/29/2013 | JAB | Review tax payments for wage claims, forward information to accountant for returns. | 0.50 $450.00/ hr | $225.00 |
| 7/31/2013 | JMM | Review Federal Form 941 & Instructions (.2), Review IL Form 941 & Instructions (.2), Draft Letter to IDOR re: 2013 - 2nd Quarter Payment (.5), Draft Letter to IRS re: 2013 - 2nd Quarter Payment (.5) | 1.40 $175.00/ hr | $245.00 |
| 8/06/2013 | JMM | Make 2 sets of copies of 04, 05, 06 Tax Returns (.2), Consult w/ JAB re: Amended Tax Returns (.1), Drafted Letter to IDOR re: 2004 - 06 Amended Tax Return (.5), Drafted Prompt Determination Letter to IDOR re - 2004 Amended Tax Return (.4) Drafted Prompt Determination Letter to IDOR re - 2005 Amended Tax Return (.4), Drafted Prompt Determination Letter to IDOR re - 2006 Amended Tax Return (.4), Drafted (2nd) Prompt Determination Letter to IDOR re - 2006 Amended Tax Return (.4) = | 2.40 $175.00/ hr | $420.00 |
| 9/09/2013 | JMM | Draft Letter to IRS re: 2012 Tax Return Filing (.5), Draft Letter to IDOR re: 2012 Tax Return (.5), Draft Letter to AZ Dept. of Revenue re: 2012 Tax Return (.5), Draft Prompt Determination Letter to IRS (.3), Draft Prompt Determination Letter to IDOR (.3), Draft Prompt Determination to AZ Dept. of Revenue (.3) | 2.40 $175.00/ hr | $420.00 |
| 11/01/2013 | JMM | Review Federal Form 941 & Instructions (.2), Review IL Form 941 & Instructions (.2), Draft Letter to IDOR re: 2013 - 2nd Quarter Payment (.5), Draft Letter to IRS re: 2013 - 2nd Quarter Payment (.5) | 1.40 $175.00/ hr | $245.00 |
| 11/14/2013 | JMM | Prepared 2005 & 2010 IL Form 1065 for service on IDOR (.4) | 0.40 $175.00/ hr | $70.00 |

**Baldi Berg, Ltd**

9/26/2014

Montalbano - Tax Matters

Page    7

---

| | | | | |
|---|---|---|---|---|
| 12/11/2013 | JAB | Telephone call from accountant re IDOR request for signature on tax returns, review returns. | 0.40 $450.00/ hr | $180.00 |
| 1/17/2014 | JMM | Cut checks for 1st and 2nd Quarter Wage Reporting (.2), Draft Letter to James Newbold re: same (.5) | 0.70 $175.00/ hr | $122.50 |
| 1/30/2014 | JMM | Cut check for 2013 FUTA Balance Due (.1), Send check via certified mail (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/03/2014 | JMM | Review email from Juanito re: Forms UI-1 and UI-1 S&P (.2), Search for documents (.1), Review and draft UI-1 (.7), Review and draft UI-1 S&P (.5) | 1.50 $175.00/ hr | $262.50 |
| 3/27/2014 | JAB | Teleconference with IDES regarding status of employment taxes paid by estate, registration with IDES. | 0.50 $450.00/ hr | $225.00 |
| 4/07/2014 | JAB | Teleconference with AG Newbold re tax returns, claim for refund, notice of final tax due.  Review returns filed, dates and notices received regarding disallowance of claims. Review 505 requests and amended returns. Teleconference with Wintersteen re communications with IDOR, obtaining tax transcript, preparing time line for returns and amounts claimed. | 2.00 $450.00/ hr | $900.00 |
| 4/08/2014 | JMM | Review IDES 2014 Quarterly Contribution and Wage Reports, 2014 Contribute Rate, 2013 Contribute Rate Report (.4), Mark for JAB follow-up (.1) | 0.50 $175.00/ hr | $87.50 |
| 5/02/2014 | JAB | Review IDOR proof of claim, review and compare to amended tax returns.  (.5)  Teleconference with Ill AG re status of claims, ways to resolve issues.  (.3) Teleconference with Wintersteen re time line preparation, negotiations with IDOR, follow up.  (.3) | 1.10 $450.00/ hr | $495.00 |
| 5/12/2014 | JAB | Review time line, review claims for refund.  (.5) Teleconference with S Chaiken re 505 motion, liability of debtor, jointly pursuing relief.  (.5) | 1.00 $450.00/ hr | $450.00 |

