**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                        §
                                              §
MONTALBANO SR., ANTHONY P.                    §        Case No. 09-30477
                                              §
           Debtor(s)                          §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Jeffrey P. Allsteadt
   Clerk of the U.S. Bankruptcy Court
   219 S. Dearborn, 7th Floor
   Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
   10:30 a.m., on Wednesday, December 10, 2014
   in Courtroom  613, U.S. Courthouse
   219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth Gardner_____
                                          Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MONTALBANO SR., ANTHONY P. § Case No. 09-30477
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 14,697,732.01 |
| and approved disbursements of | $ | 14,172,768.56 |
| leaving a balance on hand of[1] | $ | 524,963.45 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000014 | Palos Bank and Trust Company | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000015 | Palos Bank and Trust Company | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000016 | JPMorgan Chase Bank, N.A. | $ 29,928.50 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000032 | Steeplechase Partners LLC | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000035A | Bank of Commerce | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000037A | Republic Bank of Chicago | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000041A | Republic Bank of Chicago | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000042A | Lyon Financial Services, Inc. d/b/a US Bancorp Bus | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000043 | First American Bank A/S/T Town Community Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 524,963.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 150,000.00 | $ 0.00 | $ 150,000.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 36,320.00 | $ 24,147.00 | $ 12,173.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 137.32 | $ 27.65 | $ 109.67 |
| Accountant for Trustee Fees: FROST RUTTENBERG & ROTHBLATT, P.C. | $ 54,608.60 | $ 44,275.30 | $ 10,333.30 |
| Accountant for Trustee Expenses: FROST RUTTENBERG & ROTHBLATT, P.C. | $ 2,796.51 | $ 2,381.64 | $ 414.87 |
| Fees: Office of the U.S. trustee <B>(ADMINISTR | $ 325.00 | $ 325.00 | $ 0.00 |
| Other: International Sureties | $ 171.70 | $ 171.70 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 173,030.84 |
| Remaining Balance | $ 351,932.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: Baldi Berg & Wallace, Ltd. | $ 27,930.00 | $ 27,930.00 | $ 0.00 |
| Attorney for Expenses: Baldi Berg & Wallace, Ltd. | $ 340.56 | $ 340.56 | $ 0.00 |
| Accountant for Fees: FROST RUTTENBERG & ROTHBLATT, P.C. | $ 57,125.50 | $ 57,125.50 | $ 0.00 |
| Accountant for Expenses: FROST RUTTENBERG & ROTHBLATT, P.C. | $ 5,462.40 | $ 5,462.40 | $ 0.00 |
| Other: ADELMAN & GETTLEMAN | $ 105,682.00 | $ 105,682.00 | $ 0.00 |
| Other: ADELMAN & GETTLEMAN | $ 2,053.13 | $ 2,053.13 | $ 0.00 |
| Other: JOSEPH A. BALDI, Trustee | $ 173,309.00 | $ 173,309.00 | $ 0.00 |
| Other: McGurn, Michael | $ 94,627.50 | $ 94,627.50 | $ 0.00 |
| Other: McGurn, Michael | $ 129.00 | $ 129.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses | $ 0.00 |
| Remaining Balance | $ 351,932.61 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 9,292.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Miszkowicz, Mark L. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003A | Cannon, George | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | Lombardo, Kelly | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | Williams, Robert W. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | Paves, Gwen | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | JOHN GIOCOMELLI | $ 1,300.00 | $ 1,300.00 | $ 0.00 |
| 000008 | Possidoni, John A. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | Rizzo, Robert A. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010 | Timothy D Morris | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | Blackmon, Annette | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | Murray, Julie A. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000013 | Linda Markegard | $ 0.00 | $ 0.00 | $ 0.00 |
| 000017 | Cifilia, Dan | $ 0.00 | $ 0.00 | $ 0.00 |
| 000018 | Sapienza, Thomas | $ 2,332.33 | $ 2,332.33 | $ 0.00 |
| 000019 | McGurn, Michael | $ 5,000.00 | $ 5,000.00 | $ 0.00 |
| 000024 | Illinois Department of Employment Security | $ 0.00 | $ 0.00 | $ 0.00 |
| 000025 | Illinois Department of Employment Security | $ 0.00 | $ 0.00 | $ 0.00 |
| 000028 | Wenzel, Michael R. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000029 | Vanderzanden, Jim | $ 0.00 | $ 0.00 | $ 0.00 |
| 000033 | Jock, Jennifer | $ 0.00 | $ 0.00 | $ 0.00 |
| 000048 | Montalbano, Michele | $ 0.00 | $ 0.00 | $ 0.00 |
| 000049 | Chapman, Althea | $ 0.00 | $ 0.00 | $ 0.00 |
| 000050 | Van Zuidam, Brenda | $ 0.00 | $ 0.00 | $ 0.00 |
| 000051 | Roppolo, Raymond R. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000052 | JOHN GIOCOMELLI | $ 0.00 | $ 0.00 | $ 0.00 |
| 000053 | Montalbano Jr., Anthony | $ 0.00 | $ 0.00 | $ 0.00 |
| 000054 | Henry Tony A Gentile | $ 0.00 | $ 0.00 | $ 0.00 |
| 000055 | US Dept of Labor | $ 0.00 | $ 0.00 | $ 0.00 |
| 000056 | Department of the Treasury | $ 0.00 | $ 0.00 | $ 0.00 |
