UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-30477 |
| Anthony P. Montalbano, Sr. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

**Order Awarding Final Trustee Compensation**

    THIS MATTER BEING HEARD on the First and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi, as Chapter 7 Trustee, notice having been given, and the Court being duly advised:

    IT IS HEREBY ORDERED that the Joseph A. Baldi, as Chapter 7 Trustee ("Trustee") is allowed final compensation in the amount of $150,000.00;

    IT IS FURTHER ORDERED that the Trustee is authorized to pay the amount awarded from the estate funds as part of his final distribution in this case.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  December 10, 2014

**Prepared by:**

Joseph A. Baldi
Attorney I.D. No. 00100145
20 N. Clark St.   Suite 200
Chicago, IL  60602
(312) 726-8150