UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-30477 |
| Anthony P. Montalbano, Sr. | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

**Order Awarding Final Compensation and Expenses to Frost Ruttenberg & Rothblatt, P.C.**

  THIS MATTER COMING ON TO BE HEARD on the Eighth and Final Application of Frost Ruttenberg & Rothblatt, P.C. ("FRR") as the Debtor's Accountant for Allowance and Payment of Compensation and Reimbursement of Expenses ("Application"), notice having been given, and the Court being duly advised in the premises:

IT IS HEREBY ORDERED:

 1. FFR is allowed final compensation in the amount of $10,333.30 for professional services rendered to the Trustee from September 1, 2013 – September 29, 2014;

 2. FFR is allowed reimbursement in the amount of $414.87 for its expenses incurred in connection with such services;

 3. The Trustee is authorized to pay to FFR the amounts allowed in paragraphs 1 and 2 of this Order as part of the Trustee's final distribution in this case.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: December 10, 2014

**Prepared by:**

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL 60602
312-726-8150