UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09bk30477 |
| ANTHONY P. MONTALBANO, SR. ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO BALDI BERG, LTD., ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 12,173.00 | TOTAL COSTS REQUESTED: | $ 109.67 |
| TOTAL FEES REDUCED: | $ 184.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 11,988.50 | TOTAL COSTS ALLOWED: | $ 109.67 |

**TOTAL FEES AND COSTS ALLOWED: $ 12,098.17**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

All amounts previously awarded and paid to Baldi Berg, Ltd. as interim compensation and expense reimbursement shall be deemed final allowances.

**(1)    Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 184.50**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: December 10, 2014

_____
Timothy A. Barnes
United States Bankruptcy Judge

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:   (312) 470-6323

FEIN: 36-4352753

### Invoice submitted to:

September 26, 2014
Invoice No:   02516

Joseph A. Baldi, trustee
Baldi Berg, Ltd
20 N. Clark Street, Suite 200
Chicago, IL 60602

## Consolidated Summary

|  | Hours | Fees | Expenses | Total Charges |
|---|---|---|---|---|
| *Montalbano - General Administration* | | | | |
|  | 4.80 | $1,447.50 | $0.00 | $1,447.50 |
| *Montalbano - Fee Applications* | | | | |
|  | 18.80 | $4,390.50 | $0.00 | $4,390.50 |
| *Montalbano - Tax Matters* | | | | |
|  | 22.90 | $6,335.00 | $109.67 | $6,444.67 |
| TOTALS | 46.50 | $12,173.00 | $109.67 | $12,282.67 |

## Baldi Berg, Ltd

Montalbano - General Administration

9/26/2014

Page 2

**In Reference to:** *Montalbano - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/22/2013 | ECB | Teleconference with Police Chief Medema regarding Cortland IL property and inquiry into Bankruptcy Estate's interest in same (.1) Memo to Trustee re same (.2) Investigate disposition of property (.1) Additional teleconference with Chief Medema to advise of deed in lieu and Trustee's consent to removal of trailers (.1) | 0.50 $325.00/ hr | $162.50 |
| 7/22/2013 | JDL | Review documents for Cortland property DIL re: calls from police re: trailers on property. | 0.10 $250.00/ hr | $25.00 |
| 10/01/2013 | JMM | Consult w/ JAB & JDL re: Montalbano Service List (.2), Reviewed Claims Register and compared to current service list (.7), Serve Notice of Accountant Fee App on 10 Creditors (.3) | 1.20 $175.00/ hr | $210.00 |
| 10/16/2013 | JDL | Draft motion to limit notice. | 0.80 $250.00/ hr | $200.00 |
| 10/17/2013 | JDL | Finalize motion to limit notice. | 0.50 $250.00/ hr | $125.00 |
| 12/17/2013 | JDL | Conference w/ JAB re: status of claims, S. Montalbano claim. | 0.20 $250.00/ hr | $50.00 |
| 3/19/2014 | JAB | Telephone call from Illinois AG re environmental suit in Cortland, liability of MBC XIV. Review land records re deed in lieu, recording. Forward DIL to AG for review. Review land records re ownership of adjacent parcels by related entities. Email to McGurn re same. | 1.50 $450.00/ hr | $675.00 |

(1) Lumping — annotation next to 3/19/2014 entry

|  |  |
|---|---|
| Total Fees | $1,447.50 |
| Total New Charges | $1,447.50 |

# Baldi Berg, Ltd

9/26/2014

Montalbano - General Administration

Page   3

Balance Due   $1,447.50

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.50 | $325.00 |
| Joseph A Baldi | 1.50 | $450.00 |
| Julia D Loper | 1.60 | $250.00 |
| Jason M Manola | 1.20 | $175.00 |

