# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                  §
                                        §
MONTALBANO SR., ANTHONY P.              §        Case No. 09-30477
                                        §
            Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $                   from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on          , and it was converted to chapter 7 on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jim Hannon | | | | | |
| | MB Financial Bank | | | | | |
| | MB Financial Bank | | | | | |
| 000016 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000035A | BANK OF COMMERCE | | | | | |
| 000043 | FIRST AMERICAN BANK A/S/T TOWN COMM | | | | | |
| 000042A | LYON FINANCIAL SERVICES, INC. D/B/A | | | | | |
| 000014 | PALOS BANK AND TRUST COMPANY | | | | | |
| 000015 | PALOS BANK AND TRUST COMPANY | | | | | |
| 000037A | REPUBLIC BANK OF CHICAGO | | | | | |
| 000041A | REPUBLIC BANK OF CHICAGO | | | | | |
| 000032 | STEEPLECHASE PARTNERS LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| GLOBAL SURETY, LLC | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| DIRECTOR OF EMPLOYMENT SECURITY | | | | | |
| IDES - ACCOUNTING | | | | | |
| INTERNAL REVENUE SERVICE - (CIN) | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE. LTD | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG. LTD | | | | | |
| FROST RUTTENBERG & ROTHBLATT, P.C. | | | | | |
| FROST RUTTENBERG & ROTHBLATT, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| BALDI BERG & WALLACE. LTD | | | | | |
| BALDI BERG & WALLACE. LTD | | | | | |
| MICHAEL MCGURN | | | | | |
| ADELMAN & GETTLEMAN | | | | | |
| MICHAEL MCGURN | | | | | |
| ADELMAN & GETTLEMAN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FROST RUTTENBERG & ROTHBLATT, P.C. | | | | | |
| FROST RUTTENBERG & ROTHBLATT, P.C. | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A. Fitz | | | | | |
| | A. Orozco | | | | | |
| | C. Deckleman | | | | | |
| | C. Shoemaker | | | | | |
| | J. Jacobs | | | | | |
| | J. Shaw | | | | | |
| | J. Todd | | | | | |
| | M. Smyth | | | | | |
| | M. Wilmore | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | P. Cuitino |  |  |  |  |  |
|  | P. Platkowski |  |  |  |  |  |
|  | R. LaPlant |  |  |  |  |  |
|  | S. Bennett |  |  |  |  |  |
|  | S. Jandak |  |  |  |  |  |
|  | S. Khan |  |  |  |  |  |
| 000011A | BLACKMON, ANNETTE |  |  |  |  |  |
| 000003A | CANNON, GEORGE |  |  |  |  |  |
| 000049 | CHAPMAN, ALTHEA |  |  |  |  |  |
| 000017 | CIFILIA, DAN |  |  |  |  |  |
| 000054 | HENRY TONY A GENTILE |  |  |  |  |  |
| W/holding | ILLINOIS DEPT. OF REVENUE |  |  |  |  |  |
| Y lj qrf lpi | INTERNAL REVENUE SERVICE - MO |  |  |  |  |  |
| 000033 | JOCK, JENNIFER |  |  |  |  |  |
| 000007 | JOHN GIOCOMELLI |  |  |  |  |  |
| 000052 | JOHN GIOCOMELLI |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | LINDA MARKEGARD | | | | | |
| 000004 | LOMBARDO, KELLY | | | | | |
| 000019 | MCGURN, MICHAEL | | | | | |
| 000001 | MISZKOWICZ, MARK L. | | | | | |
| 000053 | MONTALBANO JR., ANTHONY | | | | | |
| 000048 | MONTALBANO, MICHELE | | | | | |
| 000012 | MURRAY, JULIE A. | | | | | |
| 000006 | PAVES, GWEN | | | | | |
| 000008 | POSSIDONI, JOHN A. | | | | | |
| 000009 | RIZZO, ROBERT A. | | | | | |
| 000051 | ROPPOLO, RAYMOND R. | | | | | |
| 000018 | SAPIENZA, THOMAS | | | | | |
| 000010 | TIMOTHY D MORRIS | | | | | |
| 000050 | VAN ZUIDAM, BRENDA | | | | | |
| 000029 | VANDERZANDEN, JIM | | | | | |
| 000028 | WENZEL, MICHAEL R. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | WILLIAMS, ROBERT W. | | | | | |
| 000056 | DEPARTMENT OF THE TREASURY | | | | | |
| 000024 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000025 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| 000055 | US DEPT OF LABOR | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AA Grading & Clean up | | | | | |
| | APS | | | | | |
| | Am Ex | | | | | |
| | Amcore Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Apex | | | | | |
| | Architecture Plus, Ltd. | | | | | |
| | Arizona Misting System | | | | | |
| | Bank of Lincolnwood | | | | | |
| | Chase Card Services | | | | | |
| | Ciccio Corp. | | | | | |
| | Citibank Mastercard | | | | | |
| | City of Phoenix | | | | | |
| | Com Ed | | | | | |
| | Comcast | | | | | |
| | Cox Communication | | | | | |
| | Creative Design Lighting | | | | | |
| | Creative Elegance Milwork | | | | | |
| | Custom system Integration | | | | | |
| | Dew's Fire Protection | | | | | |
| | Dunn Rite Plumbing | | | | | |
| | Fiber Creations of Arizona | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Flagg Creek Water Rec. Dist. | | | | | |
| | Guaranty Bank | | | | | |
| | Hinsdale Bank & Trust | | | | | |
| | Howard Air | | | | | |
| | Ingram Tile & Stone | | | | | |
| | Isokem West | | | | | |
| | Kohler Pool & Spa | | | | | |
| | Lady's Work Cleaning | | | | | |
| | Lifetime Electric Cont. | | | | | |
| | Midwest Bank & Trust | | | | | |
| | Midwest Club Assoc. | | | | | |
| | Native Resource International | | | | | |
| | Nicor | | | | | |
| | Oreo Corp. | | | | | |
| | Palos | | | | | |
| | RBC Builder Fin | | | | | |
| | RBC Centura | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Selectbuild Arizona | | | | | |
| | Sonoran Pest Control | | | | | |
| | Sunwest Painting | | | | | |
| | VSP Search | | | | | |
| | Villiage of Oak Brook Water | | | | | |
| | William Ross Nelson | | | | | |
| 000023 | ACCOUNTEMPS | | | | | |
| 000040 | BANK OF AMERICA, N.A. | | | | | |
| 000035B | BANK OF COMMERCE | | | | | |
| 000034A | BAYVIEW LOAN SERVICING, LLC | | | | | |
| 000011B | BLACKMON, ANNETTE | | | | | |
| 000003B | CANNON, GEORGE | | | | | |
| 000020 | COLE TAYLOR BANK | | | | | |
| 000046 | FDIC AS RECEIVER | | | | | |
| 000031 | FIRST BANK | | | | | |
| 000027 | FIRST MIDWEST BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000044A | HARRIS N.A. | | | | | |
| 000057 | HERSEY, AERNI & ASSOCIATES | | | | | |
| 000002 | HERSEY, AERNI, & ASSOCIATES | | | | | |
| 000030 | KEYBANK NATIONAL ASSOCIATION | | | | | |
| 000034B | LAMPLIGHT CAPITAL & ASSET MANAGEMEN | | | | | |
| 000042B | LYON FINANCIAL SERVICES, INC. D/B/A | | | | | |
| 000021 | MB FINANCIAL BANK, N.A. | | | | | |
| 000034 | RBC REAL ESTATE FINANCE INC. | | | | | |
| 000037B | REPUBLIC BANK OF CHICAGO | | | | | |
| 000041B | REPUBLIC BANK OF CHICAGO | | | | | |
| 000022 | SA GROUP PROPERTIES INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000026 | SHERIE M OWENS | | | | | |
| 000038 | SIGNATURE BANK | | | | | |
| 000039 | SIGNATURE BANK | | | | | |
| 000036 | SUSAN MONTALBANO | | | | | |
| 000045 | THOMAS & LORI A HOEFT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT                                        Exhibit 8