**Baldi Berg, Ltd**                                                       9/26/2014

Montalbano - Tax Matters                                          Page    8

---

| 6/05/2014 | JMM | Draft Letter to IRS re: 2013 Tax Return Filing (.5), Draft Letter to IDOR re: 2013 Tax Return (.5), Draft Letter to AZ Dept. of Revenue re: 2013 Tax Return (.5), Draft Prompt Determination Letter to IRS (.3), Draft Prompt Determination Letter to IDOR (.3), Draft Prompt Determination to AZ Dept. of Revenue (.3) | 2.40 $175.00/ hr | $420.00 |
| 6/26/2014 | JAB | Telephone call from accountant re acceptance of returns as filed by IDOR.  Telephone call to IAG to verify same. | 0.60 $450.00/ hr | $270.00 |
| 8/26/2014 | JAB | Prepare and Forward claim for refund to IDES. | 1.00 $450.00/ hr | $450.00 |
| 9/09/2014 | ECB | Review case docket (.8) and analyze compensation orders (.7) and prepare estimates for final professional fees deductible under Estate's final return (.4) Teleconference with Trustee to confirm same (.2) Prep email to estate's accountant S. Wintersteen re preparation of  2014 tax returns (.3) | 2.40 $325.00/ hr | $780.00 |
| 9/10/2014 | ECB | Review Accountant memo re scheduling completion of fina returns (1.) | 0.10 $325.00/ hr | $32.50 |

Total Fees    $6.335.00

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 8/06/2013 | Letters sent via certified mail & return receipt: 1.) 2004 - 06 Amended Tax Return Letter to IDOR ($10.90) + Prompt Determination Letter to IDOR re - 2004 Amended Tax Return ($7.17) + Prompt Determination Letter to IDOR re - 2005 Amended Tax Return ($7.17) + Prompt Determination Letter to IDOR re - 2006 Amended Tax Return ($7.37) + (2nd) Prompt Determination Letter to IDOR re - 2006 Amended Tax Return ($7.17) = | 1.00 @ /each | $39.78 |

# Baldi Berg, Ltd

9/26/2014

Montalbano - Tax Matters

Page    9

| | | | |
|---|---|---|---|
| 9/09/2013 | 2012 Estate Tax Returns: Filing Letter to IRS ($7.17) + Prompt Determination Letter to IRS ($7.17) + Filing Letter to AZ Dept of Revenue ($6.77) + Prompt Determination Letter to AZ Dept of Revenue ($6.77) + Filing Letter to IDOR ($6.77) + Prompt Determination Letter to IDOR ($6.77) | 1.00 @ /each | $41.42 |
| 1/30/2014 | 2013 - Form 940 FUTA - Check and Tax Return sent via Certified Mail ($6.48) | 1.00 @ /each | $6.48 |
| 6/05/2014 | 2013 IL Form 1041 - Tax Return sent via certified mail to IDOR ($7.19) + 2013 Form 1041 - US Tax Return sent via certified mail to IRS ($7.61) + 2013 AZ Form 141 - Tax Return sent via certified mail to AZ Dept. of Revenue ($7.19) = $21.99 | 1.00 @ /each | $21.99 |

Total Expenses $109.67

Total New Charges $6,444.67

Balance Due $6,444.67

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 2.50 | $325.00 |
| Joseph A Baldi | 7.10 | $450.00 |
| Jason M Manola | 13.30 | $175.00 |

**Baldi Berg, Ltd.**
**Third and Final Fee Application**

**Anthony P. Montalbano, debtor**
**Case No. 09-30477**

## Professional Qualifications

## Exhibit E

## Baldi Berg, Ltd.

### Joseph A. Baldi

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg, Ltd. (formerly Baldi, Berg & Wallace, Ltd.).   Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group.  In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.  He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees.  Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois.   In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers. He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest.  He is a member of the Chicago Bar Association, National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission.  Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from Western Illinois University.

## Baldi Berg, Ltd.

**Elizabeth C. Berg**

Elizabeth C. Berg is a partner of Baldi Berg, Ltd., a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois.   Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

**Baldi Berg, Ltd.**

<u>Julia D. Loper</u>

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies.  Ms. Loper has worked with Baldi Berg, Ltd. since 2009.  Ms. Loper also has general civil litigation experience.

Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association.

Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

**Baldi Berg, Ltd.**

<u>**Ricki K. Podorovsky**</u>

Ricki K. Podorovsky is a paralegal with the firm.  Ms. Podorovsky has worked with Baldi Berg, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois.  Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.


<u>**Jason M. Manola**</u>

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**
**Third and Final Fee Application**

**Anthony P. Montalbano, debtor**
**Case No. 09-30477**

**Rule 2016 Affidavit**

**Exhibit F**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 09-30477 |
| Anthony P. Montalbano, Sr., | ) | Hon. Timothy A. Barnes |
| | ) | |
| Debtor | ) | |

### Affidavit Pursuant to Rule 2016

State of Illinois          )
County of Cook          )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.      I am the founding member of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) ("BB"), attorneys for the Trustee in this case.  I have authority to execute this affidavit on behalf of BB and have personal knowledge of the facts set forth herein.

2.      I have read the Third and Final Application for Allowance and Payment of Compensation and Expense Reimbursement in Chapter 7 Case of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. BB has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      BB has not previously received payment of any compensation for services rendered to the Trustee or expense reimbursement in this case except as disclosed in the Application.  BB has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement received or to be received for services rendered or expenses incurred in connection with this matter, except among the principal and associates of BB.

4.      Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on October 8, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit F**