| AUTO | Internal Revenue Service | $ 535.20 | $ 535.20 | $ 0.00 |
| AUTO | Internal Revenue Service | $ 125.17 | $ 125.17 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 351,932.61

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,052,340.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Hersey, Aerni, & Associates | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003B | Cannon, George | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011B | Blackmon, Annette | $ 0.00 | $ 0.00 | $ 0.00 |
| 000020 | Cole Taylor Bank | $ 3,646,906.35 | $ 482,419.61 | $ 12,576.54 |
| 000021 | MB Financial Bank, N.A. | $ 2,200,000.00 | $ 291,020.13 | $ 7,586.81 |
| 000022 | SA Group Properties Inc | $ 9,361,677.47 | $ 1,238,380.26 | $ 32,284.21 |
| 000023 | Accountemps | $ 0.00 | $ 0.00 | $ 0.00 |
| 000026 | Sherie M Owens | $ 0.00 | $ 0.00 | $ 0.00 |
| 000027 | First Midwest Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000030 | KeyBank National Association | $ 10,442,169.07 | $ 1,381,309.71 | $ 36,010.34 |
| 000031 | First Bank | $ 4,299,189.41 | $ 568,704.84 | $ 14,825.97 |
| 000034 | RBC Real Estate Finance Inc. | $ 37,699,350.11 | $ 4,986,940.76 | $ 130,008.10 |
| 000035B | Bank of Commerce | $ 0.00 | $ 0.00 | $ 0.00 |
| 000036 | Susan Montalbano | $ 0.00 | $ 0.00 | $ 0.00 |
| 000037B | Republic Bank of Chicago | $ 0.00 | $ 0.00 | $ 0.00 |
| 000038 | Signature Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000039 | Signature Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000040 | Bank of America, N.A. | $ 21,385,808.00 | $ 2,828,954.80 | $ 73,750.03 |
| 000041B | Republic Bank of Chicago | $ 0.00 | $ 0.00 | $ 0.00 |
| 000042B | Lyon Financial Services, Inc. d/b/a US Bancorp Bus | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000044A | Harris N.A. | $ 9,878,083.91 | $ 1,306,691.47 | $ 34,065.07 |
| 000045 | Thomas & Lori A Hoeft | $ 0.00 | $ 0.00 | $ 0.00 |
| 000046 | FDIC as Receiver | $ 3,139,155.75 | $ 415,253.42 | $ 10,825.54 |
| 000057 | Hersey, Aerni & Associates | $ 0.00 | $ 0.00 | $ 0.00 |

    Total to be paid to timely general unsecured creditors      $ 351,932.61

    Remaining Balance      $ 0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-30477-TAB
Anthony P. Montalbano, Sr.                                                Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: ccabrales          Page 1 of 6           Date Rcvd: Nov 14, 2014
                               Form ID: pdf006          Total Noticed: 169

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2014.
```
db           Anthony P. Montalbano, Sr.,   1916 Midwest Club Parkway,   Oak Brook, IL  60523-2525
aty         +Arnstein & Lehr LLP,   Arnstein & Lehr,   120 S Riverside Plaza Ste 1200,
              Chicago, IL 60606-3941
aty         +Robert E Mckenzie,   Arnstein & Lehr,   120 S Riverside Plaza Ste 1200,
              Chicago, IL 60606-3941
14337421    +AA Grading,   PO Box 1850,   Surprise, AZ 85378-1850
14544655    +AA Grading & Clean Up, Inc.,   PO Box 1850,   Surprise, AZ 85378-1850
14544659    +APM Holdings, Inc.,   1801 S. Meyers Road,   Oakbrook Terrace, IL 60181-5242
14683046    +Accountemps,   Div/Robert Half Internatl/Mary Gonzalez,   5720 Stoneridge Dr, Ste 3,
              Pleasanton, CA 94588-4521
22454536    +Adelman & Gettleman Ltd.,   53 W. Jackson Blvd., Suite 1050,   Chicago, IL 60604-3786
14337423    +Allied Waste Services,   5050 W. Lake Street,   Melrose Park, IL 60160-2767
14337424    +Amcore Bank,   1033 W. Van Buren St.,   Suite 1000,   Chicago, IL 60607-3356
14337425     American Express,   PO Box 0001,   Los Angeles, CA 90096-0001
14544658    +Apex,   7801 E. Gray Road,   Scottsdale, AZ 85260-6968
14544662    +Arizona Misting Systems,   4606 E. Tumbleweed Dr.,   Cave Creek, AZ 85331-4048
14544663    +Bank of America,   Real Estate Managed Assets,   201 E. Washington St.,
              Phoenix, AZ 85004-2428
15648064    +Bank of America, N.A.,   Successor in interest to Countrywide Ban,   c/o Snell & Wilmer L.L.P.,
              One Arizona Center, 400 E. Van Buren,   Phoenix, AZ 85004-2280
14337428    +Bank of Commerce,   Attn: Megan A Dregchinski,   1770 N Park St, Ste 200,
              Naperville, IL 60563-1245
14544664     Bank of Commerce,   171 E. Irving Park Rd,   Wood Dale, IL 60191-2023
17535185     Bank of Lincolnwood,   4333 West Touhy Avenue,   Lincolnwood, Il 60712
14337429    +Bank of Lincolnwood,   4433 West Touhy Avenue,   Lincolnwood, IL 60712-1878
14337430    +Bennett, Sharron,   1060 N Farnsworth Ave, #1308,   Aurora, IL 60505-2165
14337431    +Blackmon, Annette,   8329 E McDonald Drive,   Scottsdale, AZ 85250-6219
14337437   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Citibank Mastercard,   PO Box 6000,   The Lakes, NV 89163)
14337432    +Cannon, George,   3123 W Redbird Rd,   Phoenix, AZ 85083-5817
14337433    +Chapman, Althea,   2N625 Morton Road,   West Chicago, IL 60185-1511
14337434     Chase Card Services,   PO Box 15153,   Wilmington, DE 19886-5153
14337435    +Chase Home Finance,   PO Box 24696,   Columbus, OH 43224-0696
14534238    +Chase Home Finance LLC,   c/o Pierce & Associates P.C.,   1 North Dearborn Street,   Suite 1300,
              Chicago, IL 60602-4321
14544672    +Ciccio Corporation,   d/b/a Colletti Designs,   2166 E. University Dr.,   Tempe, AZ 85281-4607
14553893    +Ciccio Corporation,   dba Colletti Designs,   2166 E University Dr,   Tempe, AZ 85281-4607