# Baldi Berg, Ltd

9/26/2014

Montalbano - Fee Applications

Page 4

**In Reference to:** *Montalbano - Fee Applications*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 4/29/2013 | RKP | Prepare exhibits to second interim fee application for BBW including recapitulation (.2); time detail/statement of services (2.0); prepare coversheet (.3); further draft 2nd interim fee application (.5). | 3.00<br>$195.00/hr | $585.00 |
| 4/30/2013 | RKP | Prepare final invoice for attachment to BBW 2nd interim fee application | 0.80<br>$195.00/hr | $156.00 |
| 5/06/2013 | JMM | Served Notice of 2nd Interim BBW Fee App on 59 Creditors (1.0) | 1.00<br>$175.00/hr | $175.00 |
| 5/06/2013 | RKP | Draft proposed order (.1); phone conversation with J. Baldi re: 2nd interim fee application (.1). | 0.20<br>$195.00/hr | $39.00 |
| 5/29/2013 | JAB | Prepare for and attend hearing on fee application, granting of same. | 0.50<br>$450.00/hr | $225.00 |
| 9/06/2013 | JDL | Respond to account email re: most recent fee application. | 0.10<br>$250.00/hr | $25.00 |
| 9/13/2013 | JDL | Telephone call from Tim at FRR re: fee application time entries. (.2) Email to T. Crosby re: same (.1) | 0.30<br>$250.00/hr | $75.00 |
| 9/26/2013 | JDL | Review draft fee application for 7th FRR fees and expenses (.4) Conference w/ JAB re: same (.1) | 0.50<br>$250.00/hr | $125.00 |
| 9/27/2013 | JDL | Revise FRR 7th interim fee application (.4) Draft 2002 notice, notice of motion, coversheet, proposed order re: FRR 7th fee application (1.3) Email to T. Crosby re: execution of affidavit re: same (.1) | 1.80<br>$250.00/hr | $450.00 |

**Baldi Berg, Ltd**                                                                        9/26/2014

Montalbano - Fee Applications                                                     Page    5

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 10/01/2013 | JDL | Conference w/ JAB and JMM re: limiting service for fee application and future motions. (.3) Finalize fee application for 7th FRR (.8) | 1.10<br>$250.00/ hr | $275.00 |
| 10/23/2013 | JAB | Prepare for and attend hearing on Fee application for FRR - accountants AND motion to limit notice(Barnes) | 0.60<br>$450.00/ hr | $270.00 |
| 9/23/2014 | RKP | Edit time detail in preparation of final fee application (1.4); draft coversheet to fee application (.3); prepare recapitulation of time (.2); draft affidavit (.2); draft final fee application (2.4); prepare proposed order (.3). | 4.80<br>$195.00/ hr | $936.00 |
| 9/25/2014 | RKP | Finalize draft BB Fee Application (2.5); compile exhibits in support (.5); email to J. Baldi re: same (.1) | 3.10<br>$195.00/ hr | $604.50 |
| 9/27/2014 | JAB | Review and edit BB Final Fee Application | 1.00<br>$450.00/ hr | $450.00 |

|  |  |
|---|---|
| Total Fees | $4,390.50 |
| Total New Charges | $4,390.50 |
| Balance Due | $4,390.50 |

***Timekeeper Summary***

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 2.10 | $450.00 |
| Julia D Loper | 3.80 | $250.00 |
| Jason M Manola | 1.00 | $175.00 |
| Ricki K Podorovsky | 11.90 | $195.00 |

**Baldi Berg, Ltd**                                                                              9/26/2014

Montalbano - Tax Matters                                                                     Page    6