ASSET CASES

Case No.: 09-30477                     Tr                               ustee Name: Joseph A. Baldi
Case Name: Anthony P. Montalbano, Sr.              Dat               e Filed (f) or Converted (c): 11/01/11 (c)
For Period Ending: 01/28/15                 §                        341 (a) Meeting Date: 12/08/11/
                                                                     Claims Bar Date: 03/15/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA= § 554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | Partnership Interest -GLS Hedge Fund-GLS Partnership | 256,768.40 | 177,240.10 | | 177,244.10 | FA |
| 17 | Oppenheimer Money Market Account Account x7526 | 19,005.76 | 19,026.36 | | 19,011.436 | FA |
| 18 | Tax Refunds (u) Tax refunds for carrybacks from 2008 to 2004, 2005 and 2006. Received federal refunds. | 0.00 | 1,285,119.25 | | 1,285,119.25 | FA |
| 20 | CONTINGENT CLAIMS (u) 2008 tax refunds Arizona | 200,000.00 | 719,822.35 | | 719,822.35 | FA |
| 31 | Tax Refunds (u) IL state income tax refunds for loss carrybacks; filed amended returns claiming $688,800; state of IL agreed to reduced refund | 0.00 | 688,800.00 | | 311,758.26 | FA |
| 32 | Cash from ch. 11 Trustee (u) | 12,184,776.62 | 12,184,776.62 | | 12,184,776.62 | FA |
| | Totals (excluding unknown values): | 12,660,550.78 | 13,789,669.43 | | 14,697,732.01 | |

Major Activities Affecting Case Closing:

Trustee liquidated the Estate assets including ch. 11 funds, recoverable tax refunds for loss carrybacks from IRS and state of Arizona, balance of Debtor's money market account and liquidation value for partnership interest; Trustee resolved all claims issues; Trustee made an interim distribution to creditors while he pursued recovery of a claimed tax refund from the state of Illinois for loss carrybacks; Trustee filed amended returns with the state of Illinois and negotiated for recovery of the claimed tax refund; after collecting the final tax refund issued by the state of Illinois, Trustee prepared Estate's final tax returns and prepared the TFR

Initial Projected Date of Final Report (TFR): 12/31/12          Current Projected Date of Final Report (TFR): 06/30/15