14337436    +Cifilia, Dan,   5080 S McClelland Drive,   Chandler, AZ 85248-6040
14337438     City of Phoenix,   PO 29663,   Phoenix, AZ 85038-9663
14337439    +Cole Taylor Bank,   9550 W. Higgins Rd,   Rosemont, IL 60018-4907
14337440    +Coletti Design d/b/a Ciccio Corp,   2166 E. University Dr.,   Tempe, AZ 85281-4607
14337443    +Countrywide/Bank of America,   Real Estate Managed Assets,   201 E. Washington St.,
              Phoenix, AZ 85004-2428
14553894    +Creative Design Lighting,   1900 E Indian School Road,   Phoenix, AZ 85016-6017
14544680    +Creative Design Lighting,   1900 East Indian School Road,   Phoenix, AZ 85016-6017
14544681    +Creative Elegance Millworks,   2465 S. 19th Ave, Suite D-9,   Phoenix, AZ 85009-6955
14337445    +Cuitino, Paul,   7000 N Odell Ave,   Chicago, IL 60631-1039
14544683    +Custom Systems Integration,   10317 N. Scottsdale Road,   Scottsdale, AZ 85253-4527
14337446    +Deckleman, Clarence,   443 Huntsbridge Road,   Matteson, IL 60443-2154
14544686    +Dew's Fire Protection,   7706 E. Acoma #4,   Scottsdale, AZ 85260-2961
14544687    +Dew's Fire Protection,   c/o Lofy & Associates PC,   11120 N. Tatum Blvd #101,
              Phoenix, AZ 85028-1628
14544688    +Dunn-Rite Plumbing,   17404 N. 70th Lane,   Glendale, AZ 85308-8411
18029550    +FDIC as Receiver,   of Town Community Bank and Trust,
              c/o Lydia Bueschel RobinsonCurleyClayton,   300 S. Wacker Dr., Ste. 1700,
              Chicago, IL 60606-6632
14544689    +Fiber Creations of Arizona,   2142 E. Jefferson,   Phoenix, AZ 85034-2529
15665974    +First American Bank A/S/T Town Community Bank,   Jason R Sleezer/Scott & Kraus LLC,
              150 S Wacker Dr,   Chicago, IL 60606-4103
14544690    +First Bank,   2100 S. Elmhurst Rd.,   Mount Prospect, IL 60056-7500
14337448    +First Bank,   c/o Charlie Kepner,   2100 S. Elmhurst Rd.,   Mount Prospect, IL 60056-7500
15414330    +First Bank,   c/o Fred R. Harbecke,   29 S. LaSalle, Suite 945,   Chicago, IL 60603-1526
14337449    +First Midwest Bank,   c/o MJ Wasserman/CE McManus,   191 N Wacker, St 1800,
              Chicago, IL 60606-1631
14544691    +First Midwest Bank,   770 W. Dundee Rd.,   Arlington Heights, IL 60004-1572
14337450    +Fitz, Andrew S.,   2023 W Iowa #1F,   Chicago, IL 60622-5893
14337451    +Flagg Creek Water Reclamation District,   7001 N. Frontage Road,   Burr Ridge, IL 60527-5788
14829507    +Fred R Harbecke,   29 S LaSalle, Ste 945,   Chicago, IL 60603-1526
22454533    +Frost Ruttenberg & Rothblatt, P.C.,   111 Pfingsten Road, Suite 300,   Deerfield, IL 60015-4981
14337452    +Gentile, H. Tony,   713 65th St,   Downers Grove, IL 60516-2941
14337453    +Giocomelli, John P.,   865 Fieldside Lane,   Aurora, IL 60504-5944
16185204    +Harris N.A.,   c/0 Ungaretti Harris LLP/Patrick F Ross,   70 W Madison St, #3500,
              Chicago, IL 60602-4224
18605476    +Henry Tony A Gentile,   713 65th Street,   Downers Grove, IL 60516-2941
```

```
District/off: 0752-1          User: ccabrales            Page 2 of 6              Date Rcvd: Nov 14, 2014
                              Form ID: pdf006            Total Noticed: 169


14337455      +Hersey, Aerni, & Associates,    5025 S. Ash Ave. B3,    Tempe, AZ 85282-6840
14337456       Hinsdale Bank,    25 W. First St.,    Hinsdale, IL 60521
14544698       Hinsdale Bank & Trust Co.,    25 W. First St.,    Hinsdale, IL 60521
14544699      +Howard Air,   13235 N. Cave Creek Road,    Phoenix, AZ 85022-5133
14693396      +Illinois Department of Employment Security,     33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
21878308       Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,
                Chicago, Illinois 60664-0338
14337457       Illinois Dept of Employment Security,    PO Box 19300,    Springfield, IL 62794-9300
17535187      +Illinois Dept of Revenue,    Bankruptcy Section,    POB 64338,    Chicago, IL 60664-0338
17535188       Illinois Environmental Protection Agency,     1021 N Grand Ave East,    POB 19276,
                Springfield, IL 62794-9276
17535189      +Illinois Pollution Control Board,    100 W Randolph St, Ste 11-500,    Chicago, IL 60601-3233
14337701      +Ingram Tile and Stone,    6033 E. Carnation Circle,    Phoenix, AZ 85018-6716
14544702       Isokern West, Inc.,    3745 W. Wier Street,    Phoenix, AZ 85040
17343248       JPMorgan Chase Bank, N.A.,    Chase Records Center,    Mail Code LA4-5555 - 700 Kansas Lane,
                Monroe, LA 71203
14337458      +Jacobs, Jason,   1919 S Wolf Road, #203,    Hillside, IL 60162-2137
14337459      +Jandak, Susan,    25 Kane Court,    Willowbrook, IL 60527-2262
14337460      +Jim Hannon,   2215 York Rd,    Suite 414,   Oak Brook, IL 60523-4012
14337461      +Jock, Jennifer,    18844 S Chestnut,    Shorewood, IL 60404-6017
14337462      +Kalafut, Dana M.,   21W624 Lynn Rd #3,    Lombard, IL 60148-1460
14337463      +Key Bank,   8117 Preston Rd.,    Suite 440,    Dallas, TX 75225-6324
15138848       KeyBank National Association,    127 Public Square,    Second Floor,
                Cleveland, Ohio 44114-1306
14337464      +Khan, Shabana,    15 East Maple St. Apt 1C,    Lombard, IL 60148-2646
14544709      +Kohler Pools & Spas, LLC,    4131 N. 24th St. #205,    Phoenix, AZ 85016-6285
14337466      +LaPlant, Roberta,    4530 Heron Drive,    Lake in the Hills, IL 60156-1067
14337465      +Lady’s Work Cleaning,    4311 N. 18th St.,    Phoenix, AZ 85016-5404