In Reference to:   *Montalbano - Tax Matters*

## *Professional Services*

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 7/29/2013 | JAB | Review tax payments for wage claims, forward information to accountant for returns. | 0.50<br>$450.00/hr | $225.00 |
| 7/31/2013 | JMM | Review Federal Form 941 & Instructions (.2), Review IL Form 941 & Instructions (.2), Draft Letter to IDOR re: 2013 - 2nd Quarter Payment (.5), Draft Letter to IRS re: 2013 - 2nd Quarter Payment (.5) | 1.40<br>$175.00/hr | $245.00 |
| 8/06/2013 | JMM | Make 2 sets of copies of 04, 05, 06 Tax Returns (.2), Consult w/ JAB re: Amended Tax Returns (.1), Drafted Letter to IDOR re: 2004 - 06 Amended Tax Return (.5), Drafted Prompt Determination Letter to IDOR re - 2004 Amended Tax Return (.4) Drafted Prompt Determination Letter to IDOR re - 2005 Amended Tax Return (.4), Drafted Prompt Determination Letter to IDOR re - 2006 Amended Tax Return (.4), Drafted (2nd) Prompt Determination Letter to IDOR re - 2006 Amended Tax Return (.4) | 2.40<br>$175.00/hr | $420.00 |
| 9/09/2013 | JMM | Draft Letter to IRS re: 2012 Tax Return Filing (.5), Draft Letter to IDOR re: 2012 Tax Return (.5), Draft Letter to AZ Dept. of Revenue re: 2012 Tax Return (.5), Draft Prompt Determination Letter to IRS (.3), Draft Prompt Determination Letter to IDOR (.3), Draft Prompt Determination to AZ Dept. of Revenue (.3) | 2.40<br>$175.00/hr | $420.00 |
| 11/01/2013 | JMM | Review Federal Form 941 & Instructions (.2), Review IL Form 941 & Instructions (.2), Draft Letter to IDOR re: 2013 - 2nd Quarter Payment (.5), Draft Letter to IRS re: 2013 - 2nd Quarter Payment (.5) | 1.40<br>$175.00/hr | $245.00 |
| 11/14/2013 | JMM | Prepared 2005 & 2010 IL Form 1065 for service on IDOR (.4) | 0.40<br>$175.00/hr | $70.00 |

**Baldi Berg, Ltd**                  9/26/2014

Montalbano - Tax Matters            Page 7

| | Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|---|
| | 12/11/2013 | JAB | Telephone call from accountant re IDOR request for signature on tax returns, review returns. | 0.40<br>$450.00/ hr | $180.00 |
| | 1/17/2014 | JMM | Cut checks for 1st and 2nd Quarter Wage Reporting (.2), Draft Letter to James Newbold re: same (.5) | 0.70<br>$175.00/ hr | $122.50 |
| | 1/30/2014 | JMM | Cut check for 2013 FUTA Balance Due (.1), Send check via certified mail (.1) | 0.20<br>$175.00/ hr | $35.00 |
| | 3/03/2014 | JMM | Review email from Juanito re: Forms UI-1 and UI-1 S&P (.2), Search for documents (.1), Review and draft UI-1 (.7), Review and draft UI-1 S&P (.5) | 1.50<br>$175.00/ hr | $262.50 |
| | 3/27/2014 | JAB | Teleconference with IDES regarding status of employment taxes paid by estate, registration with IDES. | 0.50<br>$450.00/ hr | $225.00 |
| (1) Lumping | 4/07/2014 | JAB | <u>Teleconference with AG Newbold re tax returns, claim for refund, notice of final tax due. Review returns filed, dates and notices received regarding disallowance of claims. Review 505 requests and amended returns. Teleconference with Wintersteen re communications with IDOR, obtaining tax transcript, preparing time line for returns and amounts claimed.</u> | <u>2.00</u><br><u>$450.00/ hr</u> | <u>$900.00</u> |
| | 4/08/2014 | JMM | Review IDES 2014 Quarterly Contribution and Wage Reports, 2014 Contribute Rate, 2013 Contribute Rate Report (.4), Mark for JAB follow-up (.1) | 0.50<br>$175.00/ hr | $87.50 |
| | 5/02/2014 | JAB | Review IDOR proof of claim, review and compare to amended tax returns. (.5) Teleconference with Ill AG re status of claims, ways to resolve issues. (.3) Teleconference with Wintersteen re time line preparation, negotiations with IDOR, follow up. (.3) | 1.10<br>$450.00/ hr | $495.00 |
| | 5/12/2014 | JAB | Review time line, review claims for refund. (.5) Teleconference with S Chaiken re 505 motion, liability of debtor, jointly pursuing relief. (.5) | 1.00<br>$450.00/ hr | $450.00 |