FOR RAC

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-30477 -TAD |
| Case Name: | MONTALBANO SR., ANTHONY P. |
| | |
| Taxpayer ID No: | *******6858 |
| For Period Ending: | 01/28/15 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6719  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 215,154.00 | | 215,154.00 |
| 12/30/13 | 003001 | Illinois Department of Revenue Business Processing Division PO Box 19014 Springfield, IL 62794-9014 | 2011 IL Tax Return - Late Penalty 2011 IL Tax Return - Late Penalty for business MBC XXIV, LLC | 2820-000 | | 222.20 | 214,931.80 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 123.79 | 214,808.01 |
| 01/17/14 | 003002 | DIRECTOR OF EMPLOYMENT SECURITY STATE OF ILLINOIS 33 SOUTH STATE STREET CHICAGO, IL 60603-2802 | STATE UNEMPLOYMENT TAX - WAGE CLAIM Employer's Contribution and Wage Report - 1st Quarter 2013 | 2690-000 | | 112.00 | 214,696.01 |
| 01/17/14 | 003003 | DIRECTOR OF EMPLOYMENT SECURITY STATE OF ILLINOIS 33 SOUTH STATE STREET CHICAGO, IL 60603-2802 | STATE UNEMPLOYMENT TAX - WAGE CLAIM Employer's Contribution and Wage Report - 2nd Quarter 2013 | 2690-000 | | 394.00 | 214,302.01 |
| 01/30/14 | 003004 | INTERNAL REVENUE SERVICE P.O. BOX 804521 CINCINNATI, OH 45280-4521 | 2013 FORM 940 - FUTA - BALANCE DUE | 2810-000 | | 51.79 | 214,250.22 |
| 02/05/14 | 003005 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium Payment Annual premium payment | 2300-000 | | 171.70 | 214,078.52 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 319.40 | 213,759.12 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 287.89 | 213,471.23 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 318.12 | 213,153.11 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 306.92 | 212,846.19 |
| 05/23/14 | | GLOBAL SURETY, LLC ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS, LA 70139 | REFUND: SURETY BOND | 2300-000 | | -1,189.00 | 214,035.19 |

| | | | Page Subtotals | | 215,154.00 | 1,118.81 | |

Ver: 18.03b

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-30477 -TAD | Trustee Name: | Joseph A. Baldi |
| Case Name: | MONTALBANO SR., ANTHONY P. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6719  Checking Account |
| Taxpayer ID No: | *******6858 | | |
| For Period Ending: | 01/28/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 316.95 | 213,718.24 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 307.48 | 213,410.76 |
| 08/06/14 | 31 | JUDY BAAR TOPINKA | STATE OF ILLINOIS INCOME TAX REFUND | 1224-000 | 311,758.26 | | 525,169.02 |
| | | TREASURER OF STATE OF ILLINOIS | | | | | |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 317.30 | 524,851.72 |
| * 09/25/14 | | Illinois Department of Employment Sec. | REFUND ON WAGE TAX PAYMENT | 2690-003 | | -111.73 | 524,963.45 |
| | | Accounting and Reporting | | | | | |
| | | 33 S. State Street - 10th Floor | | | | | |
| | | Chicago, IL  60603 | | | | | |
| * 10/08/14 | | Illinois Department of Employment Sec. | REFUND ON WAGE TAX PAYMENT | 2690-003 | | 111.73 | 524,851.72 |
| | | Accounting and Reporting | posted incorrectly, deposited 10/08/14 | | | | |
| | | 33 S. State Street - 10th Floor | | | | | |
| | | Chicago, IL  60603 | | | | | |
| 10/08/14 | | Illinois Department of Employment Sec. | REFUND ON WAGE TAX PAYMENT | 2690-003 | | -111.73 | 524,963.45 |
| | | Accounting and Reporting | | | | | |
| | | 33 S. State Street - 10th Floor | | | | | |
| | | Chicago, IL  60603 | | | | | |
| 12/11/14 | 003006 | Joseph A. Baldi, Trustee | Trustee Compensation | 2100-000 | | 150,000.00 | 374,963.45 |
| 12/11/14 | 003007 | Baldi Berg, Ltd. | Attorney for Trustee Fees (Trustee | 3110-000 | | 11,988.50 | 362,974.95 |
| | | 20 N. Clark Street, Ste. 200 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 12/11/14 | 003008 | Baldi Berg, Ltd. | Attorney for Trustee Expenses (Trus | 3120-000 | | 109.67 | 362,865.28 |
| | | 20 N. Clark Street, Ste. 200 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 12/11/14 | 003009 | FROST RUTTENBERG & ROTHBLATT, P.C. | Accountant for Trustee Fees (Other | | | 10,748.17 | 352,117.11 |
| | | Tim G. Crosby | | | | | |
| | | 111 S Pfingsten Rd, Suite 300 | | | | | |
| | | Deerfield, IL 60015 | | | | | |
| | | | Fees           10,333.30 | 3410-000 | | | |

| | | Page Subtotals | 311,758.26 | 173,676.34 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:      09-30477 -TAD
Case Name:   MONTALBANO SR., ANTHONY P.

Taxpayer ID No:  *******6858
For Period Ending: 01/28/15

Trustee Name:         Joseph A. Baldi
Bank Name:            Associated Bank
Account Number / CD #:   *******6719  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses          414.87 | 3420-000 | | | |
| 12/11/14 | 003010 | Cole Taylor Bank 9550 W. Higgins Rd Rosemont, IL 60018 | Claim 000020, Payment 0.35% | 7100-000 | | 12,583.13 | 339,533.98 |
| 12/11/14 | 003011 | MB Financial Bank, N.A. c/o Courtney E. Barr Locke Lord Bissell & Liddell LLP 111 S. Wacker Dr. Chicago, IL 60606 (312) 443-0700 | Claim 000021, Payment 0.35% | 7100-000 | | 7,590.79 | 331,943.19 |
| 12/11/14 | 003012 | SA Group Properties Inc GoodSmith Gregg Unruh LLP/K GoodSmith 150 S Wacker Dr, Ste 3150 Chicago, IL 60606 | Claim 000022, Payment 0.35% | 7100-000 | | 32,301.14 | 299,642.05 |
| 12/11/14 | 003013 | KeyBank National Association 127 Public Square Second Floor Cleveland, Ohio 44114-1306 | Claim 000030, Payment 0.35% | 7100-000 | | 36,029.22 | 263,612.83 |
| 12/11/14 | 003014 | First Bank c/o Fred R. Harbecke 29 S. LaSalle, Suite 945 Chicago, IL 60603 | Claim 000031, Payment 0.35% | 7100-000 | | 14,833.74 | 248,779.09 |
| 12/11/14 | 003015 | Bayview Loan Servicing, LLC Linda Conwell, Senior Asset Manager 895 W 30th Avenue Suite 202 Pompano Beach, FL 33069 | Claim 000034A, Payment 0.35% Assignee of RBC Bank claim 34, 80.5353% of remaining claim | 7100-000 | | 104,757.30 | 144,021.79 |
| 12/11/14 | 003016 | Lamplight Capital & Asset Management LLC 10375 Richmond Avenue Suite 1010 | Claim 000034B, Payment 0.35% Assignee of RBC REale Estate Finance claim 34, 19.4647% of claim | 7100-000 | | 25,318.95 | 118,702.84 |