14508966      +Linda Markegard,    12985 W Plum Rd,    Peoria, AZ 85383-2861
14337467       Linda S. Markegard,    14954 N. 172nd Lane,    Surprise, AZ 85388
14337468      +Lombardo, Kelly,    10714 S Keating Avenue, Unit 2,    Oak Lawn, IL 60453-5592
15661272      +Lyon Financial Services, Inc. d/b/a US Bancorp Bus,     c/o Askounis & Darcy, PC,
                401 N. Michigan Ave., Suite 550,    Chicago, IL 60611-5523
14544715      +MB Financial Bank,    6111 North River Road,    Rosemont, IL 60018-5111
14553888       MB Financial Bank,    611 North River Road,    Rosemont, IL 60018
14337469      +MB Financial Bank,    c/o Locke Lord Bissell 7 Liddell LLP,    111 S Wacker Dr,
                Chicago, IL 60606-4302
14639831      +MB Financial Bank, N.A.,    c/o Courtney E. Barr,    Locke Lord Bissell & Liddell LLP,
                111 S. Wacker Dr.,    Chicago, IL 60606-4409,    (312) 443-0700
14337471      +MBC CVI, LLC,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14337473      +MBC III,    1801 Meyers Road,    Oakbrook Terrace, IL 60181-5242
14337474      +MBC V,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5202
14337475      +MBC VII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14337476      +MBC VIII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14337477      +MBC X,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14337478      +MBC XII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14337479      +MBC XIV,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14337480      +MBC XIX,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14337482      +MBC XXIV,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14337483      +MBC XXVII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14337484      +MBC XXVIII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14337485      +MBC XXXVIII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14544714       Markegard, Linda S.,    14954 N. 172nd Lane,    Surprise, AZ 85388
14337486      +McGurn, Michael,    3112 Village Green Dr.,    Aurora, IL 60504-7253
22454532      +Michael McGurn,    1801 S. Meyers Road, Suite 500,    Oakbrook Terrace, Illinois 60181-5202
14337487      +Midwest Bank and Trust,    1545 Ellinwood,    Des Plaines, IL 60016-4505
14544734      +Midwest Club Association,    1100 Midwest Club Parkway,    Oak Brook, IL 60523-2583
14337488       Midwest Club Association,    708 Midwest Club Parkway,    Oak Brook, IL 60523-2531
14337489      +Miszkowicz, Mark L.,    41508 N Cedar Chase Road,    Anthem, AZ 85086-1068
14337490      +Montalbano Jr., Anthony,    5603 Sherman Avenue,    Downers Grove, IL 60516-1163
14337491      +Montalbano, Michele,    2361 Reflections Drive,    Aurora, IL 60502-7312
14337492      +Morris, Timothy D.,    7791 E Osborn Road, #173E,    Scottsdale, AZ 85251-8480
14337493      +Murray, Julie A.,    6709 Patton Drive,    Woodridge, IL 60517-1421
14337494      +Native Resources International,    1540 W. Happy Valley Rd.,    Phoenix, AZ 85085-2008
14337496      +OREO Corp.,    127 Public Square,    Cleveland, OH 44114-1306
14337497      +Orozco, Armando,    2155 Gray Hawk Drive,    Aurora, IL 60503-5436
14337498      +Palos Bank,   12600 S. Harlem Ave.,    Palos Heights, IL 60463-1491
14531212      +Palos Bank and Trust Company,    12600 S. Harlem Ave.,    Palos Heights, IL 60463-1491
14337499      +Paves, Gwen,    67 Ruffled Feathers,    Lemont, IL 60439-7753
14337500      +Platkowski, Pawel,    3120 N 78th Ave,    Elmwood Park, IL 60707-1009
14337501      +Possidoni, John A.,    1928 55th Place,    Downers Grove, IL 60515-4435
14337502      +RBC Builder Finance,    9137 S. Ridgeline Blvd.,    Suite 140,   Highland Ranch, CO 80129-2394
14337503      +RBC Builder Finance,    11011 Richmond Avenue,    8th Fl.,   Houston, TX 77042-6792
14337504      +RBC Centura,    9137 S. Ridgeline Blvd.,    Suite 140,   Highland Ranch, CO 80129-2394
15640276      +RBC Real Estate Finance Inc.,    c/o Bryan Cave LLP,    161 N. Clark St. Ste. 4300,
                Chicago, IL 60601-3315
15646966      +Republic Bank of Chicago,    c/o Edward P. Freud, Esq.,    222 N. LaSalle Street,    Suite 700,
                Chicago, IL 60601-1024,    312-602-4890
14337505      +Rizzo, Robert A.,    205 John Drive,    Bartlett, IL 60103-8613
```

```
District/off: 0752-1          User: ccabrales             Page 3 of 6                  Date Rcvd: Nov 14, 2014
                              Form ID: pdf006             Total Noticed: 169

14337506          Roppolo, Raymond R.,    15409 Abbey Lane,    Lockport, IL 60441
14654274         +SA Group Properties Inc,    GoodSmith Gregg Unruh LLP/K GoodSmith,     150 S Wacker Dr, Ste 3150,
                   Chicago, IL 60606-4207
17232533         +SA Group Properties Inc,    Rachel L Broyles/GoodSmith Gregg & Unruh,     150 S Wacker Dr, #3150,
                   Chicago, IL 60606-4207
14337507         +Sapienza, Thomas,    512 Rosebush Lane,    Oswego, IL 60543-8265
14337509         +Shaw, Jeffery,    7623 Oakdale Avenue,    Hammond, IN 46324-3016
14738195         +Sherie M Owens,    c/o John D Landry, Esq. Landry & Assoc,     120 E Ogden Ave, Ste 212,
                   Hinsdale, IL 60521-3546
14337510         +Shoemaker, Carmen,    5645 S 42nd Street,    Phoenix, AZ 85040-9079
14337511         +Signature Bank,    c/o Kevin P Bastuga,    6400 N. Northwest Highway,     Chicago, IL 60631-1792
14544760         +Signature Bank,    c/o Ryan O Lawlor,    222 N LaSalle St, Ste 2600,    Chicago, IL 60601-1104