**Baldi Berg, Ltd**                                                                                                9/26/2014

Montalbano - Tax Matters                                                                                    Page    8

| | Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| | 6/05/2014 | JMM | Draft Letter to IRS re: 2013 Tax Return Filing (.5), Draft Letter to IDOR re: 2013 Tax Return (.5), Draft Letter to AZ Dept. of Revenue re: 2013 Tax Return (.5), Draft Prompt Determination Letter to IRS (.3), Draft Prompt Determination Letter to IDOR (.3), Draft Prompt Determination to AZ Dept. of Revenue (.3) | 2.40 $175.00/hr | $420.00 |
| (1) Lumping | 6/26/2014 | JAB | <u>Telephone call from accountant re acceptance of returns as filed by IDOR. Telephone call to IAG to verify same.</u> | 0.60 $450.00/hr | $270.00 |
| | 8/26/2014 | JAB | Prepare and Forward claim for refund to IDES. | 1.00 $450.00/hr | $450.00 |
| | 9/09/2014 | ECB | Review case docket (.8) and analyze compensation orders (.7) and prepare estimates for final professional fees deductible under Estate's final return (.4) Teleconference with Trustee to confirm same (.2) Prep email to estate's accountant S. Wintersteen re preparation of 2014 tax returns (.3) | 2.40 $325.00/hr | $780.00 |
| | 9/10/2014 | ECB | Review Accountant memo re scheduling completion of fina returns (1.) | 0.10 $325.00/hr | $32.50 |

                                                                                                Total Fees    $6,335.00

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 8/06/2013 | Letters sent via certified mail & return receipt: 1.) 2004 - 06 Amended Tax Return Letter to IDOR ($10.90) + Prompt Determination Letter to IDOR re - 2004 Amended Tax Return ($7.17) + Prompt Determination Letter to IDOR re - 2005 Amended Tax Return ($7.17) + Prompt Determination Letter to IDOR re - 2006 Amended Tax Return ($7.37) + (2nd) Prompt Determination Letter to IDOR re - 2006 Amended Tax Return ($7.17) = | 1.00 @ /each | $39.78 |

## Baldi Berg, Ltd

Montalbano - Tax Matters

9/26/2014

Page 9

| Date | Description | Qty | Amount |
|---|---|---|---|
| 9/09/2013 | 2012 Estate Tax Returns: Filing Letter to IRS ($7.17) + Prompt Determination Letter to IRS ($7.17) + Filing Letter to AZ Dept of Revenue ($6.77) + Prompt Determination Letter to AZ Dept of Revenue ($6.77) + Filing Letter to IDOR ($6.77) + Prompt Determination Letter to IDOR ($6.77) | 1.00 @ /each | $41.42 |
| 1/30/2014 | 2013 - Form 940 FUTA - Check and Tax Return sent via Certified Mail ($6.48) | 1.00 @ /each | $6.48 |
| 6/05/2014 | 2013 IL Form 1041 - Tax Return sent via certified mail to IDOR ($7.19) + 2013 Form 1041 - US Tax Return sent via certified mail to IRS ($7.61) + 2013 AZ Form 141 - Tax Return sent via certified mail to AZ Dept. of Revenue ($7.19) = $21.99 | 1.00 @ /each | $21.99 |

Total Expenses            $109.67

Total New Charges         $6,444.67

Balance Due               $6,444.67

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 2.50 | $325.00 |
| Joseph A Baldi | 7.10 | $450.00 |
| Jason M Manola | 13.30 | $175.00 |