|  |  |  | Page Subtotals | | 0.00 | 233,414.27 | |

Ver: 18.03b

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-30477  -TAD |
| Case Name: | MONTALBANO SR., ANTHONY P. |

| | |
|---|---|
| Taxpayer ID No: | *******6858 |
| For Period Ending: | 01/28/15 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6719  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Houston, TX 77042 | | | | | |
| 12/11/14 | 003017 | Bank of America, N.A. | Claim 000040, Payment 0.35% | 7100-000 | | 73,788.70 | 44,914.14 |
| | | Successor in interest to Countrywide Ban | | | | | |
| | | c/o Snell & Wilmer L.L.P. | | | | | |
| | | One Arizona Center, 400 E. Van Buren | | | | | |
| | | Phoenix, AZ 85004 | | | | | |
| 12/11/14 | 003018 | Harris N.A. | Claim 000044A, Payment 0.35% | 7100-000 | | 34,082.93 | 10,831.21 |
| | | c/0 Ungaretti Harris LLP/Patrick F Ross | | | | | |
| | | 70 W Madison St, #3500 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 12/11/14 | 003019 | FDIC as Receiver | Claim 000046, Payment 0.35% | 7100-000 | | 10,831.21 | 0.00 |
| | | of Town Community Bank and Trust | | | | | |
| | | c/o Lydia Bueschel RobinsonCurleyClayton | | | | | |
| | | 300 S. Wacker Dr., Ste. 1700 | | | | | |
| | | Chicago, IL 60606 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 526,912.26 | 526,912.26 | 0.00 |
| Less:  Bank Transfers/CD's | 215,154.00 | 0.00 | |
| Subtotal | 311,758.26 | 526,912.26 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 311,758.26 | 526,912.26 | |

Page Subtotals              0.00              118,702.84

Ver: 18.03b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 09-30477 -TAD | Trustee Name: | Joseph A. Baldi |
| Case Name: | MONTALBANO SR., ANTHONY P. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******7181 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6858 | | |
| For Period Ending: | 01/28/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | -1,091.10 |
| 11/07/11 | | Transfer from Acct #*******6933 | TRANSFER TO WRITE CHECKS | 9999-000 | 1,091.10 | | 0.00 |

|  | COLUMN TOTALS | 1,091.10 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 1,091.10 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| Net | | 0.00 | 0.00 | |

Page Subtotals 1,091.10 0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-30477 -TAD | |
| Case Name: | MONTALBANO SR., ANTHONY P. | |
| Taxpayer ID No: | *******6858 | |
| For Period Ending: | 01/28/15 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Capital One Bank |
| Account Number / CD #: | *******7863  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| * | 11/14/11 | | Transfer from Acct #*******6933 | Bank Funds Transfer | 9999-003 | 12,180,269.92 | | 12,180,269.92 |
| | | | | transfer funds on hand from chapter 11 trustee | | | | |
| | 11/15/11 | | Joseph A. Baldi, Chapter 11 trustee | Ch 11 Estate funds as of conversion | 1290-000 | 12,180,269.92 | | 24,360,539.84 |
| | | | Estate of - | | | | | |
| | | | Anthony P. Montalbano Sr., debtor | | | | | |
| * | 11/15/11 | | Reverses Transfer on 11/14/11 | Bank Funds Transfer | 9999-003 | -12,180,269.92 | | 12,180,269.92 |
| | 11/21/11 | | Joseph A. Baldi, Chapter 11 trustee | Ch 11 Estate funds as of conversion | 1290-000 | 4,506.70 | | 12,184,776.62 |
| | | | Estate of - | | | | | |
| | | | Anthony P. Montalbano Sr., debtor | | | | | |
| * | 11/21/11 | | Transfer from Acct #*******6933 | Bank Funds Transfer | 9999-003 | 4,506.70 | | 12,189,283.32 |
| | | | | Wire transfer funds from Bank of America to Capital One | | | | |
| * | 11/21/11 | | Reverses Transfer on 11/21/11 | Bank Funds Transfer | 9999-003 | -4,506.70 | | 12,184,776.62 |
| | 12/15/11 | 18 | Jarrett Bostwick, escrowee | Tax refund for 2008 carryback | 1224-000 | 1,285,119.25 | | 13,469,895.87 |
| | 12/15/11 | 20 | Jarrett Bostwick | Tax refund carryback | 1224-000 | 719,822.35 | | 14,189,718.22 |
| | 12/15/11 | 001001 | Michael McGurn | Fees and Expenses - Special Counsel | | | 94,756.50 | 14,094,961.72 |
| | | | | Fees            94,627.50 | 6210-000 | | | |
| | | | | Expenses           129.00 | 6220-000 | | | |
| | 12/15/11 | 001002 | Frost Ruttenberg & Rothblatt, P.C. | Trustee Accountant Fees & Expenses | | | 62,587.90 | 14,032,373.82 |
| | | | | Fees            57,125.50 | 6410-000 | | | |
| | | | | Expenses         5,462.40 | 6420-000 | | | |
| | 12/22/11 | 001003 | Baldi Berg & Wallace, Ltd. | Attorney fees and exp per order | | | 28,270.56 | 14,004,103.26 |
| | | | 19 S. LaSalle St. | | | | | |
| | | | Suite 1500 | | | | | |
| | | | Chicago, IL 60603 | | | | | |
| | | | | Fees            27,930.00 | 6110-000 | | | |
| | | | | Expenses           340.56 | 6120-000 | | | |
| | 12/22/11 | 001004 | ADELMAN & GETTLEMAN, LTD. | ATTORNEY FEES & EXPENSES | | | 107,735.13 | 13,896,368.13 |