14337512         +Smyth, Michael,    977 Elm Court,    Naperville, IL 60540-0345
14337513         +Sonoran Pest Control,    14700 N. frank Lloyd Wright Blvd,     Suite 157,
                   Scottsdale, AZ 85260-2046
17535190         +State of Illinois/Dept of Labor,    Fair Labor Standards Wage Claim Sec,
                   160 N LaSalle St, #C-1300,    Chicago, IL 60601-3114
15519414         +Steeplechase Partners LLC,    Gail D Hannon,    812 Coventry Lane,    Oak Brook, IL 60523-1444
14544763         +Sunwest Painting LLC,    4300 E. Stottler Dr,    Gilbert, AZ 85296-1560
15642680         +Susan Montalbano,    c/o Richard L. Hirsh, P.C.,     1500 Eisenhower Lane,    Suite 800,
                   Lisle, IL 60532-2135
14553889         +Timothy D Morris,    7791 E Osborn Rd, #173E,    Scottsdale, AZ 85251-8480
14483877         +Timothy D Morris,    POB 6869,    Glendale, AZ 85312-6869
14337514         +Todd, Jared,    8204 Kensington Lane,    Hanover Park, IL 60133-2339
14337515         +Town Community Bank,    41412 North Highway 83,    Antioch, IL 60002-1907
14337516          U.S. Bank National Association,    Special Assets Group,    777 W. Wisconsin Ave.,    MK-WI-J5N,
                   Milwaukee, WI 53202
17535191         +US Dept of Labor,    EMPLOYEE BENEFITS SECURITY ADM,     200 Constuitution Ave, NW Rm B5668,
                   Washington, DC 20210-0001
17535192          US Environmental Protection Agency,    RL Nagle -Bk Cnt/US EPA Region 5,     Mail Code C-14J,
                   Chicago, IL 60604,    1
14544771         +VSP Search, Inc.,    1430 E. Missouri, Suite 275,     Phoenix, AZ 85014-2490
14337520         +VSP Search, Inc.,    1430 Missouri #275,    Phoenix, AZ 85014-2490
14337517         +Van Zuidam, Brenda,    26W066 Hazel Lane,    Wheaton, IL 60187-2912
14337518         +Vanderzanden, Jim,    17609 S Alta Court,    Lockport, IL 60441-4698
14337519          Village of Oak Brook Water Department,    1200 Oak Brook Rd,     Oak Brook, IL 60523-2255
14337521         +Wenzel, Michael R.,    707 E Clarendon Avenue,    Arlington Heights, IL 60004-4903
14337522         +Williams, Robert W.,    42204 N Stonemark Drive,     Anthem, AZ 85086-1032
14337523         +Wilmore, Marilyn,    787 Poppy Lane,    Bartlett, IL 60103-5768
15665975         +c/o Scott & Kraus, LLC,    150 S. Wacker Dr., Ste. 2900,     Chicago, IL 60606-4206
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14337426          E-mail/Text: bankruptcy@aps.com Nov 15 2014 01:23:25      APS,    PO Box 2906,
                   Phoenix, AZ 85062-2906
14337442         +E-mail/Text: legalcollections@comed.com Nov 15 2014 01:24:47      ComEd,
                   c/o Registered Agent - Veronica Gomez,    10 S. Dearborn Street, 49th Floor,
                   Chicago, IL 60603-2300
14337441          E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Nov 15 2014 01:23:22      Comcast,
                   155 Industrial Drive,    Elmhurst, IL 60126-1618
14337444          E-mail/Text: CCICollectionsGlobalForms@cox.com Nov 15 2014 01:24:40      Cox Communications,
                   PO Box 78071,    Phoenix, AZ 85062-8071
14337454         +E-mail/Text: bankruptcy@bbvacompass.com Nov 15 2014 01:23:21      Guaranty Bank,
                   8333 Douglas Avenue,    Dallas, TX 75225-6581
14337455         +E-mail/Text: admin@herseyaerni.com Nov 15 2014 01:23:42      Hersey, Aerni, & Associates,
                   5025 S. Ash Ave. B3,    Tempe, AZ 85282-6840
14544685          E-mail/Text: cio.bncmail@irs.gov Nov 15 2014 01:22:35      Department of the Treasury,
                   Internal Revenue Service,    Cincinnati, OH 45999
14337495         +E-mail/Text: bankrup@aglresources.com Nov 15 2014 01:21:55      Nicor Gas,    PO Box 2020,
                   Aurora, IL 60507-2020
18261779         +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Nov 15 2014 01:23:12      Office of the U.S. Trustee,
                   219 S. Dearborn St.,    Room 873,   chicago, IL 60604-2027
18261767         +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Nov 15 2014 01:23:12      Office of the U.S. trustee,
                   219 South Deaborn St.,    room 873,    Chicago, IL 60604-2027
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Michael McGurn
14544660*         APS,    PO Box 2906,    Phoenix, AZ 85062-2906
14544656*        +Amcore Bank,    1033 W. Van Buren St.,    Suite 1000,    Chicago, IL 60607-3356
14544657*         American Express,    PO Box 0001,    Los Angeles, CA 90096-0001
14553890*        +Apex,    7801 E Gray Road,    Scottsdale, AZ 85260-6968
14553891*        +Arizona Misting Systems,    4606 E Tumbleweed Dr,    Cave Creek, AZ 85331-4048
14553892*        +Bank of America,    Real Estate Managed Assets,    201 E Washington St,    Phoenix, AZ 85004-2428
14544665*        +Bank of Lincolnwood,    4433 West Touhy Avenue,    Lincolnwood, IL 60712-1878
14544666*        +Bennett, Sharron,    1060 N Farnsworth Ave, #1308,     Aurora, IL 60505-2165
14544667*        +Blackmon, Annette,    8329 E McDonald Drive,    Scottsdale, AZ 85250-6219
14544674*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Mastercard,     PO Box 6000,    The Lakes, NV 89163)
14544668*        +Cannon, George,    3123 W Redbird Rd,    Phoenix, AZ 85083-5817
14544669*        +Chapman, Althea,    2N625 Morton Road,    West Chicago, IL 60185-1511
```

```