| | | |
|---|---|---|
| Page Subtotals | 14,189,718.22 | 293,350.09 |

FORM 2                                                                                          Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-30477 -TAD | |
| Case Name: | MONTALBANO SR., ANTHONY P. | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi | |
| Bank Name: | Capital One Bank | |
| Account Number / CD #: | *******7863  Checking Account (Non-Interest Earn | |

| | |
|---|---|
| Taxpayer ID No: | *******6858 |
| For Period Ending: | 01/28/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 53 W. Jackson Blvd | | | | | | |
| | | Suite 1050 | | | | | | |
| | | Chicago, IL 60604 | | | | | | |
| | | | Fees | 105,682.00 | 6210-160 | | | |
| | | | Expenses | 2,053.13 | 6220-170 | | | |
| 12/29/11 | | Transfer to Acct #*******2848 | Bank Funds Transfer | | 9999-000 | | 13,896,368.13 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 14,189,718.22 | 14,189,718.22 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 13,896,368.13 | |
| Subtotal | 14,189,718.22 | 293,350.09 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 14,189,718.22 | 293,350.09 | |

Page Subtotals            0.00            13,896,368.13

Ver: 18.03b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

Exhibit 9

| Case No: | 09-30477  -TAD | Trustee Name: | Joseph A. Baldi |
| Case Name: | MONTALBANO SR., ANTHONY P. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2848  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6858 | | |
| For Period Ending: | 01/28/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7863 | Bank Funds Transfer | 9999-000 | 13,896,368.13 | | 13,896,368.13 |
| 01/04/12 | 001001 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | payment of allowed trustees fees<br>Payment of final allowance of chapter 11 trustees fees | 6101-000 | | 173,309.00 | 13,723,059.13 |
| 01/13/12 | 001002 | International Sureties, Ltd.<br>701 Poydras Street, Ste. 420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment<br>Bond # 016042035<br>Liberty Mutual Insurance Company<br>Term: 2/16/12 - 2/16/13 | 2300-000 | | 36,164.00 | 13,686,895.13 |
| 02/22/12 | 17 | Oppenheimer & Co. Inc. | Montalbano Bank Account | 1129-000 | 19,011.43 | | 13,705,906.56 |
| 02/22/12 | 16 | Oppenheimer & Co. Inc. | Montalbano Bank Account | 1129-000 | 168,584.27 | | 13,874,490.83 |
| 04/30/12 | 16 | Oppenheimer & Co. | Montalbano Bank Account | 1129-000 | 8,659.83 | | 13,883,150.66 |
| 05/17/12 | 001003 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62794-9053 | Tax Payment<br>MBC XXIV, LLC - 2011 Illinois State Taxes<br>MBC XXIV, LLC - 2011 Tax Payment | 2820-000 | | 2,838.00 | 13,880,312.66 |
| 07/26/12 | 001004 | FROST RUTTENBERG & ROTHBLATT, P.C.<br>Tim G. Crosby<br>111 S Pfingsten Rd, Suite 300<br>Deerfield, IL 60015 | ACCOUNTANT FEES & EXPENSES | | | 28,482.00 | 13,851,830.66 |
| | | | Fees          26,615.20 | 3410-000 | | | |
| | | | Expenses       1,866.80 | 3420-000 | | | |
| 01/04/13 | 001005 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | ATTORNEY FEES<br>allowed interim compensation per order of December 19, 2012 | 3110-000 | | 24,147.00 | 13,827,683.66 |
| 01/04/13 | 001006 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St. | Attorneys expenses<br>Allowed expenses per court order of December 19, | 3120-000 | | 27.65 | 13,827,656.01 |

| | Page Subtotals | 14,092,623.66 | 264,967.65 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 24)*