District/off: 0752-1          User: ccabrales             Page 4 of 6                  Date Rcvd: Nov 14, 2014
                              Form ID: pdf006             Total Noticed: 169


              ***** BYPASSED RECIPIENTS (continued) *****
14544670*       Chase Card Services,    PO Box 15153,    Wilmington, DE 19886-5153
14544671*      +Chase Home Finance,    PO Box 24696,    Columbus, OH 43224-0696
14544673*      +Cifilia, Dan,    5080 S McClelland Drive,    Chandler, AZ 85248-6040
14544675*       City of Phoenix,    PO 29665,   Phoenix, AZ 85038-9663
14544676*      +Cole Taylor Bank,    9550 W. Higgins Rd,    Rosemont, IL 60018-4907
14544678*      +ComEd,    c/o Registered Agent - Veronica Gomez,    10 S. Dearborn Street, 49th Floor,
                 Chicago, IL 60603-2300
14544677*       Comcast,    155 Industrial Drive,    Elmhurst, IL 60126-1618
14544679*       Cox Communications,    PO Box 78071,    Phoenix, AZ 85062-8071
14553895*      +Creative Elegance Millworks,    2465 S 19th Ave, Ste D-9,    Phoenix, AZ 85009-6955
14544682*      +Cuitino, Paul,    7000 N Odell Ave,    Chicago, IL 60631-1039
14553896*      +Custom Systems Integration,    10317 N Scottsdale Road,    Scottsdale, AZ 85253-4527
14544684*      +Deckleman, Clarence,    443 Huntsbridge Road,    Matteson, IL 60443-2154
14337447*       Department of the Treasury,    Internal Revenue Service,    POB 7346,
                 Phildelphia, PA 19101-7346
14553897*      +Dew's Fire Protection,    7706 E Acoma #4,    Scottsdale, AZ 85260-2961
14553898*      +Dunn-Rite Plumbing,    17404 N 70th Lane,    Glendale, AZ 85308-8411
14553899*      +Fiber Creations of Arizona,    2142 E Jefferson,    Phoenix, AZ 85034-2529
14544692*      +Fitz, Andrew S.,    2023 W Iowa #1F,    Chicago, IL 60622-5893
14544693*      +Flagg Creek Water Reclamation District,    7001 N. Frontage Road,    Burr Ridge, IL 60527-5788
14544694*      +Gentile, H. Tony,    713 65th St,    Downers Grove, IL 60516-2941
14544695*      +Giocomelli, John P.,    865 Fieldside Lane,    Aurora, IL 60504-5944
14544696*      +Guaranty Bank,    8333 Douglas Avenue,    Dallas, TX 75225-6581
14544697*      +Hersey, Aerni, & Associates, LLC,    5025 S. Ash Ave. B3,    Tempe, AZ 85282-6840
14693556*      +Illinois Department of Employment Security,    33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14544700*       Illinois Dept of Employment Security,    PO Box 19300,    Springfield, IL 62794-9300
18771131*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14544703*      +Jacobs, Jason,    1919 S Wolf Road, #203,    Hillside, IL 60162-2137
14544704*      +Jandak, Susan,    25 Kane Court,    Willowbrook, IL 60527-2262
14544705*      +Jim Hannon,    2215 York Rd,    Suite 414,    Oak Brook, IL 60523-4012
14544706*      +Jock, Jennifer,    18844 S Chestnut,    Shorewood, IL 60404-6017
14544707*      +Key Bank,    8117 Preston Rd.,    Suite 440,    Dallas, TX 75225-6324
14544708*      +Khan, Shabana,    15 East Maple St. Apt 1C,    Lombard, IL 60148-2646
14544711*      +LaPlant, Roberta,    4530 Heron Drive,    Lake in the Hills, IL 60156-1067
14544710*      +Lady's Work Cleaning Co.,    4311 N. 18th St.,    Phoenix, AZ 85016-5404
14544713*      +Lombardo, Kelly,    10714 S Keating Avenue, Unit 2,    Oak Lawn, IL 60453-5592
14544716*      +MBC CIX, LLC,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5202
14544717*      +MBC CVI, LLC,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14544718*      +MBC CVII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5202
14544719*      +MBC III,    1801 Meyers Road,    Oakbrook Terrace, IL 60181-5242
14544720*      +MBC V,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5202
14544721*      +MBC VII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14544722*      +MBC VIII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14544723*      +MBC X,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14544724*      +MBC XII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14544725*      +MBC XIV,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14544726*      +MBC XIX,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14544727*      +MBC XX,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5202
14544728*      +MBC XXIV,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14544729*      +MBC XXVII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14544730*      +MBC XXVIII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14544731*      +MBC XXXVIII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5242
14544732*      +McGurn, Michael,    3112 Village Green Dr.,    Aurora, IL 60504-7253
14544733*      +Midwest Bank and Trust,    1545 Ellinwood,    Des Plaines, IL 60016-4505
14544735*      +Miszkowicz, Mark L.,    41508 N Cedar Chase Road,    Anthem, AZ 85086-1068
14544739*      +Montalbano Jr., Anthony,    5603 Sherman Avenue,    Downers Grove, IL 60516-1163
14544740*      +Montalbano, Michele,    2361 Reflections Drive,    Aurora, IL 60502-7312
14544741*      +Morris, Timothy D.,    7791 E Osborn Road, #173E,    Scottsdale, AZ 85251-8480
14544742*      +Murray, Julie A.,    6709 Patton Drive,    Woodridge, IL 60517-1421
14544743*      +Native Resources International, Inc.,    1540 W. Happy Valley Rd.,    Phoenix, AZ 85085-2008
14544744*      +Nicor Gas,    PO Box 2020,    Aurora, IL 60507-2020
14544745*      +OREO Corp.,    127 Public Square,    Cleveland, OH 44114-1306
14544746*      +Orozco, Armando,    2155 Gray Hawk Drive,    Aurora, IL 60503-5436