Ver: 18.03b

FORM 2                                                                                                    Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-30477 -TAD | Trustee Name: Joseph A. Baldi |
| Case Name: MONTALBANO SR., ANTHONY P. | Bank Name: Congressional Bank |
| | Account Number / CD #: *******2848 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******6858 | |
| For Period Ending: 01/28/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 1500 Chicago, IL 60603 | 2012 | | | | |
| 01/04/13 | 001007 | FROST RUTTENBERG & ROTHBLATT, P.C. Tim G. Crosby 111 S Pfingsten Rd, Suite 300 Deerfield, IL 60015 | ACCOUNTANT FEES & EXPENSES Allowed interim compensation and expenses for accountant per court order of December 19, 2012 | | | 3,458.19 | 13,824,197.82 |
| | | | Fees          3,305.00 | 3410-000 | | | |
| | | | Expenses       153.19 | 3420-000 | | | |
| 01/28/13 | | Internal Revenue Service Kansas City, MO 64999 | Medicare empoyer matching | 5800-000 | | 18.85 | 13,824,178.97 |
| 01/28/13 | | Internal Revenue Service Kansas City, MO 64999 | Medicare | 5300-000 | | 18.85 | 13,824,160.12 |
| 01/28/13 | | Internal Revenue Service Kansas City, MO 64999 | Social Secuity Employer matching | 5800-000 | | 80.60 | 13,824,079.52 |
| 01/28/13 | | Internal Revenue Service Kansas City, MO 64999 | Social Security | 5300-000 | | 80.60 | 13,823,998.92 |
| 01/28/13 | | Internal Revenue Service Kansas City, MO 64999 | Federal Income Tax | 5300-000 | | 325.00 | 13,823,673.92 |
| 01/28/13 | 001008 | JOHN GIOCOMELLI 865 Fieldside Lane Aurora, IL 60504 | Claim 000007, Payment 100.00000% | 5300-000 | | 810.55 | 13,822,863.37 |
| 01/28/13 | 001009 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19053 SPRINGFIELD, IL 62794-9053 | State Income Tax | 5300-000 | | 65.00 | 13,822,798.37 |
| 02/07/13 | 001010 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium Payment BOND # 016042035 | 2300-000 | | 7,232.00 | 13,815,566.37 |
| *  03/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment | 2600-003 | 2,636.99 | | 13,818,203.36 |
| | | | Page Subtotals | | 2,636.99 | 12,089.64 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   10

Exhibit 9

| Case No: | 09-30477  -TAD | Trustee Name: | Joseph A. Baldi |
| Case Name: | MONTALBANO SR., ANTHONY P. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2848  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6858 | | |
| For Period Ending: | 01/28/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bethesda, MD 20817 | date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | | | | |
| 03/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 2,636.99 | 13,815,566.37 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -2,636.99 | | 13,812,929.38 |
| * 04/10/13 | | Internal Revenue Service Kansas City, MO 64999 | FUTA | 5800-003 | | 43.99 | 13,812,885.39 |
| 04/10/13 | 001011 | Sapienza, Thomas 512 Rosebush Lane Oswego, IL 60543 | Claim 000018, Payment 100.00000% | 5300-000 | | 1,454.21 | 13,811,431.18 |
| 04/10/13 | 001012 | McGurn, Michael 3112 Village Green Dr. Aurora, IL 60504 | Claim 000019, Payment 100.00000% | 5300-000 | | 3,117.50 | 13,808,313.68 |
| * 04/10/13 | 001013 | Internal Revenue Service Kansas City, MO 64999 | Social Security | 5300-003 | | 454.60 | 13,807,859.08 |
| * 04/10/13 | 001014 | Internal Revenue Service Kansas City, MO 64999 | Federal Income Tax | 5300-003 | | 1,833.08 | 13,806,026.00 |
| * 04/10/13 | 001015 | Internal Revenue Service Kansas City, MO 64999 | Medicare | 5300-003 | | 106.32 | 13,805,919.68 |
| 04/10/13 | 001016 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19003 SPRINGFIELD, IL 62794-9053 | State Income Tax | 5300-000 | | 366.62 | 13,805,553.06 |

Page Subtotals          -2,636.99          10,013.31

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 11

Exhibit 9

| Case No: | 09-30477 -TAD | Trustee Name: | Joseph A. Baldi |
| Case Name: | MONTALBANO SR., ANTHONY P. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2848  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6858 | | |
| For Period Ending: | 01/28/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 04/10/13 | 001017 | Internal Revenue Service<br>Kansas City, MO 64999 | SUTA | 5800-003 | | 200.58 | 13,805,352.48 |
| * | 04/10/13 | 001018 | Internal Revenue Service<br>Kansas City, MO 64999 | Social Secuity Employer matching | 5800-003 | | 454.60 | 13,804,897.88 |
| * | 04/10/13 | 001019 | Internal Revenue Service<br>Kansas City, MO 64999 | Medicare empoyer matching | 5800-003 | | 106.32 | 13,804,791.56 |
| * | 04/11/13 | | Internal Revenue Service<br>Kansas City, MO 64999 | FUTA | 5800-003 | | 43.99 | 13,804,747.57 |
| * | 04/11/13 | | Internal Revenue Service<br>Kansas City, MO 64999 | FUTA | 5800-003 | | -43.99 | 13,804,791.56 |
| | 04/11/13 | | Internal Revenue Service<br>Kansas City, MO 64999 | Medicare empoyer matching | 5800-003 | | 106.32 | 13,804,685.24 |
| | 04/11/13 | | Internal Revenue Service<br>Kansas City, MO 64999 | Medicare | 5300-000 | | 106.32 | 13,804,578.92 |
| * | 04/11/13 | | Internal Revenue Service<br>Kansas City, MO 64999 | SUTA | 5800-003 | | 200.58 | 13,804,378.34 |
| | 04/11/13 | | Internal Revenue Service<br>Kansas City, MO 64999 | Social Secuity Employer matching | 5800-000 | | 454.60 | 13,803,923.74 |
| | 04/11/13 | | Internal Revenue Service<br>Kansas City, MO 64999 | Social Security | 5300-000 | | 454.60 | 13,803,469.14 |
| | 04/11/13 | | Internal Revenue Service<br>Kansas City, MO 64999 | Federal Income Tax | 5300-000 | | 1,833.08 | 13,801,636.06 |
| * | 04/11/13 | 001013 | Internal Revenue Service<br>Kansas City, MO 64999 | Social Security | 5300-003 | | -454.60 | 13,802,090.66 |
| * | 04/11/13 | 001014 | Internal Revenue Service<br>Kansas City, MO 64999 | Federal Income Tax | 5300-003 | | -1,833.08 | 13,803,923.74 |
| * | 04/11/13 | 001015 | Internal Revenue Service<br>Kansas City, MO 64999 | Medicare | 5300-003 | | -106.32 | 13,804,030.06 |
| * | 04/11/13 | 001017 | Internal Revenue Service | SUTA | 5800-003 | | -200.58 | 13,804,230.64 |