14544747*      +Palos Bank,    12600 S. Harlem Ave.,    Palos Heights, IL 60463-1491
14544748*      +Paves, Gwen,    67 Ruffled Feathers,    Lemont, IL 60439-7753
14544749*      +Platkowski, Pawel,    3120 N 78th Ave,    Elmwood Park, IL 60707-1009
14544750*      +Possidoni, John A.,    1928 55th Place,    Downers Grove, IL 60515-4435
14544751*      +RBC Builder Finance,    9137 S. Ridgeline Blvd.,    Suite 140,    Highland Ranch, CO 80129-2394
14544752*      +RBC Builder Finance,    11011 Richmond Avenue,    8th Fl.,    Houston, TX 77042-6792
14544753*      +RBC Centura,    9137 S. Ridgeline Blvd.,    Suite 140,    Highland Ranch, CO 80129-2394
14544754*      +Rizzo, Robert A.,    205 John Drive,    Bartlett, IL 60103-8613
14544755*       Roppolo, Raymond R.,    15409 Abbey Lane,    Lockport, IL 60441
14544756*      +Sapienza, Thomas,    512 Rosebush Lane,    Oswego, IL 60543-8265
14544758*      +Shaw, Jeffery,    7623 Oakdale Avenue,    Hammond, IN 46324-3016
14544759*      +Shoemaker, Carmen,    5645 S 42nd Street,    Phoenix, AZ 85040-9079
14544761*      +Smyth, Michael,    977 Elm Court,    Naperville, IL 60540-0345
14544762*      +Sonoran Pest Control, LLC,    14700 N. Frank Lloyd Wright Blvd,    Suite 157,
                 Scottsdale, AZ 85260-2046
```

```
District/off: 0752-1          User: ccabrales            Page 5 of 6                  Date Rcvd: Nov 14, 2014
                              Form ID: pdf006            Total Noticed: 169


              ***** BYPASSED RECIPIENTS (continued) *****
14544764*      +Sunwest Painting, LLC,    4300 E. Stottler Dr,    Gilbert, AZ 85296-1560
14544765*      +Todd, Jared,    8204 Kensington Lane,    Hanover Park, IL 60133-2339
14544766*      +Town Community Bank,    41412 North Highway 83,    Antioch, IL 60002-1907
14544767*       U.S. Bank National Association,     Special Assets Group,    777 W. Wisconsin Ave.,    MK-WI-J5N,
                 Milwaukee, WI 53202
14544768*      +Van Zuidam, Brenda,    26W066 Hazel Lane,    Wheaton, IL 60187-2912
14544769*      +Vanderzanden, Jim,    17609 S Alta Court,    Lockport, IL 60441-4698
14544770*       Village of Oak Brook Water Department,     1200 Oak Brook Rd,    Oak Brook, IL 60523-2255
14544772*      +Wenzel, Michael R.,    707 E Clarendon Avenue,    Arlington Heights, IL 60004-4903
14544773*      +Williams, Robert W.,    42204 N Stonemark Drive,    Anthem, AZ 85086-1032
14544774*      +Wilmore, Marilyn,    787 Poppy Lane,    Bartlett, IL 60103-5768
14544775*      +Wm. Ross Nelson,    4222 E. McLellan Rd,    #17,    Mesa, AZ 85205-3119
14337422      ##+Alliance Professional Moving and Storage,     PO Box 20272,    Phoenix, AZ 85036-0272
14337427      ##+Architecture Plus,    9002 N. Central,    Phoenix, AZ 85020-2405
14544661      ##+Architecture Plus, Ltd.,    9002 N. Central Ave.,    Phoenix, AZ 85020-2405
22454535      ##+Baldi Berg & Wallace, Ltd.,    19 S. LaSalle Street, Suite 1500,     Chicago IL 60603-1413
17535186      ##+First Bank,    Attn Charlie Kepner, Spec Asset Mngr,     1699 Wall St, #500,
                 Mount Prospect, IL 60056-5787
22454534      ##+Joseph A. Baldi, Trustee,    Baldi Berg & Wallace, Ltd.,    19 S. LaSalle Street, Suite 1500,
                 Chicago IL 60603-1413
14544712      ##+Lifetime Electrical Contractors, Inc.,     244 E. Joseph Way,    Gilbert, AZ 85295-1408
14337470      ##+MBC CIX, LLC,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5202
14337472      ##+MBC CVII,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5202
14337481      ##+MBC XX,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5202
14544736      ##+Montalbano Builders of Arizona, Inc.,     1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5202
14544737      ##+Montalbano Builders, Inc.,    1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5202
14544738      ##+Montalbano Homes of Arizona, Inc.,     1801 S. Meyers Road,    Oakbrook Terrace, IL 60181-5202
14337508      ##+Select Build,    7777 N. 70th Ave,    Glendale, AZ 85303-1334
14544757      ##+Selectbuild Arizona, LLC,    7777 N. 70th Ave,    Glendale, AZ 85303-1334
17535747      ##+Thomas & Lori A Hoeft,    608 Glen Ridge,    Crystal Lake, IL 60014-1301
14337524      ##+Wm. Ross Nelson,    4222 E. McLellan Rd,    #17,    Mesa, AZ 85205-3119
                                                                                              TOTALS: 1, * 98, ## 17
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2014                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2014 at the address(es) listed below:
          Aaron Davis    on behalf of Creditor    RBC Real Estate Finance Inc. as successor and assignee of
           RBC Bank (USA) f/k/a RBC Centura Bank aaron.davis@bryancave.com,
            CHDocketing@bryancave.com;kathryn.flaherty@bryancave.com;thomas.schell@bryancave.com
          Alex Darcy    on behalf of Creditor    Lyon Financial Services, Inc. d/b/a US Bancorp Business
           Equipment Finance Group adarcy@askounisdarcy.com
          Brian Raynor    on behalf of Creditor    MB Financial Bank, N.A. braynor@lockelord.com,
           docket@lockelord.com
          Courtney E Barr    on behalf of Creditor    MB Financial Bank, N.A. cbarr@lockelord.com,
           chicagodocket@lockelord.com;pwilliams@lockelord.com
          D R Edwards    on behalf of Creditor    SA Group Properties, Inc. dredwards@ggulaw.com