| | | Page Subtotals | 0.00 | 1,322.42 | |

Ver: 18.03b

Page: 12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-30477 -TAD | Trustee Name: | Joseph A. Baldi |
| Case Name: | MONTALBANO SR., ANTHONY P. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2848 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6858 | | |
| For Period Ending: | 01/28/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Kansas City, MO 64999 | | | | | |
| * 04/11/13 | 001018 | Internal Revenue Service | Social Secuity Employer matching | 5800-003 | | -454.60 | 13,804,685.24 |
| | | Kansas City, MO 64999 | | | | | |
| * 04/11/13 | 001019 | Internal Revenue Service | Medicare empoyer matching | 5800-003 | | -106.32 | 13,804,791.56 |
| | | Kansas City, MO 64999 | | | | | |
| 04/22/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 2,919.52 | 13,801,872.04 |
| | | 6500 Rock Spring Drive, Suite 300 | | | | | |
| | | Bethesda, MD 20817 | | | | | |
| 05/13/13 | 001020 | International Sureties | Bond Premium Payment | 2300-000 | | 7,268.00 | 13,794,604.04 |
| | | 701 Poydras Street #420 | Bond Payment for 5/18/13 to 8/16/13 | | | | |
| | | New Orleans, LA 70139 | Bond # 016042035 | | | | |
| 05/22/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 2,825.34 | 13,791,778.70 |
| | | 6500 Rock Spring Drive, Suite 300 | Bank Service Fee actually was debited from account | | | | |
| | | Bethesda, MD 20817 | on May 9, 2013. TCMS would not allow me to enter | | | | |
| | | | the May 9th date due to it being over 30 days. 6/21/13 | | | | |
| | | | ~JMM | | | | |
| 05/30/13 | 001021 | Baldi Berg & Wallace, Ltd. | FEES: ATTY FOR TRUSTEE | 3110-000 | | 27,529.00 | 13,764,249.70 |
| | | 20 N. Clark Street, Ste. 200 | Interim Chapter 7 Compensation for services rendered | | | | |
| | | Chicago, IL 60602 | from November 28, 2012 to April 27, 2013 | | | | |
| 05/30/13 | 001022 | Baldi Berg & Wallace, Ltd. | Expenses: Trustee's Attorney | 3120-000 | | 42.42 | 13,764,207.28 |
| | | 20 N. Clark Street, Ste. 200 | Reimbursement of Expenses rendered from November | | | | |
| | | Chicago, IL 60602 | 28, 2012 to April 27, 2013 | | | | |
| 06/09/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 2,919.52 | 13,761,287.76 |
| | | 6500 Rock Spring Drive, Suite 300 | The date of adjustment 6/9/13 actually occurred on | | | | |
| | | Bethesda, MD 20817 | 6/4/13 but TCMS will not allow us to back date it | | | | |
| | | | more than 30 days. Therefore, I used the 6/9/13 as the | | | | |
| | | | date of adjustment. ~JMM 7.9.13 | | | | |
| 06/26/13 | 001023 | International Sureties | Bond Premium Payment | 2300-000 | | 14,427.00 | 13,746,860.76 |
| | | 701 Poydras Street #420 | Bond Payment: 8/17/13 - 2/16/14 | | | | |
| | | New Orleans, LA 70139 | Bond # 016042035 | | | | |

| | Page Subtotals | 0.00 | 57,369.88 |
|---|---|---|---|

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 28)*

Page: 13

**Exhibit 9**

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 09-30477 -TAD | |
| Case Name: | MONTALBANO SR., ANTHONY P. | |
| | | |
| Taxpayer ID No: | *******6858 | |
| For Period Ending: | 01/28/15 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******2848  Checking Account (Non-Interest Earn | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 07/05/13 | | Congressional Bank | Monthly Bank Service Fee<br>CONGRESSIONAL BANK<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | 2600-003 | 2,825.34 | | 13,749,686.10 |
| 07/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 2,825.34 | 13,746,860.76 |
| 08/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 2,919.52 | 13,743,941.24 |
| * 08/21/13 | | Reverses Adjustment IN on 07/05/13 | Monthly Bank Service Fee<br>The Bank Fee was entered as a credit when it should<br>have been entered as a debit. Adjustment was noticed<br>during reconciliation. ~JMM | 2600-003 | -2,825.34 | | 13,741,115.90 |
| 09/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 2,919.52 | 13,738,196.38 |
| 10/03/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 2,825.34 | 13,735,371.04 |
| 10/24/13 | 001024 | FROST RUTTENBERG & ROTHBLATT, P.C.<br>Tim G. Crosby<br>111 S Pfingsten Rd, Suite 300<br>Deerfield, IL 60015 | ACCOUNTANT FEES & EXPENSES<br>Accountant Fees & Expenses allowed per Court Order<br>dated 10.23.13 | | | 14,716.75 | 13,720,654.29 |
| | | | Fees          14,355.10 | 3410-000 | | | |
| | | | Expenses        361.65 | 3420-000 | | | |
| 11/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 2,919.52 | 13,717,734.77 |

| | | | Page Subtotals | | 0.00 | 29,125.99 | |

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 29)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          09-30477  -TAD
Case Name:     MONTALBANO SR., ANTHONY P.