          Danielle Juhle    on behalf of Creditor    Cole Taylor Bank danielle.juhle@goldbergkohn.com,
           kristina.bunker@goldbergkohn.com
          Donna B Wallace    on behalf of Attorney    Baldi Berg & Wallace Ltd dbwallace@ameritech.net
          Edward P. Freud    on behalf of Creditor    Republic Bank of Chicago epfreud@rfbnlaw.com
          Eleonora Khazanova    on behalf of Creditor    U.S. Bank, National Association
           ekhazanova@askounisdarcy.com
```

```
District/off: 0752-1           User: ccabrales              Page 6 of 6                  Date Rcvd: Nov 14, 2014
                               Form ID: pdf006              Total Noticed: 169
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Eleonora  Khazanova    on behalf of Creditor    Lyon Financial Services, Inc. d/b/a US Bancorp Business Equipment Finance Group ekhazanova@askounisdarcy.com
          Eric S. Prezant    on behalf of Creditor    RBC Real Estate Finance Inc. as successor and assignee of RBC Bank (USA) f/k/a RBC Centura Bank eric.prezant@bryancave.com
          Fred R Harbecke    on behalf of Creditor    First Bank fredrharbecke@sbcglobal.net
          Henry B. Merens    on behalf of Debtor Anthony P. Montalbano, Sr. hbm@ag-ltd.com
          Howard L. Adelman    on behalf of Debtor Anthony P. Montalbano, Sr. hla@ag-ltd.com
          James B. Sowka    on behalf of Creditor    Bank of America, N.A., successor by merger to Countrywide Bank, FSB jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
          Jason R. Sleezer    on behalf of Creditor    First American Bank, as successor in interest to Town Community Bank and Trust jsleezer@skcounsel.com, rybarra@skcounsel.com
          Joseph A Baldi    on behalf of Attorney    Baldi Berg & Wallace Ltd jabaldi@baldiberg.com, jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Accountant    Frost Ruttenberg & Rothblatt PC jabaldi@baldiberg.com, jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Attorney Joseph A Baldi jabaldi@baldiberg.com, jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Spec. Counsel Michael  McGurn jabaldi@baldiberg.com, jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com, jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Accountant    Frost Ruttenberg & Rothblatt PC jabaldi@baldiberg.com, jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com, jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@ameritech.net, jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
          Kathryn  Gleason    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
          Kenneth S GoodSmith    on behalf of Creditor    SA Group Properties, Inc. kgoodsmith@ggulaw.com
          Kenneth S GoodSmith    on behalf of Creditor    U.S. Bank, National Association kgoodsmith@ggulaw.com
          Kurt M Carlson    on behalf of Creditor    First Midwest Bank kcarlson@carlsondash.com, knoonan@carlsondash.com
          Leslie Allen Bayles    on behalf of Creditor    RBC Real Estate Finance Inc. as successor and assignee of RBC Bank (USA) f/k/a RBC Centura Bank leslie.bayles@bryancave.com
          Lydia  Bueschel    on behalf of Creditor    Federal Deposit Insurance Corporation as Receiver for Town Community Bank and Trust lbueschel@robinsoncurley.com
          Martin J. Weisenburger    on behalf of Creditor Steeplechase Partners LLC martt1@softhome.net
          Megan A Drefchinski    on behalf of Attorney    The Bank of Commerce mdrefchinski@collinslaw.com, ktaylor@collinslaw.com
          Michael A Axel    on behalf of Creditor    OREO Corp michael_axel@keybank.com, maaxel2003@yahoo.com
          Miles V Cohen    on behalf of Creditor    First American Bank, as successor in interest to Town Community Bank and Trust mcohen@skcounsel.com
          Patrick F Ross    on behalf of Creditor    Harris N.A., Assignee pfross@uhlaw.com, kburde@uhlaw.com;rjanczak@uhlaw.com;sbmiller@uhlaw.com;jtruskusky@uhlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard C Jones    on behalf of Creditor    Republic Bank of Chicago rjones@rjoneslaw.com
          Richard L Hirsh    on behalf of Creditor Thomas  Sapienza richala@sbcglobal.net, rlhpc2@sbcglobal.net
          Richard L Hirsh    on behalf of Spec. Counsel Michael  McGurn richala@sbcglobal.net, rlhpc2@sbcglobal.net
          Richard L Hirsh    on behalf of Interested Party Susan  Montalbano richala@sbcglobal.net, rlhpc2@sbcglobal.net
          Ronald  Barliant    on behalf of Creditor    Cole Taylor Bank ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
          Ryan O. Lawlor    on behalf of Creditor    Signature Bank Ryan.Lawlor@bryancave.com
          Steven A Levy    on behalf of Creditor    Cole Taylor Bank steven.levy@goldbergkohn.com, bonnie.maciejewski@goldbergkohn.com
          Steven B Chaiken    on behalf of Debtor Anthony P. Montalbano, Sr. schaiken@ag-ltd.com, lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Attorney Steven B Chaiken schaiken@ag-ltd.com, lhope@ag-ltd.com
          Steven B Chaiken    on behalf of Attorney    Adelman & Gettleman, Ltd. schaiken@ag-ltd.com, lhope@ag-ltd.com
          Thomas A. Brown    on behalf of Creditor    Palos Bank and Trust Company tabsbltd@aol.com
          William W Thorsness    on behalf of Creditor    Signature Bank wthorsness@vedderprice.com, ecfdocket@vedderprice.com;ahesla@vedderprice.com

                                                                                                                                  TOTAL: 49