Trustee Name:          Joseph A. Baldi
Bank Name:             Congressional Bank
Account Number / CD #:   *******2848  Checking Account (Non-Interest Earn

Taxpayer ID No:  *******6858
For Period Ending: 01/28/15

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 2,825.34 | 13,714,909.43 |
| 12/18/13 | 001025 | Office of the U.S. trustee <B>(ADMINISTRATIVE)</B> 219 South Deaborn St. room 873 Chicago, IL 60604 | Claim 000047A, Payment 100.00000% | 2950-000 | | 325.00 | 13,714,584.43 |
| 12/18/13 | 001026 | Cole Taylor Bank 9550 W. Higgins Rd Rosemont, IL 60018 | Claim 000020, Payment 13.22819% | 7100-000 | | 482,419.61 | 13,232,164.82 |
| 12/18/13 | 001027 | MB Financial Bank, N.A. c/o Courtney E. Barr Locke Lord Bissell & Liddell LLP 111 S. Wacker Dr. Chicago, IL 60606 (312) 443-0700 | Claim 000021, Payment 13.22819% | 7100-000 | | 291,020.13 | 12,941,144.69 |
| 12/18/13 | 001028 | SA Group Properties Inc GoodSmith Gregg Unruh LLP/K GoodSmith 150 S Wacker Dr, Ste 3150 Chicago, IL 60606 | Claim 000022, Payment 13.22819% | 7100-000 | | 1,238,380.26 | 11,702,764.43 |
| 12/18/13 | 001029 | KeyBank National Association 127 Public Square Second Floor Cleveland, Ohio 44114-1306 | Claim 000030, Payment 13.22819% | 7100-000 | | 1,381,309.71 | 10,321,454.72 |
| 12/18/13 | 001030 | First Bank c/o Fred R. Harbecke 29 S. LaSalle, Suite 945 Chicago, IL 60603 | Claim 000031, Payment 13.22819% | 7100-000 | | 568,704.84 | 9,752,749.88 |
| 12/18/13 | 001031 | RBC Real Estate Finance Inc. c/o Bryan Cave LLP 161 N. Clark St. Ste. 4300 | Claim 000034, Payment 13.22819% | 7100-000 | | 4,986,940.76 | 4,765,809.12 |

Page Subtotals                0.00          8,951,925.65

Ver: 18.03b

Page:   15

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-30477 -TAD | Trustee Name: | Joseph A. Baldi |
| Case Name: | MONTALBANO SR., ANTHONY P. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2848  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6858 | | |
| For Period Ending: | 01/28/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Chicago, IL 60601 | | | | | |
| | 12/18/13 | 001032 | Bank of America, N.A. | Claim 000040, Payment 13.22819% | 7100-000 | | 2,828,954.80 | 1,936,854.32 |
| | | | Successor in interest to Countrywide Ban | | | | | |
| | | | c/o Snell & Wilmer L.L.P. | | | | | |
| | | | One Arizona Center, 400 E. Van Buren | | | | | |
| | | | Phoenix, AZ 85004 | | | | | |
| | 12/18/13 | 001033 | Harris N.A. | Claim 000044A, Payment 13.22819% | 7100-000 | | 1,306,691.47 | 630,162.85 |
| | | | c/0 Ungaretti Harris LLP/Patrick F Ross | | | | | |
| | | | 70 W Madison St, #3500 | | | | | |
| | | | Chicago, IL 60602 | | | | | |
| | 12/18/13 | 001034 | FDIC as Receiver | Claim 000046, Payment 13.22819% | 7100-000 | | 415,253.42 | 214,909.43 |
| | | | of Town Community Bank and Trust | | | | | |
| | | | c/o Lydia Bueschel RobinsonCurleyClayton | | | | | |
| | | | 300 S. Wacker Dr., Ste. 1700 | | | | | |
| | | | Chicago, IL 60606 | | | | | |
| * | 12/19/13 | | Internal Revenue Service | FUTA | 5800-003 | | -43.99 | 214,953.42 |
| | | | Kansas City, MO 64999 | | | | | |
| * | 12/19/13 | | Internal Revenue Service | SUTA | 5800-003 | | -200.58 | 215,154.00 |
| | | | Kansas City, MO 64999 | | | | | |
| | 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 215,154.00 | 0.00 |

Page Subtotals          0.00          4,765,809.12

Ver: 18.03b

FORM 2                                                                                          Page: 16

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

| | |
|---|---|
| Case No: | 09-30477 -TAD |
| Case Name: | MONTALBANO SR., ANTHONY P. |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2848 Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******6858 |
| For Period Ending: | 01/28/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 14,092,623.66 | 14,092,623.66 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 13,896,368.13 | 215,154.00 | |
| | | | Subtotal | | 196,255.53 | 13,877,469.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 196,255.53 | 13,877,469.66 | |

| | | | | |
|---|---|---|---|---|
| | | | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | NET DEPOSITS | | |
| Checking Account - ********6719 | | 311,758.26 | 526,912.26 | 0.00 |
| Checking Account (Non-Interest Earn - ********7181 | | 0.00 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - *********7863 | | 14,189,718.22 | 293,350.09 | 0.00 |
| Checking Account (Non-Interest Earn - ********2848 | | 196,255.53 | 13,877,469.66 | 0.00 |
| | | ------------------------ | ------------------------ | ------------------------ |
| | | 14,697,732.01 | 14,697,732.01 | 0.00 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                   0.00                    0.00